## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 19, 2023

Ms. Lisa M. Conley Yungblut
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re:  Case No. 23-3565, *USA v. Larry Householder*
Originating Case No. : 1:20-cr-00077-1

Dear Ms. Conley Yungblut,

   The transcript in the above styled case(s) was ordered on August 2, 2023 by the appellant's counsel.  Financial arrangements have been made and the transcript is now past due.

   Please file said transcript by **September 29, 2023** or request an extension of time explaining why you cannot comply.

NOTE:  If you have already completed and filed the transcript with the district court, please note that you must also make the appropriate entry on this court's CM/ECF docket.  For further information in making this entry, go to this court's website, http://www.ca6.uscourts.gov/transcript-tutorials, and refer to the "Court Reporter Transcript Filed in District Court Tutorial."

   Your cooperation in this matter is appreciated.

Sincerely yours,

s/Michelle R. Lambert
Case Manager
Direct Dial No. 513-564-7035

cc: Mr. Steven L. Bradley
    Mr. Richard W. Nagel
    Mr. Nicholas R. Oleski
    Ms. Alexis J. Zouhary
    Ms. Deborah S. Hunt
    Kelly L. Stephens