No. 23-3565

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

United States of America,

*Plaintiff-Appellee*,

v.

Larry Householder,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Ohio
Case No. 1:20-cr-77

# MOTION TO EXTEND TIME TO FILE APPELLANT LARRY HOUSEHOLDER'S OPENING BRIEF

Appellant Larry Householder moves the Court, under Rule 26(b) of the Federal Rules of Appellate Procedure and Sixth Circuit Rule 26, for a 35-day extension of time to file his opening brief, from December 11, 2023 to January 15, 2024. No party will be prejudiced by the requested extension. There is good cause for this request.

This is Householder's second request for an extension. The record in this case is voluminous. This matter comes to this Court after a 6-week jury trial, in

which hundreds of exhibits totaling thousands of pages were admitted in evidence. Undersigned counsel needs additional time to review this voluminous record and research the applicable law to prepare Householder's brief. Further, Householder's incarceration has made it difficult for counsel to consult with him regarding his appellate brief. What's more, counsel has several pressing obligations that have taken up and will continue to take up substantial time. Lastly, the holidays and counsel's associated travel and family plans have and will continue to take up substantial time.

    The combination of these constraints will make it difficult to properly prepare the brief absent the requested extension. An extension will allow counsel additional time to properly prepare and complete the opening brief.

    For these reasons, Householder requests that the Court grant this 35-day extension of time, up to and including January 15, 2024. This motion is not made for purposes of delay, and the government will not be prejudiced by this extension.

Dated: December 4, 2023             Respectfully submitted,

*/s/ Steven L. Bradley*
Steven L. Bradley (0046622)
MAREIN & BRADLEY
526 Superior Avenue, Suite 222
Cleveland, Ohio 44114
Phone: (216) 781-0722
Email: steve@mareinandbradley.com

*/s/ Nicholas R. Oleski*
Nicholas R. Oleski (0095808)
MCCARTHY, LEBIT, CRYSTAL
 & LIFFMAN CO., LPA
1111 Superior Avenue East
Suite 2700
Cleveland, Ohio 44114
Phone: (216) 696-1422
Email: nro@mccarthylebit.com

*Counsel for Appellant Larry Householder*

{01965766-1}

## CERTIFICATE OF SERVICE

I certify that on December 4, 2023, I filed the foregoing electronically with the Clerk of the United States Court of Appeals for the Sixth Circuit. The Court's ECF system will automatically generate and send by email a Notice of Docket Activity to all registered attorneys currently participating in this case, constituting service on those attorneys.

*/s/ Nicholas R. Oleski*
Nicholas R. Oleski

{01965766-1}