**No. 23-3565**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

LARRY HOUSEHOLDER,

*Defendant-Appellant.*

---

On Appeal from the United States District Court
for the Southern District of Ohio
Case No. 1:20-cr-77

---

## MOTION TO EXTEND TIME TO FILE APPELLANT LARRY HOUSEHOLDER'S OPENING BRIEF

---

Appellant Larry Householder moves the Court, under Rule 26(b) of the Federal Rules of Appellate Procedure and Sixth Circuit Rule 26, for a 20-day extension of time to file his opening brief, from January 16, 2024 to February 5, 2024. No party will be prejudiced by the requested extension. There is good cause for this request.

This is Householder's third request for an extension. Counsel acknowledges that the Court has granted two previous extensions, but they respectfully request

this Court's indulgence for one more. This request is primarily made to ensure that Householder, who is currently serving a 20-year prison sentence, is fully consulted and informed regarding his appellate brief. Needless to say, his incarceration has made it difficult for counsel to consult with him regarding his appellate brief. Further, the voluminous record in this case has made preparing an appellate brief around the holidays difficult. Stated simply, undersigned counsel need additional time to consult with their client and review the record and research the applicable law. An extension will allow counsel additional time to properly prepare and complete the opening brief.

For these reasons, Householder requests that the Court grant this 20-day extension of time, up to and including February 5, 2024. This motion is not made for purposes of delay, and the government will not be prejudiced by this extension.

2

Dated: January 9, 2024

Respectfully submitted,

*/s/ Steven L. Bradley*
Steven L. Bradley (0046622)
MAREIN & BRADLEY
526 Superior Avenue, Suite 222
Cleveland, Ohio 44114
Phone: (216) 781-0722
Email: steve@mareinandbradley.com

*/s/ Nicholas R. Oleski*
Nicholas R. Oleski (0095808)
MCCARTHY, LEBIT, CRYSTAL
  & LIFFMAN CO., LPA
1111 Superior Avenue East
Suite 2700
Cleveland, Ohio 44114
Phone: (216) 696-1422
Email: nro@mccarthylebit.com

*Counsel for Appellant Larry Householder*

3

## CERTIFICATE OF SERVICE

I certify that on January 9, 2024, I filed the foregoing electronically with the Clerk of the United States Court of Appeals for the Sixth Circuit. The Court's ECF system will automatically generate and send by email a Notice of Docket Activity to all registered attorneys currently participating in this case, constituting service on those attorneys.

*/s/ Nicholas R. Oleski*
Nicholas R. Oleski