No. 23-3565

# IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

LARRY HOUSEHOLDER,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Ohio
Case No. 1:20-cr-77

## MOTION TO EXTEND TIME TO FILE APPELLANT LARRY HOUSEHOLDER'S OPENING BRIEF

Appellant Larry Householder moves the Court, under Rule 26(b) of the Federal Rules of Appellate Procedure and Sixth Circuit Rule 26, for a 21-day extension of time to file his opening brief, from February 5, 2024 to February 26, 2024. No party will be prejudiced by the requested extension. There is good cause for this request.

This is Householder's fourth request for an extension. Counsel acknowledges that the Court has granted three previous extensions, but they

1

respectfully request this Court's indulgence for another—at their client's request. This request is made to ensure that Householder, who is currently serving a 20-year prison sentence, is fully consulted and informed regarding his appellate brief. Needless to say, his incarceration has made it difficult for counsel to consult with him regarding his appellate brief. Householder is currently incarcerated at FCI Elkton. Under that institution's visitation rules, counsel was informed that attorney visits could only be scheduled on Mondays from 8am to noon. At those visits, Householder was not permitted to bring notes or papers with him—nor could he take notes—and counsel was not permitted to leave Householder with drafts of briefs or other legal documents. These restrictions have made preparing an appellate brief, while ensuring that Householder remains informed about the drafting of the brief as he has requested, complicated. Counsel thus asks for another extension, at Householder's request, to ensure that he can fully review the brief and have input on the brief before it is filed. He is serving what is effectively a life sentence, and he should be permitted to review the brief and approve its filing. The restrictions on attorney visits, as outlined above, have made doing so by the current deadline, February 5, difficult. Householder requests another brief extension to ensure that he has fully reviewed the brief and approved its filing.

For these reasons, Householder requests that the Court grant this 21-day extension of time, up to and including February 26, 2024. This motion is not made for purposes of delay, and the government will not be prejudiced by this extension.

Dated: January 30, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Steven L. Bradley*
　　　　　　　　　　　　　　　　　　　　Steven L. Bradley (0046622)
　　　　　　　　　　　　　　　　　　　　MAREIN & BRADLEY
　　　　　　　　　　　　　　　　　　　　526 Superior Avenue, Suite 222
　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114
　　　　　　　　　　　　　　　　　　　　Phone: (216) 781-0722
　　　　　　　　　　　　　　　　　　　　Email: steve@mareinandbradley.com

　　　　　　　　　　　　　　　　　　　　*/s/ Nicholas R. Oleski*
　　　　　　　　　　　　　　　　　　　　Nicholas R. Oleski (0095808)
　　　　　　　　　　　　　　　　　　　　MCCARTHY, LEBIT, CRYSTAL
　　　　　　　　　　　　　　　　　　　　　& LIFFMAN CO., LPA
　　　　　　　　　　　　　　　　　　　　1111 Superior Avenue East
　　　　　　　　　　　　　　　　　　　　Suite 2700
　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114
　　　　　　　　　　　　　　　　　　　　Phone: (216) 696-1422
　　　　　　　　　　　　　　　　　　　　Email: nro@mccarthylebit.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Appellant Larry Householder*

## CERTIFICATE OF SERVICE

I certify that on January 30, 2024, I filed the foregoing electronically with the Clerk of the United States Court of Appeals for the Sixth Circuit. The Court's ECF system will automatically generate and send by email a Notice of Docket Activity to all registered attorneys currently participating in this case, constituting service on those attorneys.

*/s/ Nicholas R. Oleski*
Nicholas R. Oleski

{01986229-2}