No. 23-3565

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

United States of America,

*Plaintiff-Appellee*,

v.

Larry Householder,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Ohio
Case No. 1:20-cr-77

## APPELLANT LARRY HOUSEHOLDER'S MOTION TO FILE AN OVERSIZED OPENING BRIEF

Appellant Larry Householder moves the Court, under Rules 27 and 32 of the Federal Rules of Appellate Procedure, for a permission to file an opening brief that contains no more than 20,000 words—exceeding the type-volume limit in Rule 32(a)(7)(B) of the Federal Rules of Appellate Procedure by 7,000 words.

An extension is warranted because of the extraordinary length of the record and resulting number and complexity of issues presented. Householder's criminal trial lasted 27 trial days over the course of six weeks—producing a 4000 page trial

transcript. Over 1000 exhibits were admitted into evidence, including over a dozen recordings, some of which are hours long. And the record of the district court's proceedings is over 11000 pages. Following sentencing proceedings, the district court sentenced Householder to the maximum prison term authorized by law: a 240-month term of imprisonment.

Undersigned counsel undertook to comply with the 13,000-word limit. Counsel has worked diligently to narrow the issues on appeal to the most essential and has revised the brief for concision. But, given the size of the record under review, it is impossible to trim the brief within the word limit without forgoing important issues that warrant this Court's review. The rules stress that the Court should generally "grant[] leave" to file an oversized brief where a party must "include unusually voluminous information explaining relevant background or legal provisions." Fed. R. App. P. 32 advisory committee notes (2016 amendments). Given the lengthy record and number of issues that will be raised, that is the circumstance here.

For these reasons, Householder respectfully requests permission to file an oversized brief of no more than 20,000 words.

| | |
|---|---|
| Dated: February 21, 2024 | Respectfully submitted, |

*/s/ Steven L. Bradley*
Steven L. Bradley (0046622)
MAREIN & BRADLEY
526 Superior Avenue, Suite 222
Cleveland, Ohio 44114
Phone: (216) 781-0722
Email: steve@mareinandbradley.com

*/s/ Nicholas R. Oleski*
Nicholas R. Oleski (0095808)
MCCARTHY, LEBIT, CRYSTAL
 & LIFFMAN CO., LPA
1111 Superior Avenue East
Suite 2700
Cleveland, Ohio 44114
Phone: (216) 696-1422
Email: nro@mccarthylebit.com

*Counsel for Appellant Larry Householder*

## CERTIFICATE OF SERVICE

I certify that on February 21, 2024, I filed the foregoing electronically with the Clerk of the United States Court of Appeals for the Sixth Circuit. The Court's ECF system will automatically generate and send by email a Notice of Docket Activity to all registered attorneys currently participating in this case, constituting service on those attorneys.

*/s/ Nicholas R. Oleski*
Nicholas R. Oleski