No. 23-3565

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

LARRY HOUSEHOLDER,

*Defendant-Appellant.*

---

On Appeal from the United States District Court
for the Southern District of Ohio
Case No. 1:20-cr-77-1

---

## APPENDIX OF APPELLANT LARRY HOUSEHOLDER

---

Steven L. Bradley
MAREIN & BRADLEY
526 Superior Avenue
Suite 222
Cleveland, Ohio 44114
(216) 781-0722

Nicholas R. Oleski
MCCARTHY, LEBIT, CRYSTAL
  & LIFFMAN CO., LPA
1111 Superior Avenue East,
Suite 2700
Cleveland, Ohio 44114
(216) 696-1422

*Counsel for Larry Householder*

February 26, 2024

# TABLE OF CONTENTS[1]

**App'x**

GX 6 (R. 194, Tr. 309-10, PageID 4855-56) ...............................................1

GX 16 (R. 206, Tr. 9-1538-39, PageID 6215-16) .......................................2

GX 212 (R. 194, Tr. 297, PageID 4843)......................................................3

GX 462 (R. 194, Tr. 292-93, PageID 4838-39)............................................4

GX 624B (R. 202, Tr. 1163-64, PageID 5727-28) ......................................6

GX 724B (R. 194, Tr. 304, PageID 4850) .................................................17

GX 906 (R. 229, Tr. 22-3573-74, PageID 8743-44) .................................25

GX 913 (R. 229, Tr. 22-3566-67, PageID 8736-37) .................................26

HX 392 (R. 208, Tr. 10-1651, PageID 6532) ...........................................27

HX 403 (R. 208, Tr. 10-1646-47, PageID 6527-28) .............................115

HX 478 (R. 219, Tr. 17-2754, PageID 7855) .........................................171

HX 479 (R. 219, Tr. 17-2752, PageID 7853) .........................................186

---

[1] Citations refer to the government exhibit (GX) number, the House-holder exhibit (HX) number, and the PageID number of the transcript denoting the exhibit's admission at trial.

## 2017

| | |
|---|---|
| January 3rd | **Householder sworn in as Ohio House member** |
| January 20th | Presidential Inauguration |
| January 26th | Partners for Progress incorporated in Delaware |
| February 6th | **Generation Now incorporated in Delaware** |

## 2018

| | |
|---|---|
| March 31st | FirstEnergy Solutions declares bankruptcy |
| May 8th | **Ohio primary election** |
| November 6th | **Ohio general election** |

## 2019

| | |
|---|---|
| January 7th | **Householder voted Speaker** |
| April 12th | **HB6 introduced to Ohio House** |
| May 29th | **Ohio House passes HB6** |
| July 23rd | **Final vote.  HB6 signed into law** |
| July 29th | **OACB submits proposed ballot language to AG** |
| August 12th | **AG rejects proposed language** |
| August 16th | **OACB submits revised ballot language to AG** |
| August 29th | **AG approves proposed language** |
| October 22nd | **Ballot initiative fails.  HB6 takes effect.** |

## 2020

| | |
|---|---|
| February 27th | FirstEnergy Solutions emerges from bankruptcy |
| April 28th | **Ohio primary election** |

GOVERNMENT
EXHIBIT

6

1:20-CR-077

| DATE | PAYOR | AMOUNT | DATE | PAYOR | AMOUNT |
|---|---|---|---|---|---|
| 2/23/2017 | WAYNE M. BOICH; CYNTHIA BOICH | $ 25,000.00 | 5/2/2019 | 55 GREEN MEADOWS | $ 25,000.00 |
| 3/16/2017 | FIRSTENERGY SERVICE CO. | $ 250,000.00 | 5/7/2019 | FIRSTENERGY SERVICE CO. | $ 1,500,000.00 |
| 5/17/2017 | FIRSTENERGY SERVICE CO. | $ 250,000.00 | 5/15/2019 | FIRSTENERGY SERVICE CO. | $ 2,500,000.00 |
| 8/10/2017 | FIRSTENERGY SERVICE CO. | $ 250,000.00 | 5/22/2019 | FIRSTENERGY SERVICE CO. | $ 2,500,000.00 |
| 8/22/2017 | THE SCHROER GROUP, INC. | $ 10,000.00 | 5/29/2019 | FIRSTENERGY SERVICE CO. | $ 1,500,000.00 |
| 10/27/2017 | 55 GREEN MEADOWS | $ 30,000.00 | 6/5/2019 | FIRSTENERGY SERVICE CO. | $ 2,000,000.00 |
| 10/27/2017 | NCP FINANCE OHIO, LLC | $ 25,000.00 | 6/13/2019 | FIRSTENERGY SERVICE CO. | $ 1,361,899.00 |
| 11/3/2017 | PENN NATIONAL GAMING, INC. | $ 25,000.00 | 6/17/2019 | REPUBLIC BANK | $ 5,000.00 |
| 12/5/2017 | SUBURBAN NURSING & MOBILE HOMES, INC. | $ 100,000.00 | 6/20/2019 | FIRSTENERGY SERVICE CO. | $ 2,116,899.00 |
| 12/8/2017 | FIRSTENERGY SERVICE CO. | $ 250,000.00 | 6/24/2019 | IGM INVESTMENTS, LLC. | $ 98,000.00 |
| 12/27/2017 | EMPOWER OHIO, INC. | $ 100,000.00 | 7/1/2019 | GREEN MEADOWS | $ 35,000.00 |
| 1/11/2018 | BYERS, MINTON & ASSOCIATES, LLC. | $ 10,000.00 | 7/1/2019 | EMPOWER OHIO, INC. | $ 100,000.00 |
| 1/19/2018 | 55 GREEN MEADOWS | $ 20,000.00 | 7/1/2019 | POLITICAL EDUCATION PATTERNS | $ 20,000.00 |
| 3/15/2018 | PARTNERS FOR PROGRESS INC. | $ 300,000.00 | 7/5/2019 | FIRSTENERGY SOLUTIONS CORP. | $ 1,879,457.00 |
| 3/30/2018 | UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA | $ 210,000.00 | 8/2/2019 | FIRSTENERGY SERVICE CO. | $ 734,250.00 |
| 4/3/2018 | 55 GREEN MEADOWS | $ 25,000.00 | 8/5/2019 | EMPOWER OHIO, INC. | $ 100,000.00 |
| 4/4/2018 | OHIO AFL-CIO | $ 175,000.00 | 8/7/2019 | FIRSTENERGY SERVICE CO. | $ 4,390,000.00 |
| 4/5/2018 | RESOURCE FUELS LLC | $ 250,000.00 | 8/14/2019 | STRATEGIC MEDIA; THE STRATEGY GROUP FOR MEDIA | $ 300,000.00 |
| 4/6/2018 | ACT OHIO FOUNDATION | $ 250,000.00 | 8/22/2019 | FIRSTENERGY SERVICE CO. | $ 653,000.00 |
| 4/9/2018 | POLITICAL EDUCATION PATTERNS | $ 200,000.00 | 8/29/2019 | FIRSTENERGY SERVICE CO. | $ 2,003,000.00 |
| 4/19/2018 | JACK ENTERTAINMENT LLC | $ 25,000.00 | 8/29/2019 | POLITICAL EDUCATION PATTERNS | $ 20,000.00 |
| 4/23/2018 | JIM WALTON | $ 20,000.00 | 9/5/2019 | FIRSTENERGY SERVICE CO. | $ 2,403,000.00 |
| 4/27/2018 | DMP INVESTMENTS LLC | $ 10,000.00 | 9/12/2019 | FIRSTENERGY SERVICE CO. | $ 2,403,000.00 |
| 4/27/2018 | FINANCIAL SERVICE CENTERS OF OHIO LLC | $ 10,000.00 | 9/13/2019 | 55 GREEN MEADOWS | $ 50,000.00 |
| 5/1/2018 | AT&T | $ 5,000.00 | 9/19/2019 | FIRSTENERGY SERVICE CO. | $ 4,695,000.00 |
| 5/1/2018 | AT&T | $ 10,000.00 | 9/25/2019 | BANK OF AMERICA | $ 7,455.00 |
| 5/4/2018 | PARTNERS FOR PROGRESS INC. | $ 100,000.00 | 9/25/2019 | WF EXC RTN TO SNDR 721 WIP | $ 19,950.00 |
| 5/7/2018 | GULFPORT ENERGY CORPORATION | $ 10,000.00 | 9/26/2019 | FIRSTENERGY SERVICE CO. | $ 2,445,000.00 |
| 6/22/2018 | 55 GREEN MEADOWS | $ 20,000.00 | 9/30/2019 | JACK ENTERTAINMENT LLC | $ 50,000.00 |
| 7/3/2018 | POLITICAL EDUCATIONAL PATTERNS | $ 50,000.00 | 9/30/2019 | PENN NATIONAL GAMING, INC. | $ 50,000.00 |
| 7/17/2018 | INDIANA CARPENTERS POLITICAL FUND | $ 25,000.00 | 10/1/2019 | FEDERAL RESERVE BANK | $ 24,960.00 |
| 8/8/2018 | COALITION FOR GROWTH & OPPTY. INC | $ 54,000.00 | 10/3/2019 | FIRSTENERGY SERVICE CO. | $ 4,160,000.00 |
| 8/9/2018 | 55 GREEN MEADOWS | $ 20,000.00 | 10/3/2019 | WF EXC RTN TO SNDR 721 WIP | $ 9,950.00 |
| 8/16/2018 | PARTNERS FOR PROGRESS INC. | $ 500,000.00 | 10/8/2019 | FIRSTENERGY SERVICE CO. | $ 1,600,000.00 |
| 9/21/2018 | WORKING FOR WORKING AMERICAN | $ 25,000.00 | 10/10/2019 | CHARTER COMMUNICATIONS | $ 25,000.00 |
| 10/9/2018 | 55 GREEN MEADOWS | $ 10,000.00 | 10/10/2019 | PARTNERS FOR PROGRESS INC. | $ 10,000,000.00 |
| 10/9/2018 | MOLINA HEALTHCARE, INC. | $ 6,250.00 | 10/16/2019 | AT&T | $ 40,000.00 |
| 10/9/2018 | PENN NATIONAL GAMING, INC. | $ 50,000.00 | 10/16/2019 | POLITICAL EDUCATION PATTERNS | $ 20,000.00 |
| 10/16/2018 | FIRSTENERGY | $ 400,000.00 | 10/17/2019 | FIRSTENERGY SERVICE CO. | $ 248,000.00 |
| 10/19/2018 | CHARTER COMMUNICATIONS | $ 15,000.00 | 10/22/2019 | PARTNERS FOR PROGRESS INC. | $ 3,000,000.00 |
| 10/19/2018 | CHARTER COMMUNICATIONS | $ 35,000.00 | 11/5/2019 | MVP, LLC | $ 50,000.00 |
| 10/23/2018 | 55 GREEN MEADOWS | $ 10,000.00 | 11/15/2019 | 55 GREEN MEADOWS | $ 60,000.00 |
| 10/23/2018 | HEALTH CARE FACILITY MGMT, LLC | $ 10,000.00 | 11/15/2019 | FAIR GAMING COALITION OF OHIO | $ 100,000.00 |
| 10/23/2018 | KAREN BUCHWALD WRIGHT REVOCABLE TST | $ 250,000.00 | 11/15/2019 | POLITICAL EDUCATION PATTERNS | $ 20,000.00 |
| 10/24/2018 | EMPOWER OHIO, INC. | $ 50,000.00 | 12/2/2019 | JOHN R BURGESS; SHARRON ST. CLAIR | $ 25,000.00 |
| 10/29/2018 | FIRSTENERGY | $ 100,000.00 | 12/10/2019 | ELDORADO GAMING SCIOTO DOWNS | $ 15,000.00 |
| 10/30/2018 | RAI SERVICES COMPANY | $ 5,000.00 | 1/21/2020 | EMPOWER OHIO INC. | $ 100,000.00 |
| 2/15/2019 | POLITICAL EDUCATION PATTERNS | $ 25,000.00 | 1/21/2020 | POLITICAL EDUCATION PATTERNS | $ 20,000.00 |
| 3/6/2019 | CHARTER COMMUNICATIONS | $ 25,000.00 | 1/28/2020 | NATIONWIDE MUTUAL INSURANCE COMPANY | $ 25,000.00 |
| 3/6/2019 | GERALDINE B. WARNER | $ 25,000.00 | 2/19/2020 | 55 GREEN MEADOWS | $ 100,000.00 |
| 3/8/2019 | GEORGE R. & AMY F. JOSEPH | $ 10,000.00 | 2/27/2020 | POLITICAL EDUCATION PATTERNS | $ 20,000.00 |
| 3/8/2019 | ROBERT E. & BRYNNE F. COLETTI | $ 5,000.00 | 3/3/2020 | PARTNERS FOR PROGRESS INC. | $ 2,000,000.00 |
| 3/8/2019 | SCOTT D. & MARY J. FARMER | $ 5,000.00 | 3/5/2020 | CHARTER COMMUNICATIONS | $ 25,000.00 |
| 3/25/2019 | GLA SOLUTIONS, LLC. | $ 25,000.00 | 3/12/2020 | 55 GREEN MEADOWS | $ 25,000.00 |
| 3/25/2019 | GLA SOLUTIONS, LLC. | $ 25,000.00 | 4/27/2020 | MOLINA HEALTHCARE | $ 100,000.00 |
| 3/26/2019 | 55 GREEN MEADOWS | $ 60,000.00 | 5/21/2020 | 55 GREEN MEADOWS | $ 25,000.00 |
| 4/12/2019 | EMPOWER OHIO, INC. | $ 250,000.00 | 6/15/2020 | GIANT EAGLE, INC. | $ 25,000.00 |
| 4/30/2019 | FIRSTENERGY SERVICE CO. | $ 1,500,000.00 | Transactions under $5,000 | | $ 34,325.22 |
| *Excludes deposits from related account Generation Now | | | | **TOTAL\*** | $ 64,397,395.22 |

GOVERNMENT EXHIBIT

16

1:20-CR-077

Case: 23-3565   Document: 23   Filed: 02/26/2024   Page: 4

App'x 002



Re: Akron Beacon Journal Replica Edition - Message (HTML)

GOVERNMENT EXHIBIT
212
1:20-CR-077

From: mymail987321@gmail.com
To: Thomas George <thegeorgegroup@aol.com>
Cc:
Subject: Re: Akron Beacon Journal Replica Edition

Sooner the better Tony - we have a lot of educating to do to.
Also Kasich is definitely not on board and actually wants to reinstate the renewable credits. Senate usually is tied at hip with Governor

Sent from my iPhone

On Nov 11, 2016, at 2:32 AM, Thomas George <thegeorgegroup@aol.com> wrote:

> Ok thanks I will pass on to chuck
>
> Sent from my iPhone
>
> On Nov 10, 2016, at 10:23 PM, Larry Householder <mymail987321@gmail.com> wrote:
>
>> Tony,
>> I discussed a game plan for Utility relief yesterday w Bill Seitz.
>> We are more than ready to sit down and craft something with Utilities that will make sense.
>> L
>>
>> Sent from my iPhone
>>
>> On Nov 8, 2016, at 4:58 PM, Tony George <thegeorgegroup@aol.com> wrote:
>>
>>> Review below
>>>
>>> Tony
>>>
>>> -----Original Message-----
>>> From: Charles Jones <cej7471@gmail.com>
>>> To: Mr. Tony George <TheGeorgeGroup@aol.com>
>>> Sent: Sat, Nov 5, 2016 3:12 pm
>>> Subject: Akron Beacon Journal Replica Edition
>>>
>>> Pass on to Larry Householder. When we were talking on Weds I told him there was gonna be a sense of urgency but couldn't tell him all the details. If we don't move on some type of supplant in first half of 2017 it will be too late. These plants will be shut, sold, or bankrupt. I don't have any contact info for him.
>>>
>>> Follow the link below to view the article.
>>> akronbeaconjournal.oh.newsmemory.com/publink.php?shareid=398c063a6

App'x 003

## Situation Analysis
Out-of-state gas and wind energy interests are working to defeat House Bill 6 (HB6).  We are looking to expose them and protect our members against whom they are running ads.

## Message
We will educate members and build public support for HB6, by showing this bill allows for costs savings, jobs, and keeping dollars in Ohio.

## Deliverables
We will develop a communications strategy and plan with targeted messages to our target audience.

### *Targeted Communications Campaign*
Our targets are:
Legislators in the Ohio House and Senate.
Our opponents, to know there is a price to pay for opposing this bill.

GOVERNMENT
EXHIBIT

462

1:20-CR-077

Phone Patching:
We will reinforce our advertising with a paid live patch-through phone calls.  We will dial out into the communities educate voters and patch them through to their elected officials.

Digital:
We will create a landing page to cookie and track viewers and host the Gasland video.  We will utilize social media, display, and programmatic ads to drive people to the page to view the trailer.

Texting:
We use Peer-to-Peer Texting to send SMS and MMS messages to large audiences - one message at a time - either through the client's volunteers or our call center. In this case, we would handle the sending. Peer-to-Peer Texting will come in handy for this type of program is to contact voters, sending them a video message to educate them on the issue and leading them to an action.

Television and Radio:
We will defend our members and target our opponents.  Focus will depend on budget, see below.

## Timeline
We propose beginning the campaign as soon as possible:
April 29        Begin Phone Patch Program, Texting, and Digital
April 30        Begin the Radio and TV Program in House
May 13          Begin the Radio and TV Program in Senate

## Budget

8 Week program to educate the Ohio electorate about the importance of passing HB6.  Overall budget would be $15-16m for a full burn over 8 weeks.

| | | |
|---|---|---|
| Phone Patch | Data Cost: $5,000 | |
| | Dial Cost, assuming 100 calls into each target = $1,200 per target | |
| | Assuming 20 targets and 10 targets in the Senate = **$36,000** | |
| Texting | Peer-to-Peer texting program approximate costs per | |
| | House District including data $2300 (multiply by 3 for | |
| | Senate Districts).  Assuming 20 House and 5 Senate targets = **$80,500** | |
| Television | To run over a two-week period targeting the House: | |
| (Broadcast) | 1,000 GRPs    Cleveland | $279,000 |
| | 1,000 GRPs    Columbus | $192,000 |
| | 1,000 GRPs    Cincinnati | $179,000 |
| | 1,000 GRPs    Youngstown | $69,000 |
| | 1,000 GRPs    Wheeling/Steubenville | $72,000 |
| | 1,000 GRPs    Charleston | $116,000 |
| | 1,000 GRPs    Zanesville | $48,000 |
| | 1,000 GRPs    Parkersburg | $43,000 |
| | **Total Weekly Television (Broadcast)** | **$998,000** |
| (Cable) | Statewide FoxNews | $198,000 |
| | Columbus | $43,000 |
| | Youngstown | $15,000 |
| | Wheeling/Steubenville | $5,000 |
| | Parkersburg | $2,000 |
| | Charleston | $12,000 |
| | **Total Weekly Cable** | **$275,000** |
| Digital | FB: 2.3MM Reach, 3k-6k link clicks/day | $300,000 |
| | Graphic Display: 54-70mm impressions | |
| | at 5/24 frequency. | $400,000 |
| | **Total Digital** | **$700,000** |
| Radio | Statewide radio targeting voting age adults. | |
| | **Total Weekly Radio** | **$150,000** |
| Production | Radio spots at $1,250 each | |
| | Television spots at $6,500 each | |
| Mail | Will be dependent on how many legislators we target to receive the messages.  For budgeting purposes, we will figure on 20-30 House targets and 10-15 Senate targets at (3) pieces per target at $.45-.50/piece.  House Members we assume 100,000 total pieces and Senate Members we assume 300,000 total pieces. **Total Mail $3,250,000** | |

## Conclusion

We are excited about the prospect of working on this project and making a strong impact on public opinion on the legislation.  We are available to answer any of your questions or provide additional information as necessary.  Thank you.

App'x 005

**GOVERNMENT EXHIBIT**

624B

1:20-CR-077

# EMPLOYMENT AGREEMENT

**THIS EMPLOYMENT AGREEMENT (the "Agreement"), dated as of this 7th day of August, 2019**

**BETWEEN:**

Advanced Micro Targeting, Inc.
(the "Employer")

**- AND -**

Tyler Fehrman
(the "Employee")

**BACKGROUND:**

A. The Employer is of the opinion that the Employee has the necessary qualifications, experience and abilities to assist and benefit the Employer in its business.

B. The Employer desires to employ the Employee and the Employee has agreed to accept and enter such employment upon the terms and conditions set out in this Agreement.

**IN CONSIDERATION OF** the matters described above and of the mutual benefits and obligations set forth in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the parties to this Agreement agree as follows:

**Section 1.   Commencement Date and Term**.      The Employee will begin full-time employment with the Employer on the 7th day of August, 2019 (the "Commencement Date") for a ballot initiative project in the State of Ohio ("Project") and continuing such full-time employment until the conclusion of the Project ("Term"). The Project is expected to be completed on or before October 31, 2019. Employer reserves the right to relocate Employee to other Company projects around the country if deemed necessary by Employer on the same terms and conditions required for this Project. Upon the Commencement Date, any previous employment agreement between Employee and Company is deemed to be terminated. **Notwithstanding anything to the contrary contained herein, in no event shall the Commencement Date occur before Employer has received a completed and signed Ohio Form 15 from Employee and filed the same with the Ohio Secretary of State.**

**EMPLOYEE IS EXPRESSLY PROHIBITED FROM BEGINNING ANY WORK ON THE PROJECT PRIOR TO EMPLOYER HAVING RECEIVED A COMPLETED AND SIGNED OHIO FORM 15 FROM EMPLOYEE AND FILED THE SAME WITH THE OHIO SECRETARY OF STATE.**

**Section 2.   At Will Employment**.      The Employee shall be considered an "at will" Employee. Employer shall have the right to terminate Employee's employment with Employer at any time for any reason permitted under applicable law or for no reason. Employer shall have the right to terminate

AMT Employment Contract.Ohio.Fehrman.080619.01

App'x 006

Employee's employment without any notice or compensation to the Employee other than wages owed for days of work already completed and **subject to the provisions of Section 13**.

**Section 3.    Job Title and Description**.        The Employer agrees to employ the Employee as a Project Manager. The Employee will be expected to perform the following job duties: Duties to include, but not limited to the following: arrive to work on time, comply with all Employer policies as may be communicated to Employee, complete all required Ohio paperwork as prescribed by the State of Ohio and Employer, **including Ohio's Form 15 prior to starting any work on the Project**, have a detailed understanding of the Project and related issues, prepare maps and devices for use in the field, obtain ballot petition signatures and supervise the collection of ballot petition signatures that comply with Employer's quality standards and all applicable laws, supervise and ensure the proper completion of circulator statements as prescribed by the State of Ohio and Employer for all petition books, manage team members, review and edit reports, ensure all petitioners report their signature totals on an hourly basis at the top of every hour, and such other related duties as determined by Employer.

The Employee agrees to be employed on the terms and conditions set out in this Agreement. The Employee agrees to be subject to the general supervision of and act pursuant to the orders, advice and direction of the Employer.

The Employee will perform any and all duties that are reasonable and that are customarily performed by a person holding a similar position in the industry or business of the Employer.

The Employer may in its sole discretion unilaterally and significantly change the Employee's job title or duties. The Employee agrees to abide by the Employer's rules, regulations, and practices, including those concerning work schedules, and sick leave, as they may from time to time be adopted or modified.

**Section 4:    Employee Compensation**.  Compensation paid to the Employee for the services rendered by the Employee as required by this Agreement (the "Compensation") will include a monthly salary equal to Five Thousand and 00/100 Dollars ($5,000.00), to be prorated based upon the actual length of the Term.

This Compensation will be payable twice per month while this Agreement is in force. **The Employer is entitled to deduct from the Employee's Compensation, or from any other compensation in whatever form, any applicable deductions and remittances as required by law, including without limitation, Unauthorized Expenses pursuant to Section 13. The Employer shall have the right in its sole discretion to withhold Employee's final paycheck for a period of up to fifteen (15) business days to determine the existence of any unpaid Unauthorized Expenses.**

The Employee understands and agrees that any additional compensation paid to the Employee in the form of bonuses or other similar incentive compensation will rest in the sole discretion of the Employer and that the Employee will not earn or accrue any right to incentive compensation by reason of the Employee's employment. Notwithstanding the foregoing, Employee is eligible for a referral bonus of One Hundred and 00/100 Dollars ($100.00) (the "Referral Bonus") for each new employee referred by Employee to Employer provided that such referred new employee is actually hired by Employer and further provided that such referred new employee remains employed by Employer for a minimum of sixty (60) days. The Referral Bonus will be paid to Employee, if at all, following the completion of the applicable referred new employee's initial sixty-day (60) employment period.

AMT Employment Contract.Ohio.Fehrman.080619.01

**Section 5:  Duty to Devote Full Time**.  The Employee agrees to devote full-time efforts, as an employee of the Employer, to the employment duties and obligations as described in this Agreement. Due to the nature of the Project, which primarily consists of ballot initiative work, full-time hours will be set by Employer and such hours may vary on a day-to-day basis and may vary based upon weather, available daylight, and such other factors as may be determined by Employer in its sole discretion.

**Section 6:  Conflict of Interest**.  During the term of the Employee's active employment with the Employer, it is understood and agreed that any business opportunity relating to or similar to the Employer's actual or reasonably anticipated business opportunities (with the exception of personal investments in less than 5% of the equity of a business, investments in established family businesses, real estate, or investments in stocks and bonds traded on public stock exchanges) coming to the attention of the Employee, is an opportunity belonging to the Employer. Therefore, the Employee will advise the Employer of the opportunity and cannot pursue the opportunity, directly or indirectly, without the written consent of the Employer, which may be withheld in Employer's sole discretion.

During the term of the Employee's active employment with the Employer, the Employee will not, directly or indirectly, engage or participate in any other business activities that the Employer, in its sole discretion, determines to be in conflict with the Employer's business.

**Section 7:  Non-Competition**.     The Employee agrees that during the Employee's term of active employment with the Employer and for a period of two (2) years after the end of that term, the Employee will not, directly or indirectly, as employee, owner, sole proprietor, partner, director, member, consultant, agent, founder, co-venturer or otherwise, solely or jointly with others engage in any business that is in competition with the business of the Employer or the current or active clients of the Employer within any geographic area in which the Employer conducts its business, or give advice or lend credit, money or the Employee's reputation to any natural person or business entity engaged in a competing business in any geographic area in which the Employer conducts its business.

**Section 8:  Non-Solicitation**.  The Employee understands and agrees that any attempt on the part of the Employee to induce other employees or contractors to leave the Employer's employ, or any effort by the Employee to interfere with the Employer's relationship with its other employees and contractors would be harmful and damaging to the Employer. The Employee agrees that during the Employee's term of employment with the Employer and for a period of two (2) years after the end of that term, the Employee will not in any way, directly or indirectly:

    a.  Induce or attempt to induce any employee or contractor of the Employer to quit employment or retainer with the Employer;

    b.  Otherwise interfere with or disrupt the Employer's relationship with its employees and contractors;

    c.  Discuss employment opportunities or provide information about competitive employment to any of the Employer's employees or contractors; or

    d.  Solicit, entice, or hire away any employee or contractor of the Employer for the purpose of an employment opportunity that is in competition with the Employer.

This non-solicitation obligation as described in this section will be limited to employees or contractors who were employees or contractors of the Employer during the period that the Employee was employed by the Employer.

AMT Employment Contract.Ohio.Fehrman.080619.01

App'x 008

During the term of the Employee's active employment with the Employer, and for two (2) years thereafter, the Employee will not divert or attempt to divert from the Employer any business the Employer had enjoyed, solicited, or attempted to solicit, from its customers, prior to termination or expiration, as the case may be, of the Employee's employment with the Employer.

**Section 9:  Confidential Information**.  The Employee acknowledges that, in any position the Employee may hold, in and as a result of the Employee's employment by the Employer, the Employee will, or may, be making use of, acquiring or adding to information which is confidential to the Employer (the "Confidential Information") and the Confidential Information is the exclusive property of the Employer.

The Confidential Information will include all data and information relating to the business and management of the Employer, including but not limited to, proprietary and trade secret technology and accounting records to which access is obtained by the Employee, including Work Product, Computer Software, Other Proprietary Data, Business Operations, Marketing and Development Operations, and Customer Information.

The Confidential Information will also include any information that has been disclosed by a third party to the Employer and is governed by a non-disclosure agreement entered into between that third party and the Employer.

The Confidential Information will not include information that:

    a.   Is generally known in the industry of the Employer;

    b.   Is now or subsequently becomes generally available to the public through no wrongful act of the Employee;

    c.   Was rightfully in the possession of the Employee prior to the disclosure to the Employee by the Employer;

    d.   Is independently created by the Employee without direct or indirect use of the Confidential Information; or

    e.   The Employee rightfully obtains from a third party who has the right to transfer or disclose it.

The Confidential Information will also not include anything developed or produced by the Employee during the Employee's term of employment with the Employer, including but not limited to, any intellectual property, process, design, development, creation, research, invention, know-how, trade name, trade-mark or copyright that:

    a.   Was developed without the use of equipment, supplies, facility or Confidential Information of the Employer;

    b.   Was developed entirely on the Employee's own time;

    c.   Does not result from any work performed by the Employee for the Employer; and

AMT Employment Contract.Ohio.Fehrman.080619.01

App'x 009

    d.  Does not relate to any actual or reasonably anticipated business opportunity of the Employer.

**<u>Section 10:</u>**    **<u>Duties and Obligations Concerning Confidential Information</u>**. The Employee agrees that a material term of the Employee's contract with the Employer is to keep all Confidential Information absolutely confidential and protect its release from the public through any medium, including social media. The Employee agrees not to divulge, reveal, report or use, for any purpose, any of the Confidential Information which the Employee has obtained or which was disclosed to the Employee by the Employer as a result of the Employee's employment by the Employer. The Employee agrees that if there is any question as to such disclosure then the Employee will seek out senior management of the Employer prior to making any disclosure of the Employer's information that may be covered by this Agreement.

The Employee agrees and acknowledges that the Confidential Information is of a proprietary and confidential nature and that any disclosure of the Confidential Information to a third party in breach of this Agreement cannot be reasonably or adequately compensated for in money damages, would cause irreparable injury to Employer, would gravely affect the effective and successful conduct of the Employer's business and goodwill, and would be a material breach of this Agreement.

The obligations to ensure and protect the confidentiality of the Confidential Information imposed on the Employee in this Agreement and any obligations to provide notice under this Agreement will survive the expiration or termination, as the case may be, of this Agreement and will continue for a period of five (5) years from the date of such expiration or termination.

The Employee may disclose any of the Confidential Information:

    a.  To a third party where Employer has consented in writing to such disclosure; and

    b.  To the extent required by law or by the request or requirement of any judicial, legislative, administrative or other governmental body.

If the Employee loses or makes unauthorized disclosure of any of the Confidential Information, the Employee will immediately notify the Employer and take all reasonable steps necessary to retrieve the lost or improperly disclosed Confidential Information.

**<u>Section 11:</u>**    **<u>Ownership and Title to Confidential Information</u>**. The Employee acknowledges and agrees that all rights, title and interest in any Confidential Information will remain the exclusive property of the Employer. Accordingly, the Employee specifically agrees and acknowledges that the Employee will have no interest in the Confidential Information, including, without limitation, no interest in know-how, copyright, trade-marks or trade names, notwithstanding the fact that the Employee may have created or contributed to the creation of the Confidential Information.

The Employee waives any moral or equitable rights that the Employee may have with respect to the Confidential Information.

The Employee agrees to immediately disclose to the Employer all Confidential Information developed in whole or in part by the Employee during the Employee's term of employment with the Employer and to assign to the Employer any right, title or interest the Employee may have in the Confidential Information. The Employee agrees to execute any instruments and to do all other things reasonably

requested by the Employer, both during and after the Employee's employment with the Employer, in order to vest more fully in the Employer all ownership rights in those items transferred by the Employee to the Employer.

**Section 12:**     **Return of Confidential Information**.  The Employee agrees that, upon request of the Employer or upon termination or expiration, as the case may be, of this employment, the Employee will turn over to the Employer all Confidential Information belonging to the Employer, including but not limited to, all documents, plans, specifications, disks or other computer media, as well as any duplicates or backups made of that Confidential Information in whatever form or media, in the possession or control of the Employee that:

    a.   May contain or be derived from ideas, concepts, creations, or trade secrets and other proprietary and Confidential Information as defined in this Agreement; or

    b.   Is connected with or derived from the Employee's employment with the Employer.

**Section 13:**          **Unauthorized Expenses**.          **Employee is responsible for any and all expenses incurred without the prior express written approval of Employer or resulting from Employee's failure to abide by the terms and conditions of the Agreement ("Unauthorized Expenses").  Unauthorized Expenses include, without limitation, the following: any fines charged to Company for Employees's failure to comply with all applicable laws, hotel/motel room or other temporary housing service charges, including without limitation, cleaning and damage fees;  car rental charges for traffic violations occurring while using such rental car; car rental cleaning fees, damage fees and fuel charges;  any costs incurred by Employer for flight, bus, taxi or other travel arrangements for Employee or any other expenses incurred due to, following, or resulting from, the resignation or termination for cause of Employee (including all housing expenses and travel expenses to and from the location of the work site and Employee's primary residence); unauthorized credit or debit card charges; and any costs or expenses incurred by Employer in enforcing the terms and conditions of this Agreement or in seeking reimbursement or remediation of any violations by Employee of the terms and conditions of this Agreement. Employer and Employee acknowledge and agree that any failure of Employee to return any property of Employer, including without limitation, un-notarized petitions, ANY petitions or other Work Product in Employee's possession, keys, palms, mobile devices, computers, phones, rental cars, etc., in a timely and undamaged manner, as determined by Employer in its sole discretion, shall be considered Unauthorized Expenses. The Employer is entitled to deduct from the Employee's Compensation, or from any other compensation in whatever form, any applicable deductions and remittances as required by law, including without limitation, Unauthorized Expenses pursuant to this**

AMT Employment Contract.Ohio.Fehrman.080619.01

**Section 13. The Employer shall have the right in its sole discretion to withhold Employee's final paycheck for a period of up to fifteen (15) business days to determine the existence of any unpaid Unauthorized Expenses.**

TYLER J. FEHRMAN (Aug 6, 2019)

**Employee Signature**

<u>Section 14.</u>        <u>**Contract Binding Authority**</u>. Notwithstanding any other term or condition expressed or implied in this Agreement to the contrary, the Employee will not have the authority to enter into any contracts or commitments for or on the behalf of the Employer without first obtaining the express written consent of the Employer.

<u>Section 15.</u>        <u>Reserved</u>.

**<u>Section 16.</u>        Prohibited Conduct.   Employee shall not be under the influence of any controlled substance during work hours. Employee acknowledges and agrees that Employer shall have the right in its sole discretion to require random drug tests of Employee. Any illegal or fraudulent activity by Employee in the course of employment is expressly prohibited. In the event Employer determines that Employee has submitted fraudulent work product, including without limitation, fraudulent petition signatures or fraudulent voter interviews, Employee's employment will be immediately terminated and Employer may in its sole discretion turn such matters over to law enforcement. Employee acknowledges and agrees that in the event of any illegal or fraudulent activity or other gross misconduct by Employee in the course of employment, Employee shall forfeit all unpaid or uncollected wages. Employee acknowledges and agrees that Employee is prohibited from publishing on any medium, including social media, anything which would reflect poorly on Employer or its clients, as determined by Employer in its sole discretion.**

<u>Section 17.</u>        <u>**Remedies/Dispute Resolution.**</u>  In the event of a breach or threatened breach by the Employee of any of the provisions of this Agreement, the Employee agrees that the Employer is entitled to a permanent injunction, in addition to and not in limitation of any other rights and remedies available to the Employer at law or in equity, in order to prevent or restrain any such breach by the Employee or by the Employee's partners, agents, representatives, servants, employees, and/or any and all persons directly or indirectly acting for or with the Employee.

**Employer and Employee expressly agree that, except as provided in the immediately preceding paragraph of this Agreement, all disputes arising out of this Agreement shall be resolved by arbitration in accordance with the following provisions. Either party must demand in writing such arbitration within ten days after the controversy arises by sending a notice to arbitrate to both the other party and to the American Arbitration Association (hereinafter referred to as**

AMT Employment Contract.Ohio.Fehrman.080619.01

App'x 012

"AAA"). The controversy shall then be arbitrated pursuant to the rules promulgated by the AAA at the AAA's offices located in Clark County, Nevada. The parties will select by mutual agreement the arbitrator or arbitrators (hereinafter collectively referred to as "arbitrator") to hear and resolve the controversy. The arbitrator shall be governed by the express terms of this Agreement and the laws of the State of Nevada. The arbitrator's decision shall be final and binding on the parties and shall bar any suit, action, or proceeding instituted in any federal, state, or local court or administrative tribunal, including the right to bring or join a class or collective action or participate in a "class arbitration". Notwithstanding the preceding sentence, the arbitrator's judgment may be entered in any court of competent jurisdiction. These arbitration provisions shall survive the termination of this Agreement.

I UNDERSTAND THAT I AM VOLUNTARILY AGREEING TO ARBITRATE DISPUTES ARISING UNDER THIS AGREEMENT AND THAT I AM GIVING UP MY RIGHT TO A TRIAL BY JURY AND THE RIGHT TO JOIN A CLASS OR COLLECTIVE ACTION OR PARTICIPATE IN A "CLASS ARBITRATION".

TYLER J. FEHRMAN (Aug 6, 2019)

## Employee Signature

**Section 18.**         **Severability**. The Employer and the Employee acknowledge that this Agreement is reasonable, valid and enforceable. However, if any term, covenant, condition or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, it is the parties' intent that such provision be changed in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions of this Agreement will in no way be affected, impaired or invalidated as a result.

**Section 19.**         **Notices**.  Any notices, deliveries, requests, demands or other communications required here will be deemed to be completed when hand-delivered, delivered by agent, or seven (7)

AMT Employment Contract.Ohio.Fehrman.080619.01

days after being placed in the post, postage prepaid, to the parties at the following addresses or as the parties may later designate in writing:

      a.  **Employer:**

          Name:         Advanced Micro Targeting

          Address:      5757 Alpha Rd., Suite 501, Dallas, TX 75240

      b.  **Employee:**

          Name:         Tyler Fehrman

          Address:      1752 Ridgebury Drive, Hilliard, OH 43026

          Email:        tfehrman@gmail.com

**Section 20.**      **Modification of Agreement**.  Any amendment or modification of this Agreement or additional obligation assumed by either party in connection with this Agreement will only be binding if evidenced in writing signed by each party or an authorized representative of each party.

**Section 21.**      **Governing Law**.  This Agreement will be construed in accordance with and governed by the laws of the state of Nevada.

**Section 22.**      **Definitions**.  For the purpose of this Agreement the following definitions will apply:

      a.  'Work Product' means work product information, including but not limited to, work product resulting from or related to work or projects performed or to be performed for the Employer or for clients of the Employer, of any type or form in any stage of actual or anticipated research and development.

      b.  'Computer Software' means computer software resulting from or related to work or projects performed or to be performed for the Employer or for clients of the Employer, of any type or form in any stage of actual or anticipated research and development, including but not limited to, programs and program modules, routines and subroutines, processes, algorithms, design concepts, design specifications (design notes, annotations, documentation, flowcharts, coding sheets, and the like), source code, object code and load modules, programming, program patches and system designs.

      c.  'Other Proprietary Data' means information relating to the Employer's proprietary rights prior to any public disclosure of such information, including but not limited to, the nature of the proprietary rights, production data, technical and engineering data, test data and test results, the status and details of research and development of products and services, and information regarding acquiring, protecting, enforcing and licensing proprietary rights (including patents, copyrights and trade secrets).

      d.  'Business Operations' means operational information, including but not limited to, internal personnel and financial information, vendor names and other vendor information

AMT Employment Contract.Ohio.Fehrman.080619.01

(including vendor characteristics, services and agreements), purchasing and internal cost information, internal services and operational manuals, and the manner and methods of conducting the Employer's business.

e.  'Marketing and Development Operations' means marketing and development information, including but not limited to, marketing and development plans, price and cost data, price and fee amounts, pricing and billing policies, quoting procedures, marketing techniques and methods of obtaining business, forecasts and forecast assumptions and volumes, and future plans and potential strategies of the Employer which have been or are being considered.

f.  'Customer Information' means customer information, including but not limited to, names of customers and their representatives, contracts and their contents and parties, customer services, data provided by customers and the type, quantity and specifications of products and services purchased, leased, licensed or received by customers of the Employer.

g.  'Termination Date' means the date specified in this Agreement or in a subsequent notice by either the Employee or the Employer to be the last day of employment under this Agreement. The parties acknowledge that various provisions of this Agreement will survive the Termination Date.

## Section 23.            General Provisions.

Time is of the essence in this Agreement.

Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Agreement. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

No failure or delay by either party to this Agreement in exercising any power, right or privilege provided in this Agreement will operate as a waiver, nor will any single or partial exercise of such rights, powers or privileges preclude any further exercise of them or the exercise of any other right, power or privilege provided in this Agreement.

This Agreement will inure to the benefit of and be binding upon the respective heirs, executors, administrators, successors and assigns, as the case may be, of the Employer and the Employee.

This Agreement may be executed in counterparts. Facsimile signatures are binding and are considered to be original signatures.

This Agreement constitutes the entire agreement between the parties and there are no further items or provisions, either oral or written. The parties to this Agreement stipulate that neither of them has made any representations with respect to the subject matter of this Agreement except such representations as are specifically set forth in this Agreement.

**EMPLOYER:**

Latiecha Crowden

_____
Print

_Latiecha R. Crowden_
_____
Sign

Aug 14, 2019
_____
Date


**EMPLOYEE:**

TYLER C FEHRMAN

_____
Print

_[signature]_
TYLER C FEHRMAN (Aug 6, 2019)
_____
Sign

Aug 6, 2019
_____
Date

AMT Employment Contract.Ohio.Fehrman.080619.01

App'x 016

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 9779726651 | 285971089-00001 | 02/26/17 | 12340 of 33855 |

## Summary for Charles Jones: 330-472-6068
## 19124

**GOVERNMENT EXHIBIT**

724B

1:20-CR-077

## Your Plan

**Nationwide Business Talk 450**
$44.99 monthly charge
450 monthly allowance minutes
$.25 per minute after allowance

**Friends & Family**

**M2M National Unlimited**
Unlimited  Mobile to Mobile

**UNL Night & Weekend Min**
Unlimited  OFFPEAK

**Email & Data Unlimited**
$24.99 monthly charge
Unlimited monthly kilobyte

**Beginning on 10/04/07:**
**22% Access Discount**

**Beginning on 06/04/13:**
**22% – Feature Discount**

**100 TXT Msgs**
100 monthly Text Message allowance
$.10 per message after allowance

**UNL IN Msgs 1000 Msgs**
$10.00 monthly charge
Unlimited monthly M2M PIX & Video
Unlimited monthly M2M Text
1000 monthly message allowance
$.10 per message after allowance

Have more questions about your charges?
Get details for usage charges at
www.vzw.com/mybusinessaccount.

## Monthly Charges

**New Plan**

| | | | |
|---|---|---|---|
| UNL IN Msgs 1000 Msgs | | 01/04 – 02/03 | 10.00 |
| $10.00 per month / full month on new service | | | |

**Month in Advance**

| | | | |
|---|---|---|---|
| Nationwide Business Talk 450 | | 02/04 – 03/03 | 44.99 |
| 22% Access Discount | | 02/04 – 03/03 | -9.90 |
| Email & Data Unlimited | | 02/04 – 03/03 | 24.99 |
| 22% – Feature Discount | | 02/04 – 03/03 | -5.50 |
| UNL IN Msgs 1000 Msgs | | 02/04 – 03/03 | 10.00 |
| VZ Navigator | | 02/04 – 03/03 | 4.99 |
| 4G Smartphone Hotspot | | 02/04 – 03/03 | 30.00 |
| 22% – Feature Discount | | 02/04 – 03/03 | -6.60 |
| These are the normal monthly charges billed in advance. | | | |
| | | | **$102.97** |

## Usage and Purchase Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Shared | minutes | 450 (shared) | 665 | -- | -- |
| Mobile to Mobile | minutes | unlimited | 676 | -- | -- |
| Night/Weekend | minutes | unlimited | 333 | -- | -- |
| Total Voice | | | | | $.00 |

| Messaging | | | | | |
|---|---|---|---|---|---|
| Unlimited M2M Text | messages | unlimited | 50 | -- | -- |
| UNL M2M Picture & Video | messages | unlimited | 19 | -- | -- |
| Text, Picture & Video | messages | 1000 | 79 | -- | -- |
| Total Messaging | | | | | $.00 |

**Data**

**Unbilled Usage from Previous Months**
(Data usage is applied against any remaining allowance for the month in which the usage occurred.)

| Kilobyte Usage | kilobytes | | 1940 | -- | -- |
|---|---|---|---|---|---|

**Current Data Usage**

| Kilobyte Usage | kilobytes | unlimited | 5,547,209 | -- | -- |
|---|---|---|---|---|---|
| Total Data | | | | | $.00 |

| **Total Usage and Purchase Charges** | | | | | **$.00** |
|---|---|---|---|---|---|

| **Surcharges** | |
|---|---|
| Fed Universal Service Charge | 1.56 |
| Regulatory Charge | .21 |
| Administrative Charge | 1.23 |
| OH Tax Recovery Surcharge | .28 |

App'x 017

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 9779726651 | 285971089-00001 | 02/26/17 | 12341 of 33855 |

# Monthly Charges, continued

**Surcharges**

| | |
|---|---|
| OH Reg Fee | .16 |
| | **$3.44** |

**Taxes, Governmental Surcharges and Fees**

| | |
|---|---|
| State/Local E911 ($0.25/No.) | .25 |
| OH State Sales Tax–Telec | 5.83 |
| OH State Sales Tax | .29 |
| Summit Cnty Sales Tax–Telec | 1.01 |
| Summit Cnty Sales Tax | .05 |
| | **$7.43** |
| | |
| **Total Current Charges for 330-472-6068** | **$113.84** |

# Detail for Charles Jones: 330-472-6068

# Voice

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/04 | 10:09A | 216-952-6166 | Peak | M2MAllow | Naples FL | Cleveland OH | 7 | -- | -- | -- |
| 1/04 | 10:38A | 330-761-7884 | Peak | PlanAllow | Naples FL | Akron OH | 7 | -- | -- | -- |
| 1/04 | 10:45A | 330-283-1180 | Peak | M2MAllow | Naples FL | Akron OH | 1 | -- | -- | -- |
| 1/04 | 11:31A | 330-761-7884 | Peak | PlanAllow | Naples FL | Incoming CL | 3 | -- | -- | -- |
| 1/04 | 4:39P | 330-715-2989 | Peak | M2MAllow | Naples FL | VM Deposit CL | 1 | -- | -- | -- |
| 1/04 | 4:46P | 330-715-2989 | Peak | M2MAllow | Naples FL | Incoming CL | 1 | -- | -- | -- |
| 1/04 | 4:49P | 330-634-0408 | Peak | PlanAllow | Naples FL | Akron OH | 3 | -- | -- | -- |
| 1/04 | 4:54P | 330-634-0408 | Peak | PlanAllow | Naples FL | Akron OH | 3 | -- | -- | -- |
| 1/05 | 3:15P | 330-664-4700 | Peak | PlanAllow | Carlstadt NJ | Montrose OH | 1 | -- | -- | -- |
| 1/05 | 3:15P | 330-664-4700 | Peak | PlanAllow | East Ruthe NJ | Montrose OH | 1 | -- | -- | -- |
| 1/05 | 6:38P | 330-634-0408 | Peak | PlanAllow | Naples FL | Akron OH | 5 | -- | -- | -- |
| 1/05 | 6:43P | 330-697-5610 | Peak | M2MAllow | Naples FL | Akron OH | 1 | -- | -- | -- |
| 1/05 | 6:44P | 724-622-4280 | Peak | M2MAllow | Naples FL | Rochester PA | 1 | -- | -- | -- |
| 1/05 | 6:49P | 724-622-4280 | Peak | M2MAllow | Naples FL | Rochester PA | 2 | -- | -- | -- |
| 1/06 | 8:10A | 330-436-2800 | Peak | PlanAllow | Naples FL | Akron OH | 56 | -- | -- | -- |
| 1/06 | 4:58P | 330-634-0408 | Peak | PlanAllow | Naples FL | Akron OH | 5 | -- | -- | -- |
| 1/06 | 5:08P | 330-634-0408 | Peak | PlanAllow | Naples FL | Akron OH | 3 | -- | -- | -- |
| 1/06 | 5:25P | 330-283-1180 | Peak | PlanAllow | Naples FL | Incoming CL | 6 | -- | -- | -- |
| 1/07 | 10:23A | 216-952-6166 | Off-Peak | N&W | Naples FL | Incoming CL | 7 | -- | -- | -- |
| 1/07 | 10:30A | 330-697-5610 | Off-Peak | N&W | Naples FL | Akron OH | 1 | -- | -- | -- |
| 1/07 | 11:02A | 740-326-0185 | Off-Peak | N&W | Naples FL | VM Deposit CL | 1 | -- | -- | -- |
| 1/07 | 11:03A | 330-634-0408 | Off-Peak | N&W | Naples FL | Akron OH | 8 | -- | -- | -- |
| 1/07 | 11:11A | 740-326-0185 | Off-Peak | N&W | Naples FL | MT Vernon OH | 1 | -- | -- | -- |
| 1/07 | 11:18A | 330-634-0408 | Off-Peak | N&W | Naples FL | Akron OH | 4 | -- | -- | -- |
| 1/07 | 2:01P | 330-634-0408 | Off-Peak | N&W | Naples FL | Akron OH | 6 | -- | -- | -- |
| 1/07 | 2:11P | 330-634-0408 | Off-Peak | N&W | Naples FL | Akron OH | 3 | -- | -- | -- |
| 1/07 | 2:33P | 740-326-0185 | Off-Peak | N&W | Naples FL | Incoming CL | 2 | -- | -- | -- |
| 1/08 | 10:55A | 330-634-0408 | Off-Peak | N&W | Naples FL | Akron OH | 2 | -- | -- | -- |

App'x 018

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 9779726651 | 285971089−00001 | 02/26/17 | 12342 of 33855 |

## Detail for Charles Jones: 330−472−6068

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/08 | 11:36A | 330−634−0408 | Off−Peak | N&W | Naples FL | Akron OH | 2 | −− | −− | −− |
| 1/08 | 11:38A | 330−697−4908 | Off−Peak | N&W | Naples FL | Akron OH | 1 | −− | −− | −− |
| 1/08 | 5:17P | 330−697−5610 | Off−Peak | N&W | Naples FL | Incoming Cl. | 1 | −− | −− | −− |
| 1/08 | 5:25P | 330−697−5610 | Off−Peak | N&W | Naples FL | Akron OH | 1 | −− | −− | −− |
| 1/08 | 8:10P | 330−715−2989 | Off−Peak | N&W | Naples FL | Incoming CL | 1 | −− | −− | −− |
| 1/09 | 8:17A | 216−426−4445 | Peak | PlanAllow | Naples FL | Cleveland OH | 2 | −− | −− | −− |
| 1/09 | 8:18A | 678−427−3013 | Peak | PlanAllow | Naples FL | VM Deposit Cl | 1 | −− | −− | −− |
| 1/09 | 9:38A | 216−426−4445 | Peak | PlanAllow | Naples FL | Incoming CL | 6 | −− | −− | −− |
| 1/09 | 10:19A | 330−620−7888 | Peak | M2MAllow | Naples FL | Akron OH | 7 | −− | −− | −− |
| 1/09 | 11:25A | 330−697−5610 | Peak | M2MAllow | Naples FL | Incoming CL. | 1 | −− | −− | −− |
| 1/09 | 12:08P | 330−472−0010 | Peak | M2MAllow | Naples FL | Akron OH | 7 | −− | −− | −− |
| 1/09 | 3:41P | 440−550−9049 | Peak | M2MAllow | Naples FL | Brecksvl OH | 7 | −− | −− | −− |
| 1/09 | 4:19P | 855−330−8653 | Peak | PlanAllow | Naples FL | Incoming CL. | 1 | −− | −− | −− |
| 1/09 | 4:30P | 330−802−2413 | Peak | M2MAllow | Naples FL | Akron OH | 10 | −− | −− | −− |
| 1/09 | 4:40P | 855−330−8653 | Peak | PlanAllow | Naples FL | Incoming CL. | 1 | −− | −− | −− |
| 1/09 | 4:58P | 877−332−6631 | Peak | PlanAllow | Naples FL | Toll−Free Cl. | 27 | −− | −− | −− |
| 1/10 | 9:07A | 330−697−5610 | Peak | M2MAllow | Naples FL | VM Deposit CL | 1 | −− | −− | −− |
| 1/10 | 9:07A | 330−697−5610 | Peak | M2MAllow | Naples FL | Incoming CL | 2 | −− | −− | −− |
| 1/10 | 9:30A | 330−761−4420 | Peak | PlanAllow | Immokalee FL | Incoming CL | 15 | −− | −− | −− |
| 1/10 | 9:50A | 330−388−6975 | Peak | M2MAllow | Fort Laude FL | Incoming CL. | 12 | −− | −− | −− |
| 1/10 | 10:08A | 216−496−1271 | Peak | PlanAllow | Sunrise FL | Incoming CL. | 5 | −− | −− | −− |
| 1/10 | 10:39A | 330−697−5610 | Peak | PlanAllow | Boca Raton FL | Akron OH | 8 | −− | −− | −− |
| 1/10 | 12:56P | 877−332−6631 | Peak | PlanAllow | West Palm FL | Toll−Free Cl. | 62 | −− | −− | −− |
| 1/10 | 1:57P | 330−634−0408 | Peak | PlanAllow | West Palm FL | Akron OH | 1 | −− | −− | −− |
| 1/10 | 2:24P | 330−697−5610 | Peak | M2MAllow | West Palm FL | Akron OH | 5 | −− | −− | −− |
| 1/10 | 2:33P | 216−749−1366 | Peak | PlanAllow | West Palm FL | Cleveland OH | 2 | −− | −− | −− |
| 1/10 | 5:50P | 330−634−0408 | Peak | PlanAllow | West Palm FL | Akron OH | 2 | −− | −− | −− |
| 1/10 | 5:55P | 330−634−0408 | Peak | PlanAllow | West Palm FL | Akron OH | 3 | −− | −− | −− |
| 1/11 | 6:22A | 330−697−5610 | Peak | M2MAllow | West Palm FL | Akron OH | 25 | −− | −− | −− |
| 1/11 | 12:17P | 216−952−6166 | Peak | PlanAllow | West Palm FL | Incoming CL | 6 | −− | −− | −− |
| 1/11 | 12:24P | 330−634−0408 | Peak | PlanAllow | West Palm FL | Akron OH | 2 | −− | −− | −− |
| 1/11 | 1:25P | 330−813−8968 | Peak | M2MAllow | West Palm FL | Akron OH | 1 | −− | −− | −− |
| 1/11 | 1:25P | 330−813−8968 | Peak | M2MAllow | West Palm FL | Akron OH | 1 | −− | −− | −− |
| 1/11 | 1:27P | 330−666−4007 | Peak | PlanAllow | West Palm FL | Montrose OH | 2 | −− | −− | −− |
| 1/11 | 1:29P | 330−697−5610 | Peak | M2MAllow | West Palm FL | VM Deposit CL | 1 | −− | −− | −− |
| 1/11 | 1:31P | 330−697−5610 | Peak | M2MAllow | West Palm FL | Akron OH | 3 | −− | −− | −− |
| 1/11 | 1:42P | 330−666−4007 | Peak | PlanAllow | West Palm FL | Incoming CL. | 2 | −− | −− | −− |
| 1/11 | 1:45P | 330−666−4007 | Peak | PlanAllow | West Palm FL | Incoming CL. | 1 | −− | −− | −− |
| 1/11 | 1:54P | 330−697−5610 | Peak | M2MAllow | West Palm FL | Akron OH | 2 | −− | −− | −− |
| 1/11 | 4:38P | 330−384−5228 | Peak | PlanAllow | Palm Beach FL | Akron OH | 8 | −− | −− | −− |
| 1/11 | 5:14P | 330−634−0408 | Peak | PlanAllow | West Palm FL | Akron OH | 2 | −− | −− | −− |
| 1/11 | 5:19P | 330−634−0408 | Peak | PlanAllow | West Palm FL | Akron OH | 3 | −− | −− | −− |
| 1/11 | 5:21P | 330−697−5610 | Peak | M2MAllow | West Palm FL | Akron OH | 6 | −− | −− | −− |
| 1/11 | 8:54P | 330−283−1180 | Peak | M2MAllow | Palm Beach FL | Akron OH | 2 | −− | −− | −− |
| 1/11 | 10:34P | 614−354−3593 | Off−Peak | N&W | Palm Beach FL | VM Deposit CL | 1 | −− | −− | −− |

App'x 019

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 9779726651 | 285971089-00001 | 02/26/17 | 12343 of 33855 |

## Detail for Charles Jones: 330-472-6068

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/11 | 11:04P | 614-354-3593 | Off-Peak | N&W | Palm Beach FL | Columbus OH | 4 | -- | -- | -- |
| 1/12 | 7:04A | 330-697-5610 | Peak | M2MAllow | West Palm FL | Akron OH | 31 | -- | -- | -- |
| 1/12 | 11:16A | 330-761-7884 | Peak | PlanAllow | West Palm FL | Akron OH | 2 | -- | -- | -- |
| 1/12 | 11:17A | 330-761-7884 | Peak | PlanAllow,CallWait | West Palm FL | Incoming CL | 3 | -- | -- | -- |
| 1/12 | 5:14P | 330-697-5610 | Peak | M2MAllow | Lantana FL | Akron OH | 15 | -- | -- | -- |
| 1/12 | 5:28P | 330-283-1180 | Peak | M2MAllow | Palm Beach FL | Akron OH | 1 | -- | -- | -- |
| 1/12 | 6:08P | 330-606-7070 | Peak | M2MAllow | West Palm FL | Akron OH | 10 | -- | -- | -- |
| 1/13 | 7:05A | 330-697-5610 | Peak | M2MAllow | West Palm FL | Akron OH | 24 | -- | -- | -- |
| 1/13 | 8:13A | 786-292-4839 | Peak | PlanAllow | West Palm FL | Incoming CL | 1 | -- | -- | -- |
| 1/13 | 11:59A | 305-479-0575 | Peak | PlanAllow | Lantana FL | Miami FL | 6 | -- | -- | -- |
| 1/13 | 12:32P | 330-283-1180 | Peak | M2MAllow | West Palm FL | Incoming CL | 2 | -- | -- | -- |
| 1/13 | 4:47P | 330-697-5610 | Peak | M2MAllow | Remsen COR OH | Akron OH | 8 | -- | -- | -- |
| 1/13 | 5:07P | 330-715-2989 | Peak | M2MAllow | Cuyahoga H OH | Incoming CL | 2 | -- | -- | -- |
| 1/13 | 9:02P | 330-697-5610 | Off-Peak | N&W | Richfield OH | Incoming CL | 4 | -- | -- | -- |
| 1/13 | 9:57P | 330-697-5610 | Off-Peak | N&W | Remsen COR OH | Akron OH | 3 | -- | -- | -- |
| 1/14 | 11:20A | 330-634-0408 | Off-Peak | N&W | Naples FL | Akron OH | 8 | -- | -- | -- |
| 1/14 | 11:43A | 330-634-0408 | Off-Peak | N&W | Naples FL | Akron OH | 5 | -- | -- | -- |
| 1/14 | 12:00P | 330-730-3562 | Off-Peak | N&W | Naples FL | VM Deposit CL | 1 | -- | -- | -- |
| 1/14 | 12:01P | 330-730-3562 | Off-Peak | N&W | Naples FL | Incoming CL | 1 | -- | -- | -- |
| 1/14 | 5:38P | 330-634-0408 | Off-Peak | N&W | Naples FL | Akron OH | 3 | -- | -- | -- |
| 1/14 | 5:43P | 330-634-0408 | Off-Peak | N&W | Naples FL | Akron OH | 3 | -- | -- | -- |
| 1/15 | 9:59A | 216-952-6166 | Off-Peak | N&W | Naples FL | Incoming CL | 14 | -- | -- | -- |
| 1/15 | 11:28A | 330-634-0408 | Off-Peak | N&W | Naples FL | Akron OH | 3 | -- | -- | -- |
| 1/15 | 11:58A | 330-634-0408 | Off-Peak | N&W | Naples FL | Akron OH | 3 | -- | -- | -- |
| 1/15 | 2:13P | 216-952-6166 | Off-Peak | N&W | Naples FL | Cleveland OH | 8 | -- | -- | -- |
| 1/15 | 5:35P | 330-283-1180 | Off-Peak | N&W | White Sulp WV | Incoming CL | 2 | -- | -- | -- |
| 1/15 | 5:54P | 330-283-1180 | Off-Peak | N&W | White Sulp WV | Akron OH | 1 | -- | -- | -- |
| 1/15 | 10:36P | 330-604-0630 | Off-Peak | N&W | Lewisburg WV | Akron OH | 1 | -- | -- | -- |
| 1/16 | 8:43A | 216-952-6166 | Peak | M2MAllow | Akron OH | VM Deposit CL | 1 | -- | -- | -- |
| 1/16 | 8:43A | 216-952-6166 | Peak | M2MAllow | Akron OH | VM Deposit CL | 1 | -- | -- | -- |
| 1/16 | 9:04A | 330-212-9389 | Peak | PlanAllow | Akron OH | Akron OH | 3 | -- | -- | -- |
| 1/16 | 11:01A | 724-875-0641 | Peak | M2MAllow | Akron OH | Greensburg PA | 1 | -- | -- | -- |
| 1/16 | 4:26P | 216-221-3992 | Peak | PlanAllow | Akron OH | Cleveland OH | 1 | -- | -- | -- |
| 1/16 | 4:30P | 330-697-5610 | Peak | M2MAllow | Akron OH | VM Deposit CL | 1 | -- | -- | -- |
| 1/16 | 4:31P | 216-952-6166 | Peak | M2MAllow | Akron OH | Cleveland OH | 4 | -- | -- | -- |
| 1/16 | 4:36P | 330-697-5610 | Peak | M2MAllow | Akron OH | Incoming CL | 8 | -- | -- | -- |
| 1/16 | 4:44P | 216-221-3992 | Peak | PlanAllow | Richfield OH | Cleveland OH | 1 | -- | -- | -- |
| 1/16 | 4:45P | 216-952-6166 | Peak | M2MAllow | Richfield OH | Cleveland OH | 6 | -- | -- | -- |
| 1/16 | 5:34P | 330-715-2989 | Peak | M2MAllow | Richfield OH | VM Deposit CL | 1 | -- | -- | -- |
| 1/16 | 9:39P | 330-212-9389 | Off-Peak | N&W | Remsen COR OH | Akron OH | 19 | -- | -- | -- |
| 1/16 | 10:20P | 330-620-7888 | Off-Peak | N&W | Remsen COR OH | Akron OH | 2 | -- | -- | -- |
| 1/16 | 6:08P | 330-697-5610 | Peak | M2MAllow | Naples FL | Incoming CL | 1 | -- | -- | -- |
| 1/17 | 8:51P | 330-813-8968 | Peak | M2MAllow | Naples FL | Akron OH | 1 | -- | -- | -- |
| 1/17 | 8:52P | 330-813-8968 | Peak | M2MAllow | Naples FL | Akron OH | 1 | -- | -- | -- |
| 1/17 | 8:52P | 330-819-0420 | Peak | M2MAllow | Naples FL | VM Deposit CL | 1 | -- | -- | -- |

App'x 020

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00203104

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 9779726651 | 285971089-00001 | 02/26/17 | 12344 of 33855 |

## Detail for Charles Jones: 330-472-6068

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/17 | 8:55P | 216-650-6741 | Peak | M2MAllow | Naples FL | Cleveland OH | 2 | -- | -- | -- |
| 1/17 | 8:58P | 216-650-6741 | Peak | M2MAllow | Naples FL | Incoming CL | 4 | -- | -- | -- |
| 1/18 | 7:57A | 877-332-6631 | Peak | PlanAllow | Naples FL | Toll-Free CL | 126 | -- | -- | -- |
| 1/18 | 10:05A | 330-384-5506 | Peak | PlanAllow | Naples FL | Incoming CL | 2 | -- | -- | -- |
| 1/18 | 10:07A | 330-384-4767 | Peak | PlanAllow | Naples FL | Incoming CL | 37 | -- | -- | -- |
| 1/18 | 10:48A | 330-715-2989 | Peak | M2MAllow | Naples FL | VM Deposit CL | 3 | -- | -- | -- |
| 1/18 | 3:12P | 202-488-7500 | Peak | PlanAllow | Naples FL | Washington DC | 2 | -- | -- | -- |
| 1/18 | 3:13P | 202-488-7500 | Peak | PlanAllow | Naples FL | Washington DC | 1 | -- | -- | -- |
| 1/18 | 3:14P | 330-761-7884 | Peak | PlanAllow | Naples FL | Akron OH | 2 | -- | -- | -- |
| 1/18 | 4:11P | 330-813-8968 | Peak | M2MAllow | Naples FL | Akron OH | 1 | -- | -- | -- |
| 1/18 | 4:11P | 330-819-0420 | Peak | PlanAllow | Naples FL | Akron OH | 5 | -- | -- | -- |
| 1/18 | 4:26P | 855-861-4976 | Peak | PlanAllow | Naples FL | Toll-Free CL | 1 | -- | -- | -- |
| 1/18 | 5:34P | 330-730-3562 | Peak | M2MAllow | Naples FL | Akron OH | 4 | -- | -- | -- |
| 1/18 | 5:55P | 330-697-5610 | Peak | PlanAllow | Naples FL | Akron OH | 1 | -- | -- | -- |
| 1/18 | 8:08P | 318-423-4307 | Peak | PlanAllow | Naples FL | Incoming CL | 13 | -- | -- | -- |
| 1/18 | 8:25P | 330-472-0010 | Peak | M2MAllow | Naples FL | Akron OH | 6 | -- | -- | -- |
| 1/19 | 9:57A | 305-479-0575 | Peak | PlanAllow | Arlington VA | Incoming CL | 7 | -- | -- | -- |
| 1/19 | 10:13A | 216-952-6166 | Peak | M2MAllow | Washington DC | Cleveland OH | 1 | -- | -- | -- |
| 1/19 | 10:42A | 202-394-2356 | Peak | PlanAllow | Washington DC | Washington DC | 1 | -- | -- | -- |
| 1/19 | 2:02P | 202-394-2356 | Peak | PlanAllow | Washington DC | Washington DC | 1 | -- | -- | -- |
| 1/19 | 2:26P | 202-394-2356 | Peak | PlanAllow | Washington DC | Washington DC | 1 | -- | -- | -- |
| 1/19 | 4:24P | 330-697-5610 | Peak | M2MAllow | Washington DC | Akron OH | 2 | -- | -- | -- |
| 1/19 | 8:56P | 202-394-2356 | Peak | PlanAllow | Washington DC | Washington DC | 1 | -- | -- | -- |
| 1/20 | 9:10A | 703-870-4148 | Peak | PlanAllow | Washington DC | Herndon VA | 1 | -- | -- | -- |
| 1/20 | 12:32P | 216-952-6166 | Peak | M2MAllow | Washington DC | Incoming CL | 1 | -- | -- | -- |
| 1/20 | 12:33P | 216-952-6166 | Peak | M2MAllow | Washington DC | Cleveland OH | 1 | -- | -- | -- |
| 1/20 | 12:34P | 216-952-6166 | Peak | M2MAllow | Washington DC | Incoming CL | 1 | -- | -- | -- |
| 1/20 | 12:45P | 216-952-6166 | Peak | M2MAllow | Washington DC | Incoming CL | 2 | -- | -- | -- |
| 1/20 | 12:52P | 703-870-4148 | Peak | PlanAllow | Washington DC | Herndon VA | 1 | -- | -- | -- |
| 1/20 | 1:04P | 703-870-4148 | Peak | PlanAllow | Washington DC | Incoming CL | 1 | -- | -- | -- |
| 1/20 | 1:10P | 216-749-1366 | Peak | PlanAllow | Washington DC | Cleveland OH | 1 | -- | -- | -- |
| 1/20 | 1:35P | 646-417-3395 | Peak | M2MAllow | Washington DC | Nwyrcyzn01 NY | 1 | -- | -- | -- |
| 1/20 | 1:44P | 703-870-4148 | Peak | PlanAllow | Washington DC | Herndon VA | 1 | -- | -- | -- |
| 1/20 | 1:45P | 703-870-4148 | Peak | PlanAllow | Washington DC | Incoming CL | 2 | -- | -- | -- |
| 1/20 | 1:50P | 703-870-4148 | Peak | PlanAllow | Washington DC | Herndon VA | 1 | -- | -- | -- |
| 1/20 | 3:50P | 855-811-3145 | Peak | PlanAllow | Washington DC | Toll-Free CL | 1 | -- | -- | -- |
| 1/20 | 4:28P | 202-547-3838 | Peak | PlanAllow | Washington DC | Washington DC | 2 | -- | -- | -- |
| 1/20 | 4:58P | 571-447-2380 | Peak | PlanAllow | Washington DC | Incoming CL | 1 | -- | -- | -- |
| 1/20 | 6:35P | 330-283-1180 | Peak | M2MAllow | Washington DC | Incoming CL | 3 | -- | -- | -- |
| 1/20 | 10:42P | 703-870-4148 | Off-Peak | N&W | Washington DC | Herndon VA | 1 | -- | -- | -- |
| 1/22 | 12:39P | 216-952-6166 | Off-Peak | N&W | Naples FL | Incoming CL | 2 | -- | -- | -- |
| 1/22 | 1:38P | 330-604-0507 | Off-Peak | N&W | Naples FL | Akron OH | 6 | -- | -- | -- |
| 1/22 | 1:55P | 330-634-0408 | Off-Peak | N&W | Naples FL | Akron OH | 3 | -- | -- | -- |
| 1/22 | 2:01P | 330-634-0408 | Off-Peak | N&W | Naples FL | Akron OH | 2 | -- | -- | -- |
| 1/23 | 7:56A | 888-237-7001 | Peak | PlanAllow | Naples FL | Toll-Free CL | 26 | -- | -- | -- |

App'x 021

FOIA CONFIDENTIAL TREATMENT REQUESTED

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 9779726651 | 285971089−00001 | 02/26/17 | 12345 of 33855 |

## Detail for Charles Jones: 330−472−6068

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/23 | 8:50A | 724−312−4754 | Peak | M2MAllow | Naples FL | Beaver Fls PA | 17 | −− | −− | −− |
| 1/23 | 9:30A | 330−644−2299 | Peak | PlanAllow | Naples FL | Incoming Cl. | 13 | −− | −− | −− |
| 1/23 | 10:01A | 330−384−5800 | Peak | PlanAllow | Naples FL | Incoming Cl. | 12 | −− | −− | −− |
| 1/23 | 11:30A | 216−952−6166 | Peak | M2MAllow | Naples FL | Cleveland OH | 2 | −− | −− | −− |
| 1/23 | 12:24P | 305−479−0575 | Peak | PlanAllow | Naples FL | Miami FL | 1 | −− | −− | −− |
| 1/23 | 12:25P | 305−397−8270 | Peak | PlanAllow | Naples FL | Incoming Cl. | 8 | −− | −− | −− |
| 1/23 | 12:32P | 855−811−3145 | Peak | PlanAllow | Naples FL | Toll−Free Cl. | 9 | −− | −− | −− |
| 1/23 | 12:45P | 330−634−0408 | Peak | PlanAllow | Naples FL | Akron OH | 1 | −− | −− | −− |
| 1/23 | 1:02P | 330−208−7173 | Peak | PlanAllow | Naples FL | Incoming Cl | 6 | −− | −− | −− |
| 1/23 | 5:17P | 330−634−0408 | Peak | PlanAllow | Naples FL | Akron OH | 2 | −− | −− | −− |
| 1/23 | 5:20P | 330−634−0408 | Peak | PlanAllow | Naples FL | Akron OH | 2 | −− | −− | −− |
| 1/24 | 4:13P | 330−222−6305 | Peak | PlanAllow | Naples FL | Winona OH | 1 | −− | −− | −− |
| 1/24 | 4:13P | 330−634−0408 | Peak | PlanAllow | Naples FL | Akron OH | 4 | −− | −− | −− |
| 1/24 | 9:26P | 330−697−5610 | Off−Peak | N&W | Richfield OH | Incoming Cl. | 6 | −− | −− | −− |
| 1/25 | 6:13A | 330−697−5610 | Peak | M2MAllow | Akton OH | Akron OH | 13 | −− | −− | −− |
| 1/25 | 10:18A | 330−805−1324 | Peak | M2MAllow | Akron OH | VM Deposit Cl. | 3 | −− | −− | −− |
| 1/25 | 3:26P | 330−461−0950 | Peak | M2MAllow | Akron OH | Medina OH | 31 | −− | −− | −− |
| 1/25 | 4:08P | 330−697−5610 | Peak | M2MAllow | Akron OH | Akron OH | 27 | −− | −− | −− |
| 1/25 | 8:26P | 330−819−7540 | Peak | M2MAllow | Cleveland OH | Akron OH | 4 | −− | −− | −− |
| 1/25 | 9:07P | 330−697−5610 | Off−Peak | N&W | Remsen COR OH | Akron OH | 9 | −− | −− | −− |
| 1/25 | 9:19P | 330−697−5610 | Off−Peak | N&W | Remsen COR OH | VM Deposit Cl. | 1 | −− | −− | −− |
| 1/25 | 9:28P | 330−697−5610 | Off−Peak | N&W | Remsen COR OH | Incoming Cl. | 1 | −− | −− | −− |
| 1/26 | 7:27A | 330−697−5610 | Peak | M2MAllow | Akron OH | Akron OH | 6 | −− | −− | −− |
| 1/26 | 10:46A | 330−283−1180 | Peak | M2MAllow | Akron OH | Akron OH | 3 | −− | −− | −− |
| 1/26 | 11:45A | 330−634−0408 | Peak | PlanAllow | Akron OH | Akron OH | 1 | −− | −− | −− |
| 1/26 | 11:46A | 216−952−6166 | Peak | M2MAllow | Akron OH | Cleveland OH | 11 | −− | −− | −− |
| 1/26 | 11:56A | 330−634−0408 | Peak | PlanAllow | Akron OH | Akron OH | 1 | −− | −− | −− |
| 1/26 | 12:33P | 740−707−2500 | Peak | PlanAllow | Independen OH | Incoming Cl | 19 | −− | −− | −− |
| 1/26 | 2:27P | 318−423−4307 | Peak | PlanAllow | Cleveland OH | Shreveport LA | 12 | −− | −− | −− |
| 1/26 | 2:39P | 330−283−1180 | Peak | PlanAllow | Independen OH | Akron OH | 1 | −− | −− | −− |
| 1/26 | 2:58P | 888−444−3010 | Peak | PlanAllow | Remsen COR OH | Toll−Free Cl. | 8 | −− | −− | −− |
| 1/26 | 3:59P | 330−697−5610 | Peak | M2MAllow | Remsen COR OH | VM Deposit Cl | 1 | −− | −− | −− |
| 1/26 | 4:04P | 330−697−5610 | Peak | M2MAllow | Remsen COR OH | Incoming Cl. | 18 | −− | −− | −− |
| 1/26 | 4:23P | 330−283−1180 | Peak | M2MAllow | Remsen COR OH | Akron OH | 13 | −− | −− | −− |
| 1/26 | 4:41P | 330−807−4805 | Peak | M2MAllow | Remsen COR OH | Akron OH | 29 | −− | −− | −− |
| 1/26 | 5:10P | 330−634−0408 | Peak | PlanAllow | Remsen COR OH | Akron OH | 2 | −− | −− | −− |
| 1/26 | 5:13P | 330−634−0408 | Peak | PlanAllow | Remsen COR OH | Akron OH | 2 | −− | −− | −− |
| 1/26 | 5:15P | 740−707−2500 | Peak | PlanAllow | Remsen COR OH | Incoming Cl | 4 | −− | −− | −− |
| 1/26 | 5:19P | 330−697−5610 | Peak | M2MAllow | Remsen COR OH | Akron OH | 6 | −− | −− | −− |
| 1/26 | 5:25P | 330−283−1180 | Peak | M2MAllow | Richfield OH | Akron OH | 2 | −− | −− | −− |
| 1/26 | 9:46P | 330−697−5610 | Off−Peak | N&W | Remsen COR OH | VM Deposit Cl. | 1 | −− | −− | −− |
| 1/27 | 8:38A | 330−697−5610 | Peak | M2MAllow | Akton OH | Akron OH | 17 | −− | −− | −− |
| 1/27 | 8:59A | 216−952−6166 | Peak | M2MAllow | Akron OH | Cleveland OH | 6 | −− | −− | −− |
| 1/27 | 9:07A | 330−801−7174 | Peak | M2MAllow | Akron OH | Akron OH | 9 | −− | −− | −− |
| 1/27 | 10:21A | 440−949−8758 | Peak | PlanAllow | Akron OH | Lorain OH | 1 | −− | −− | −− |

App'x 022

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00203106

| | | Invoice Number | Account Number | Date Due | Page | |
|---|---|---|---|---|---|---|
| | | 9779726651 | 285971089-00001 | 02/26/17 | 12346 of 33855 | |

## Detail for Charles Jones: 330-472-6068

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/27 | 10:22A | 440-949-5361 | Peak | PlanAllow | Akron OH | Incoming CL | 6 | -- | -- | -- |
| 1/27 | 3:54P | 330-697-5610 | Peak | M2MAllow | Barberton OH | Akron OH | 15 | -- | -- | -- |
| 1/27 | 5:06P | 330-697-5610 | Peak | M2MAllow | Remsen COR OH | Akron OH | 3 | -- | -- | -- |
| 1/27 | 5:18P | 330-634-0408 | Peak | PlanAllow | Remsen COR OH | Akron OH | 2 | -- | -- | -- |
| 1/27 | 5:22P | 330-634-0408 | Peak | PlanAllow | Remsen COR OH | Akron OH | 2 | -- | -- | -- |
| 1/27 | 5:24P | 330-697-5610 | Peak | M2MAllow | Remsen COR OH | Akron OH | 6 | -- | -- | -- |
| 1/27 | 5:38P | 330-819-0420 | Peak | M2MAllow | Remsen COR OH | VM Deposit CL | 1 | -- | -- | -- |
| 1/27 | 5:38P | 330-819-0420 | Peak | M2MAllow | Remsen COR OH | Incoming CL | 4 | -- | -- | -- |
| 1/27 | 5:46P | 330-819-7540 | Peak | M2MAllow | Remsen COR OH | Akron OH | 3 | -- | -- | -- |
| 1/27 | 6:15P | 330-730-4960 | Peak | M2MAllow | Remsen COR OH | Akron OH | 4 | -- | -- | -- |
| 1/28 | 8:26A | 330-697-5610 | Off-Peak | N&W | Remsen COR OH | Akron OH | 28 | -- | -- | -- |
| 1/28 | 10:40A | 305-479-0575 | Off-Peak | N&W | Remsen COR OH | Miami FL | 1 | -- | -- | -- |
| 1/28 | 10:40A | 305-397-8270 | Off-Peak | N&W | Remsen COR OH | Incoming CL | 33 | -- | -- | -- |
| 1/28 | 11:42A | 330-634-0408 | Off-Peak | N&W | Remsen COR OH | Akron OH | 7 | -- | -- | -- |
| 1/28 | 11:50A | 330-634-0408 | Off-Peak | N&W | Remsen COR OH | Akron OH | 3 | -- | -- | -- |
| 1/28 | 1:53P | 216-952-6166 | Off-Peak | N&W | Remsen COR OH | Incoming CL | 3 | -- | -- | -- |
| 1/28 | 3:54P | 330-819-0420 | Off-Peak | N&W | Remsen COR OH | Akron OH | 1 | -- | -- | -- |
| 1/28 | 4:00P | 330-634-0408 | Off-Peak | N&W | Remsen COR OH | Akron OH | 3 | -- | -- | -- |
| 1/28 | 4:10P | 330-697-5610 | Off-Peak | N&W | Richfield OH | Akron OH | 11 | -- | -- | -- |
| 1/28 | 5:56P | 330-668-9981 | Off-Peak | N&W | Akron OH | Montrose OH | 2 | -- | -- | -- |
| 1/28 | 6:40P | 330-634-0408 | Off-Peak | N&W | Remsen COR OH | Akron OH | 3 | -- | -- | -- |
| 1/28 | 8:10P | 330-697-5610 | Off-Peak | N&W | Remsen COR OH | Incoming CL | 1 | -- | -- | -- |
| 1/29 | 8:50A | 330-697-5610 | Off-Peak | N&W | Remsen COR OH | Akron OH | 12 | -- | -- | -- |
| 1/29 | 9:54A | 330-697-5610 | Off-Peak | N&W | Remsen COR OH | Akron OH | 5 | -- | -- | -- |
| 1/29 | 12:18P | 330-697-5610 | Off-Peak | N&W | Akron OH | Akron OH | 9 | -- | -- | -- |
| 1/29 | 4:07P | 330-819-0420 | Off-Peak | N&W | Remsen COR OH | Incoming CL | 2 | -- | -- | -- |
| 1/29 | 8:06P | 330-697-5610 | Off-Peak | N&W | Remsen COR OH | Akron OH | 11 | -- | -- | -- |
| 1/30 | 6:44A | 330-697-5610 | Peak | M2MAllow | Akron OH | Incoming CL | 14 | -- | -- | -- |
| 1/30 | 12:24P | 216-633-0067 | Peak | M2MAllow | Akron OH | Cleveland OH | 1 | -- | -- | -- |
| 1/30 | 12:27P | 330-761-7884 | Peak | PlanAllow | Akron OH | Akron OH | 2 | -- | -- | -- |
| 1/30 | 12:33P | 216-633-0067 | Peak | M2MAllow | Akron OH | Incoming CL | 1 | -- | -- | -- |
| 1/30 | 12:35P | 740-338-3136 | Peak | PlanAllow | Akron OH | Stclairsvl OH | 24 | -- | -- | -- |
| 1/30 | 12:58P | 330-283-1180 | Peak | M2MAllow | Cleveland OH | Akron OH | 3 | -- | -- | -- |
| 1/30 | 1:13P | 330-620-7888 | Peak | M2MAllow | Cleveland OH | Incoming CL | 2 | -- | -- | -- |
| 1/30 | 1:15P | 330-697-5610 | Peak | M2MAllow | Cleveland OH | Akron OH | 1 | -- | -- | -- |
| 1/30 | 1:18P | 330-697-5610 | Peak | M2MAllow | Cleveland OH | Incoming CL | 25 | -- | -- | -- |
| 1/30 | 10:12P | 330-697-5610 | Off-Peak | N&W | Remsen COR OH | Akron OH | 8 | -- | -- | -- |
| 1/31 | 6:45A | 330-697-5610 | Peak | M2MAllow | Fairlawn OH | Incoming CL | 20 | -- | -- | -- |
| 1/31 | 9:41A | 330-819-0420 | Peak | M2MAllow | Akron OH | Akron OH | 5 | -- | -- | -- |
| 1/31 | 10:05A | 330-819-0420 | Peak | M2MAllow | Akron OH | Akron OH | 1 | -- | -- | -- |
| 1/31 | 10:14A | 330-801-7174 | Peak | M2MAllow | Akron OH | Akron OH | 6 | -- | -- | -- |
| 1/31 | 11:48A | 330-819-0420 | Peak | M2MAllow | Akron OH | Akron OH | 3 | -- | -- | -- |
| 1/31 | 2:06P | 330-819-0420 | Peak | M2MAllow | Fairlawn OH | Akron OH | 2 | -- | -- | -- |
| 1/31 | 2:17P | 330-697-5610 | Peak | M2MAllow | Remsen COR OH | Akron OH | 3 | -- | -- | -- |
| 1/31 | 4:24P | 330-697-5610 | Peak | M2MAllow | Remsen COR OH | Akron OH | 3 | -- | -- | -- |

App'x 023

| | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | 9779726651 | 285971089-00001 | 02/26/17 | 12347 of 33855 |

## Detail for Charles Jones: 330-472-6068

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/31 | 4:28P | 877-418-3859 | Peak | PlanAllow | Remsen COR OH | Toll-Free CL | 27 | -- | -- | -- |
| 1/31 | 5:21P | 330-697-5610 | Peak | M2MAllow | Remsen COR OH | Akron OH | 1 | -- | -- | -- |
| 1/31 | 9:34P | 330-697-5610 | Off-Peak | N&W | Remsen COR OH | Akron OH | 31 | -- | -- | -- |
| 2/01 | 11:41A | 937-269-5184 | Peak | M2MAllow | Akron OH | Dayton OH | 11 | -- | -- | -- |
| 2/01 | 12:12P | 330-283-1180 | Peak | M2MAllow | Akron OH | Akron OH | 4 | -- | -- | -- |
| 2/01 | 12:19P | 440-773-5493 | Peak | M2MAllow | Barberton OH | Cleveland OH | 7 | -- | -- | -- |
| 2/01 | 8:53P | 832-643-9332 | Peak | M2MAllow | Naples FL | Houston TX | 6 | -- | -- | -- |
| 2/02 | 5:44P | 330-634-0408 | Peak | PlanAllow | Naples FL | Akron OH | 5 | -- | -- | -- |
| 2/02 | 5:53P | 330-634-0408 | Peak | PlanAllow | Naples FL | Akron OH | 2 | -- | -- | -- |
| 2/02 | 6:13P | 330-697-5610 | Peak | M2MAllow | Naples FL | VM Deposit CL | 1 | -- | -- | -- |
| 2/03 | 8:51A | 216-952-6166 | Peak | M2MAllow | Naples FL | Cleveland OH | 8 | -- | -- | -- |
| 2/03 | 9:13A | 330-697-5610 | Peak | M2MAllow | Naples FL | Akron OH | 3 | -- | -- | -- |
| 2/03 | 2:14P | 724-462-6474 | Peak | M2MAllow | Naples FL | Rochester PA | 5 | -- | -- | -- |
| 2/03 | 2:24P | 330-634-0408 | Peak | PlanAllow | Naples FL | Akron OH | 1 | -- | -- | -- |

App'x 024

FOIA CONFIDENTIAL TREATMENT REQUESTED

FE_00203108

# GX 906

## (Filed Manually)

# GX 913

## (Filed Manually)

**FirstEnergy Solutions Corp.**
**Regular Meeting of Board of Directors**
**West Akron Campus Hub-215**
**9:00 a.m. Eastern Time**
**August 22, 2019**

**AGENDA**

1. **Call Meeting to Order**

2. **Roll Call**

   Mr. John C. Blickle
   Mr. James C. Boland
   Mr. John W. Judge
   Mr. Donald R. Schneider
   Mr. Joseph M. Gingo

3. **Approval of Minutes**

   A. Consideration should be given to the approval of the minutes of the regular meeting of the Board of Directors held July 24, 2019, and the approval of the minutes of the special meeting of the Board of Directors on August 7, 2019

4. **Presentations**

   A. Update on Regulatory Affairs (Griffing)
   B. Update on July Operational & Financial Results (David/Jay/Brian/Kevin)
   C. Update on Bankruptcy/ Disclosure (Akin/Alvarez)
   D. Update From CEO

5. **Executive Session**

6. **Adjournment**



**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

App'x 027

EH-GJ-0183993

0.7.588.167090

TIER 3 - 593952

**FirstEnergy Solutions Corp.**
**Regular Meeting of Board of Directors**
**West Akron Campus Hub-215**
**9:00 a.m. Eastern Time**
**August 22, 2019**

**AGENDA**

1. **Call Meeting to Order**

2. **Roll Call**

   Mr. John C. Blickle
   Mr. James C. Boland
   Mr. John W. Judge
   Mr. Donald R. Schneider
   Mr. Joseph M. Gingo

3. **Approval of Minutes**

   A. Consideration should be given to the approval of the minutes of the regular meeting of the Board of Directors held July 24, 2019, and the approval of the minutes of the special meeting of the Board of Directors on August 7, 2019

4. **Presentations**

   A. Update on Regulatory Affairs (Griffing)
   B. Update on July Operational & Financial Results (David/Jay/Brian/Kevin)
   C. Update on Bankruptcy/ Disclosure (Akin/Alvarez)
   D. Update From CEO

5. **Executive Session**

6. **Adjournment**

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

App'x 028

EH-GJ-0183994

0.7.588.167090

TIER 3 - 593953

*For Professional Eyes Only*
*Subject to FRE 408 and Related Privileges*





# Monthly Reporting
## *July 2019*

### *Subject to Confidentiality Agreements*
#### *For Discussion Purposes Only*

Issued August 22, 2019

3/88

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0183995

App'x 029

0.7.588.167090

TIER 3 - 593954

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Limitations of Report / Disclaimers

**Disclaimer**

The information herein has been prepared by Lazard Frères & Co., LLC ("Lazard"), Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), and Alvarez & Marsal North America, LLC ("Alvarez & Marsal") based upon information supplied by FirstEnergy Solutions Corp. ("FES" or the "Company"), and portions of the information herein may be based upon certain statements, estimates and projections provided by the Company with respect to the anticipated future performance of the Company.  We have relied upon the accuracy and completeness of the forgoing information, and have not assumed any responsibility for any independent verification of such information or any independent valuation or appraisal of any of the assets or liabilities of the Company, or any other entity, or concerning solvency or fair value of the Company or any other entity.  With respect to financial projections, we have assumed that they have been reasonably prepared in good faith on bases reflecting the best currently available estimates and judgements of management of the Company as to the future financial performance of the Company.  We assume no responsibility for and express no view as to such projections or the assumptions on which they are based.  The information set forth herein is based upon economic, monetary, market and other conditions as in effect on, and the information made available to us as of, the date hereof, unless indicated otherwise.  These materials and the information contained herein are confidential and may not be disclosed publicly or made available to third parties without the prior written consent of Lazard, Akin Gump and Alvarez & Marsal.  These materials are preliminary and summary in nature and do not include all of the information that parties should evaluate in considering a possible transaction.  Nothing herein shall constitute a commitment or undertaking on the part of Lazard, Akin Gump, Alvarez & Marsal or any related party to provide any service.  Lazard is acting as investment banker to the Company and Alvarez & Marsal is acting as financial advisor to the Company, and will not be responsible for and will not provide any tax, accounting, actuarial, legal or other specialist advice.



July 2019

2

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0183996

App'x 030

0.7.588.167090

TIER 3 - 593955

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Table of Contents

☐ **Operations / Business Unit Financial Results**

   – Nuclear

   – Fossil

   – Retail

☐ **Consolidated Financial Results**

   – Consolidated Income Statement

   – Collateral

☐ **Liquidity**

☐ **Current Events**

   – Highlights

   – Select Upcoming Motions

   – Bankruptcy Timeline

☐ **Appendix**

**FirstEnergy** Solutions     5/88     July 2019     3

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0183997

App'x 031

0.7.588.167090

TIER 3 - 593956

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Definitions

| Acronym | Term | Acronym | Term | Acronym | Term |
|---|---|---|---|---|---|
| AES | Allegheny Energy Supply Company, LLC | FEV | FirstEnergy Ventures Corp. | NDC | Net Demonstrated Capacity |
| ATC | Around the Clock | FG | FirstEnergy Generation, LLC | NDT | Nuclear Decommissioning Trust |
| ATSI | American Transmission Systems Inc. | FGMU1 | FirstEnergy Generation Mansfield Unit 1 Corp. | NG | FirstEnergy Nuclear Generation, LLC |
| BRA | Base Residual Auction | FMB | First Mortgage Bond | NRC | U.S. Nuclear Regulatory Commission |
| DOE | U.S. Department of Energy | INPO | Institute of Nuclear Power Operations | OVEC | Ohio Valley Electric Corporation |
| DS | Disclosure Statement | KWh | Kilowatt-hour | PJM | PJM Interconnection, L.L.C. |
| EFOR | Equivalent Forced Outage Rate | LBR | Little Blue Run | POLR | Provider of Last Resort |
| EPA | U.S. Environmental Protection Agency | LMP | Locational Marginal Price | POR | Plan of Reorganization |
| FE | FirstEnergy Corp. | MATS | Mercury and Air Toxics Standards | REC | Renewable Energy Credit |
| FENOC | FirstEnergy Nuclear Operating Company | MISO | Midcontinent Independent System Operator, Inc. | RPM | Reliability Pricing Model (PJM Capacity) |
| FERC | Federal Energy Regulatory Commission | MW | Megawatt | RTO | Regional Transmission Organization |
| FES | FirstEnergy Solutions Corp. | MWd | Megawatt-day | TWh | Terawatt-hour |
| FESC | FirstEnergy Service Company | MWh | Megawatt-hour | ZEN | Zero Emission Nuclear Credits |

**FirstEnergy Solutions** — 6/88 — July 2019 — 4

Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0183998

App'x 032

0.7.588.167090

TIER 3 - 593957

# Nuclear



For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges

7/88

July 2019    5

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

App'x 033

EH-GJ-0183999

0.7.588.167090

TIER 3 - 593958

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Nuclear | Safety



| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| '18 YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.20 | 0.18 | 0.17 |
| '19 YTD | 0.51 | 0.53 | 0.65 | 0.49 | 0.50 | 0.43 | 0.38 | | | | | |
| '19 Target | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 |

## Highlights

❑  Nuclear operations had no incidents in July 2019

❑  For year-to-date 2019, nuclear operations had five incidents, resulting in a OSHA incident rate of 0.38, which is unfavorable to the target of 0.19

---

**FirstEnergy** *Solutions*                                  8/88                                  July 2019                  6

**Confidential Treatment Requested Pursuant to**
   **FOIA and Fed. R. Crim. P. 6(e)**

App'x 034

EH-GJ-0184000

0.7.588.167090

TIER 3 - 593959

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Nuclear | Operations (Disclosure Statement)

| Nuclear Business Unit | Beaver Valley Unit 1 | Beaver Valley Unit 2 | Davis-Besse | Perry |
|---|---|---|---|---|
| **MTD July** | | | | |
| *Actuals* | | | | |
| Unit capability factor | 100% | 100% | 100% | 86% |
| Capacity factor | 96% | 97% | 99% | 83% |
| Online reliability factor | 0% | 0% | 0% | 14% |
| INPO index | 92.5 | 100.0 | 100.0 | 88.3 |
| *Disclosure Statement Forecast* | | | | |
| Unit capability factor | 97% | 97% | 97% | 96% |
| Capacity factor | 93% | 93% | 95% | 94% |
| Online reliability factor | 2% | 2% | 2% | 2% |
| INPO index | 92.5 | 100.0 | 100.0 | 99.7 |
| *Variance (+ Fav / - Unfav)* | | | | |
| Unit capability factor | 3% | 3% | 3% | (10%) |
| Capacity factor | 4% | 4% | 5% | (12%) |
| Online reliability factor | 2% | 2% | 2% | (12%) |
| INPO index | 0.0 | 0.0 | 0.0 | (11.4) |
| **YTD July** | | | | |
| *YTD Actuals* | | | | |
| Unit capability factor | 99% | 100% | 99% | 81% |
| Capacity factor | 98% | 96% | 99% | 84% |
| Online reliability factor | 0% | 0% | 1% | 6% |
| INPO index | 92.5 | 100.0 | 100.0 | 88.3 |
| Headcount[1] | 339 | 339 | 593 | 624 |
| *YTD Disclosure Statement Forecast* | | | | |
| Unit capability factor | 96% | 96% | 96% | 82% |
| Capacity factor | 94% | 94% | 95% | 76% |
| Online reliability factor | 2% | 2% | 2% | 2% |
| INPO index | 92.5 | 100.0 | 100.0 | 99.7 |
| Headcount | 359 | 359 | 618 | 661 |
| *YTD Variance (+ Fav / - Unfav)* | | | | |
| Unit capability factor | 4% | 4% | 2% | (1%) |
| Capacity factor | 4% | 4% | 4% | 8% |
| Online reliability factor | 2% | 2% | 1% | (4%) |
| INPO index | 0.0 | 0.0 | 0.0 | (11.4) |
| Headcount | 20 | 20 | 25 | 37 |

**Definitions**

**Unit capability factor** - The ratio of actual energy produced to maximum energy the unit is capable of generating. Items considered to be outside the control of plant management are not considered in determination of losses. Plants with a high unit capability are successful in reducing unplanned outages and improving planned outages.

**Online reliability factor** - Measures the generation losses between refueling outages minus generation losses from pre-determined activities required by plant design.

**INPO index** - Calculated using 10 operating / safety metrics, including unit capability and online reliability.

## Highlights

☐ Perry metrics were unfavorable for July and year-to-date as the unit was taken off line from July 27 - August 6 due to a turbine trip, in addition to the station being taken offline for six days in June related to a valve leak

☐ Perry's INPO index metrics were unfavorable to forecast due to the unplanned outages in June and July; and higher than forecast dose rates and safety incidents compared to forecast

☐ Unit capability and capacity factor metrics for Beaver Valley Unit 1, Beaver Valley Unit 2, and Davis-Besse were favorable to forecast due to fewer planned and unplanned losses

## Refueling Cycles

☐ Beaver Valley Unit 1
  – 2019: October / November
  – 2021: April / May **(not in the forecast)**

☐ Beaver Valley Unit 2
  – 2020: April / May
  – 2021: October / November **(not in the forecast)**

☐ Davis-Besse
  – 2020: February / March **(not in the forecast)** – *authorized*
  – 2022: March / April **(not in the forecast)**

☐ Perry
  – 2021: March / April **(not in the forecast)**



Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

App'x 035

EH-GJ-0184001

0.7.588.167090

TIER 3 - 593960

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Nuclear | Financial Results (Disclosure Statement)

| Nuclear P&L | July-19 | | | | | |
|---|---|---|---|---|---|---|
| | Actual MTD | DS MTD | MTD Var. to Actual | Actual YTD | DS YTD | YTD Var. to Actual |
| *In $US Millions* | | | | | | |
| Net Generation (TWh) | 2.8 | 2.8 | (0.0) | 18.7 | 18.3 | 0.5 |
| $ / MWH | $27.43 | $33.22 | ($5.79) | $26.82 | $33.92 | ($7.10) |
| Revenues[1] | | | | | | |
| Energy Revenue | $76.7 | $93.6 | ($17.0) | $502.3 | $619.3 | ($117.0) |
| Ancillary | 0.6 | 0.6 | 0.0 | 4.0 | 4.0 | - |
| Capacity | 10.4 | 10.2 | 0.2 | 109.0 | 108.6 | 0.4 |
| **Total Plant Revenue** | **$87.6** | **$104.4** | **($16.7)** | **$615.3** | **$731.9** | **($116.6)** |
| Cost of Revenues | | | | | | |
| Nuclear Fuel Expense | 2.5 | 0.5 | (2.0) | 32.3 | 20.9 | (11.4) |
| **Total Variable Costs** | **$2.5** | **$0.5** | **($2.0)** | **$32.3** | **$20.9** | **($11.4)** |
| **Variable Margin** | **$85.2** | **$103.9** | **($18.7)** | **$583.0** | **$711.0** | **($128.0)** |
| **Operations & Maintenance** | | | | | | |
| Labor & Benefits | 22.5 | 24.2 | 1.7 | 173.6 | 183.2 | 9.6 |
| Non-Outage OTL | 11.6 | 10.9 | (0.7) | 68.7 | 72.8 | 4.0 |
| Planned Outage OTL | (0.0) | 0.4 | 0.4 | 29.3 | 36.2 | 6.9 |
| S&E Assessments to Capital | (0.9) | (0.7) | 0.2 | (6.4) | (6.4) | 0.0 |
| Taxes (Property, B&O, etc.) | 1.3 | 1.5 | 0.2 | 8.8 | 10.4 | 1.6 |
| **Total Operations & Maintenance** | **$34.4** | **$36.3** | **$1.9** | **$274.0** | **$296.2** | **$22.2** |
| **Operating Margin** | **$50.7** | **$67.6** | **($16.8)** | **$309.0** | **$414.7** | **($105.7)** |
| FENOC Fleet Support | 13.6 | 12.2 | (1.4) | 67.2 | 79.6 | 12.4 |
| **EBITDA** | **$37.1** | **$55.3** | **($18.2)** | **$241.8** | **$335.1** | **($93.3)** |
| +/(-) Capital Expenditures | (2.8) | (5.0) | 2.2 | (53.4) | (70.3) | 16.8 |
| +/(-) KERP Cash Flow | 3.6 | 3.5 | 0.0 | 6.1 | 9.2 | (3.1) |
| **Free Cash Flow[2]** | **$37.9** | **$53.9** | **($16.0)** | **$194.5** | **$274.0** | **($79.6)** |

## Highlights

- **MTD:** Free cash flow was $16 million unfavorable primarily related to lower energy revenue due to unfavorable market prices (17% lower), Perry's unplanned turbine outage and timing of final fuel expense for the spring outage; partly offset by lower capital expenditures and lower O&M expense driven by timing of contractor services and lower head count

- **YTD:** Free cash flow was $80 million unfavorable primarily related to lower energy revenue due to unfavorable market prices, partially offset by higher generation, lower O&M expense driven by lower headcount and outage related expenditures and lower capital expenditures



1. Based on revenue recognized by sales to PJM, net intercompany power supply agreements
2. Represents an accrual based free cash flow that does not include shared service costs

July 2019        8

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

App'x 036

EH-GJ-0184002

0.7.588.167090

TIER 3 - 593961

# Fossil

For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges



11/88     July 2019     9

**Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)**

App'x 037

EH-GJ-0184003

0.7.588.167090

TIER 3 - 593962

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Fossil | Safety



| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| '18 YTD | 2.37 | 1.27 | 0.84 | 1.62 | 1.29 | 1.09 | 0.94 | 0.85 | 0.98 | 0.89 | 0.82 | 0.77 |
| '19 YTD | 0.00 | 1.05 | 0.72 | 0.55 | 0.45 | 0.40 | 0.70 | | | | | |
| '19 Target | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 |

## Highlights

❑ Fossil operations had one incident in July 2019, where an employee at Sammis 7 experienced a muscle tear while closing a valve

❑ For year-to-date 2019, fossil operations has experienced two incidents resulting in an OSHA incident rate of 0.70, which is unfavorable to the target of 0.58

**FirstEnergy** Solutions

12/88

July 2019

10

**Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184004

App'x 038

0.7.588.167090

TIER 3 - 593963

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Fossil | Operations (Disclosure Statement)

| Fossil Business Unit | Mansfield Unit 3 | Sammis Units 5 - 7 |
|---|---|---|
| **MTD July** | | |
| **July Actuals** | | |
| Capacity factor | 4% | 48% |
| Fuel Coal Inventory Days[1] | 21 | 48 |
| **July Disclosure Statement Forecast** | | |
| Capacity factor | 63% | 63% |
| Fuel Coal Inventory Days[1] | 24 | 14 |
| **July Variance (+ Fav / - Unfav)** | | |
| Capacity factor | (59%) | (15%) |
| Fuel Coal Inventory Days[1] | 3 | (34) |
| **YTD July** | | |
| **YTD Actuals** | | |
| Capacity factor | 10% | 35% |
| Headcount | 163 | 213 |
| **YTD Disclosure Statement Forecast** | | |
| Capacity factor | 68% | 66% |
| Headcount | 139 | 192 |
| **YTD Variance (+ Fav / - Unfav)** | | |
| Capacity factor | (58%) | (31%) |
| Headcount | (24) | (21) |

### Definitions

**Capacity factor** - The ratio of actual energy produced to maximum energy the unit is capable of generating.

**Highlights – MTD**

- **Mansfield Unit 3** was unfavorable primarily due to economic dispatch for the majority of the period given lower market prices. In addition, Mansfield Unit 3 was on reserve status for the majority of the period.
- **Sammis Units 5-7** was unfavorable primarily due to economic dispatch, in addition, there were several forced outages due to boiler tube leaks on all three units.

**Highlights – YTD**

- **Mansfield Unit 3:** lower YTD capacity factor is primarily due to economic dispatch due to lower market prices, in addition to maintenance issues, such as belt repairs, air heater replacements, and boiler tube failures.
- **Sammis Units 5-7:** lower YTD capacity factor is primarily due to economic dispatch, in addition to maintenance issues related to boiler tube failures and absorbers.

- Headcount is unfavorable to forecast primarily related to timing of attrition.

- **On August 9, the Company notified PJM that Bruce Mansfield Unit 3 would deactivate in early November**



1. *Operational measure reflects total volume of coal in the plants' coal yards as it relates to maximum NDC potential burn (does not include the value of ... storage). Mansfield inventory days is based on the maximum NDC potential burn at Mansfield Unit 3 only.*

July 2019      11

13/08

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184005

App'x 039

0.7.588.167090

TIER 3 - 593964

For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only

# Fossil | Financial Results (Disclosure Statement)

| Fossil P&L[1]<br>In $US Millions | Actual MTD | DS MTD | MTD Var. to Actual | Actual YTD | DS YTD | YTD Var. to Actual |
|---|---|---|---|---|---|---|
| **July-19** | | | | | | |
| Net Generation (TWh) | 0.6 | 1.1 | (0.5) | 3.1 | 7.9 | (4.7) |
| $ / MWH | $28.55 | $33.62 | ($5.07) | $29.57 | $33.77 | ($4.20) |
| **Revenues[2]** | | | | | | |
| Energy Revenue | $17.9 | $36.7 | ($18.8) | $93.0 | $265.7 | ($172.7) |
| Ancillary | 0.6 | 0.7 | (0.1) | 4.2 | 4.8 | (0.6) |
| Capacity | 9.2 | 10.7 | (1.5) | 106.7 | 116.4 | (9.7) |
| Total Plant Revenue | $27.7 | $48.1 | ($20.4) | $203.9 | $386.9 | ($183.0) |
| **Cost of Revenues** | | | | | | |
| Coal | 12.9 | 20.0 | 7.1 | 73.1 | 139.8 | 66.7 |
| Fuel Handling | 1.7 | 1.8 | 0.1 | 14.7 | 12.5 | (2.2) |
| Reagents | 4.7 | 5.4 | 0.7 | 25.1 | 43.6 | 18.5 |
| Total Variable Costs | $19.2 | $27.1 | $7.9 | $112.8 | $195.8 | $83.0 |
| Variable Margin | $8.5 | $21.0 | ($12.5) | $91.1 | $191.0 | ($100.0) |
| **Operations & Maintenance** | | | | | | |
| Labor & Benefits | 2.8 | 3.6 | 0.9 | 28.4 | 25.3 | (3.2) |
| Non-Outage OTL | 2.7 | 4.1 | 1.4 | 28.9 | 28.8 | (0.1) |
| Planned Outage OTL | 0.0 | - | (0.0) | 2.3 | - | (2.3) |
| S&E Assessments to Capital | (0.1) | (0.0) | 0.0 | (0.5) | (0.3) | 0.2 |
| Taxes (Property, B&O, etc.) | 0.6 | 0.5 | (0.1) | 3.7 | 3.6 | (0.1) |
| Total Operations & Maintenance | $6.1 | $8.2 | $2.2 | $62.9 | $57.4 | ($5.5) |
| Operating Margin | $2.4 | $12.8 | ($10.4) | $28.2 | $133.6 | ($105.4) |
| Fossil Fleet Support | 1.8 | 0.7 | (1.0) | 10.1 | 16.7 | 6.6 |
| Severance | 1.3 | 4.6 | 3.3 | 15.4 | 9.6 | (5.8) |
| EBITDA | ($0.6) | $7.5 | ($8.1) | $2.8 | $107.3 | ($104.5) |
| +/(-) Capital Expenditures | (1.1) | - | (1.1) | (14.3) | - | (14.3) |
| +/(-) KERP Cash Flow | - | - | - | - | - | - |
| Free Cash Flow[3] | ($1.7) | $7.5 | ($9.2) | ($11.5) | $107.3 | ($118.8) |

## Highlights

☐ **MTD:** Free cash flow was $9 million unfavorable primarily related to lower energy revenue due to unfavorable market prices (15% lower) and lower generation; partially offset by the timing of severance and contractor fees and lower coal and reagent usage

☐ **YTD:** Free cash flow was $119 million unfavorable primarily related to lower energy revenue due to unfavorable market prices, lower generation, timing of severance payments, and unfavorable O&M and capital expenditures due to forced outages and the pull ahead of planned outage activities at Mansfield and Sammis scheduled for the fall 2019; partially offset by favorable fleet support expense and lower coal and reagent usage



1  Represents P&L for Bruce Mansfield and Sammis Units
2  Based on revenue recognized by sales to PJM, not intercompany power supply agreements
3  Represents an accrual based free cash flow that does not include shared service costs

14/88

July 2019        12

Confidential Treatment Requested Pursuant to
   FOIA and Fed. R. Crim. P. 6(e)

App'x 040

EH-GJ-0184006

0.7.588.167090

TIER 3 - 593965

a

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Retail | Financial Results (Disclosure Statement)

| Retail P&L | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | MTD | | | | YTD |
| | Actual | DS | Var. to | | Actual | DS | Var. to |
| In $US Millions | MTD | MTD | Actual | | YTD | YTD | Actual |
| Retail TWH Sold | 2.6 | 2.3 | 0.3 | | 16.8 | 17.1 | (0.4) |
| $ / MWH | $48.44 | $49.37 | ($0.93) | | $49.55 | $49.78 | ($0.23) |
| **Revenues** | | | | | | | |
| LCI Revenue | $41.1 | $44.3 | ($3.2) | | $298.5 | $341.4 | ($42.9) |
| MCI Revenue | 4.3 | 3.2 | 1.1 | | 24.5 | 20.7 | 3.8 |
| GovAgg Revenue | 42.7 | 30.7 | 12.0 | | 207.4 | 194.6 | 12.9 |
| Mass Market Revenue | 16.3 | 15.1 | 1.2 | | 93.9 | 95.7 | (1.8) |
| Muni & Co-op Revenue | 4.3 | 3.6 | 0.7 | | 25.4 | 23.0 | 2.4 |
| POLR Revenue - Associated Companies | 9.9 | 9.2 | 0.7 | | 135.5 | 134.7 | 0.9 |
| POLR Revenue - External | 5.8 | 5.2 | 0.6 | | 36.9 | 34.2 | 2.8 |
| Structured Physical Revenue | (0.1) | - | (0.1) | | 9.2 | 9.0 | 0.3 |
| Total Retail Revenue | $124.3 | $111.2 | $13.1 | | $831.4 | $853.1 | ($21.8) |
| **Variable Costs** | | | | | | | |
| Purchased Power | 83.9 | 84.2 | 0.3 | | 549.0 | 666.9 | 117.9 |
| Capacity Expense | 15.1 | 16.4 | 1.2 | | 180.5 | 188.7 | 8.2 |
| Total Variable Costs | $99.0 | $100.6 | $1.5 | | $729.5 | $855.6 | $126.1 |
| Retail Variable Margin | $25.3 | $10.6 | $14.6 | | $101.9 | ($2.4) | $104.3 |
| **O&M and Other** | | | | | | | |
| FES Retail O&M | 2.8 | 2.8 | (0.1) | | 15.8 | 19.5 | 3.7 |
| Gross Receipt / CAT Tax | 1.6 | 2.1 | 0.5 | | 10.7 | 13.3 | 2.5 |
| Total O&M and Other | $4.4 | $4.8 | $0.5 | | $26.5 | $32.8 | $6.3 |
| EBITDA | $20.9 | $5.8 | $15.1 | | $75.4 | ($35.2) | $110.6 |
| Capital Expenditures | - | (0.1) | 0.1 | | - | (0.6) | $0.6 |
| Retail Cash Flow[1] | $20.9 | $5.7 | $15.2 | | $75.4 | ($35.8) | $111.2 |

July-19

## Highlights

- **MTD:** Free cash flow was $15 million favorable primarily related to higher volume driven by weather and lower purchased power costs driven by lower spot market prices; partially offset by slightly lower realized contract pricing driven by customer mix

- **YTD:** Free cash flow was $111 million favorable primarily related to lower purchased power costs driven by lower spot market prices and favorable O&M expenses; partially offset by unfavorable retail volume and lower realized contract pricing driven by customer mix

- *The retail free cash flow for both the actual results and the Disclosure Statement forecast are based on market rates (i.e., purchased load from PJM)*

FirstEnergy Solutions

Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)

App'x 042

EH-GJ-0184008

0.7.588.167090

TIER 3 - 593967

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Retail | Committed Sales

| Units in TWhs | Committed Sales | | | | | | Variance | | |
| | As of August 7,2019 | | | As of July 3,2019 | | | | | |
| | FY 2019 | FY 2020 | FY 2021 | FY 2019 | FY 2020 | FY 2021 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|---|---|---|---|
| LCI | 11.4 | 8.5 | 6.4 | 11.4 | 8.2 | 6.1 | - | 0.3 | 0.3 |
| MCI | 0.8 | 0.0 | - | 0.8 | 0.0 | - | - | - | - |
| GovAgg | 6.7 | 5.6 | 2.8 | 6.5 | 5.4 | 2.5 | 0.2 | 0.2 | 0.3 |
| Mass Market | 2.5 | 1.9 | 0.5 | 2.5 | 1.8 | 0.5 | - | 0.1 | - |
| Muni & Co-op | 0.8 | 1.6 | 0.4 | 0.8 | 1.6 | 0.4 | - | - | - |
| POLR | 4.5 | 2.1 | 0.6 | 4.5 | 2.1 | 0.6 | - | - | - |
| Structured Physical | 0.2 | - | - | 0.2 | - | - | - | - | - |
| Wholesale Physical | - | - | - | - | - | - | - | - | - |
| Total | 27.0 | 19.6 | 10.7 | 26.7 | 19.1 | 10.0 | 0.2 | 0.6 | 0.6 |

## Highlights

❑ LCI increase primarily due to Plastipak Packaging

❑ Gov Agg increase due to community supplemental activity and renewals (Jackson Township, Clark County Communities, Franklin Township, Richland Township, Pease Township, Jefferson Township)

❑ Market Update / Near Term Focus
  – Majority of recent committed sales are for terms beyond 2021 as customers are taking advantage of the lower forward market prices

**Definitions**
**Large Commercial & Industrial ("LCI")** - Large C&I customers over 1,000 MWh of load with customized products and contracts to meet specific customer needs
**Medium Commercial & Industrial ("MCI")** - Medium sized C&I customers between 10 and 1,000 MWh of load with customized products and contracts to meet specific customer needs
**Governmental Aggregation ("Gov Agg")** - Buying group represents all members of the group consisting of residential and small C&I below 10 MWh of load with standardized contracts
**Provider of Last Resort ("POLR")** - "Slice of system" to provide for any customers not participating with a competitive REP using standardized contracts
**Municipalities and Cooperatives ("Muni & Co-op")** - Contracts with Munis and Co-ops for all participating residential and small C&I below 10 MWh of load with standardized contracts
**Mass Market ("MM")** - Campaign oriented channel offered to residential and small C&I below 10 MWh of load with standardized contracts
**Structured Physical** - Wholesale like transactions which contain customized terms, shapes, or options
**Wholesale Physical** - Block power transactions that are traded in standard sizes and easily obtainable in the market place

 | 17/88 | July 2019 | 15

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184009

App'x 043

0.7.588.167090

TIER 3 - 593968

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Retail | FES Sales Position Report



Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)

0.7.588.167090

App'x 044

EH-GJ-0184010

TIER 3 - 593969

July 2019    16

1. TWH forecast for the period post 8/1/19
Committed sales as of 7/5/2019
Supply is based on the Disclosure Statement

# Consolidated Financial Results


**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184011

0.7.588.167090

App'x 045

TIER 3 - 593970

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Financial Results | Income Statement (Disclosure Statement)

| $ In Millions | Jul-19 | | | Jul-19 | | |
|---|---|---|---|---|---|---|
| | Actual[1] MTD | DS MTD | Variance | Actual[1] YTD | DS YTD | Variance |
| **Nuclear Generation (TWh)** | 2.8 | 2.8 | - | 18.7 | 18.3 | 0.5 |
| **Fossil Generation (TWh)** | 0.6 | 1.1 | (0.5) | 3.2 | 7.9 | (4.7) |
| Electric Retail | $104 | $93 | $11 | $624 | $652 | ($28) |
| Muni & CO-OP | 4 | 4 | 1 | 25 | 23 | 2 |
| POLR | 16 | 14 | 1 | 172 | 169 | 4 |
| Structured | 0 | - | 0 | 9 | 9 | (0) |
| **Total Segment Sales** | 124 | 111 | 13 | 831 | 853 | (22) |
| Wholesale | 27 | 56 | (29) | 170 | 325 | (155) |
| Capacity Revenue | 18 | 21 | (2) | 224 | 229 | (5) |
| **Total Sales and Revenues** | 170 | 188 | (18) | 1,225 | 1,407 | (182) |
| Fossil Fuel Expense | 19 | 27 | 8 | 112 | 196 | 83 |
| Nuclear Fuel Expense | 2 | 1 | (2) | 32 | 21 | (11) |
| Purchased Power | 10 | 3 | (7) | 43 | 19 | (24) |
| Other Variable Expenses | 25 | 22 | (2) | 249 | 266 | 17 |
| **Total Variable Costs** | 56 | 53 | (3) | 437 | 502 | 65 |
| **Total Variable Margin** | 114 | 135 | (21) | 788 | 906 | (117) |
| Other Revenue | (1) | (0) | 1 | (2) | 6 | 8 |
| Fossil O&M | 10 | 13 | 4 | 91 | 83 | (8) |
| Nuclear O&M | 47 | 47 | 0 | 332 | 365 | 33 |
| Restructuring Professional Fees | 9 | 9 | (1) | 79 | 80 | 1 |
| Pension / FES O&M | 9 | 8 | (2) | 91 | 96 | 5 |
| General Taxes | 3 | 4 | 1 | 25 | 29 | 4 |
| Shared Services Costs | 8 | 16 | 8 | 58 | 126 | 67 |
| **Adjusted EBITDA** | $29 | $38 | ($9) | $113 | $120 | ($7) |

## Adjusted EBITDA

❑ **MTD:** Adjusted EBITDA was $9 million unfavorable due to margin impact due to lower generation (economic dispatch of fossil units and unplanned Perry turbine outage), lower market prices; partially offset by increased retail sales volume driven by warmer weather, favorable fossil O&M expense, and favorable service company costs

❑ **YTD:** Adjusted EBITDA was $7 million unfavorable due to lower variable margin which was driven by lower market prices and lower retail sales volume; partially offset by lower service company costs from FESC, timing of shared service implementation costs, favorable nuclear generation, and lower nuclear O&M

**FirstEnergy** Solutions

1. *Non-GAAP income statement adjusted for _____ items*

20/86

July 2019

18

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

App'x 046

EH-GJ-0184012

0.7.588.167090

TIER 3 - 593971

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Financial Results | Collateral

**Certain counterparties require FES to post collateral in order to hedge their market exposure with FES**

❑  Collateral outstanding as of July 31, 2019 was $80 million, a $4 million increase as compared to June 30, 2019

–  Approximately ($4) million in posted collateral related to increased hedging activity with FC Stone and Morgan Stanley

–  Approximately ($2) million in posted collateral related to higher exposure with PJM

–  Approximately +$2 million in returned collateral due to due to lower exposure (Retail and Third-Party Supplier Agreements)

| FES Collateral ($ in Millions) | | Collateral Amount | | |
|---|---|---|---|---|
| Type | Counterparty | 7/31/19 | 6/30/19 | Variance |
| Energy Market Collateral (RTO) | PJM & MISO | $      19 | $      18 | $      2 |
| Retail Supplier Agreements | Various | 35 | 36 | (2) |
| POLR Auction | Various | 7 | 7 | - |
| Third-Party Supplier Agreements | Various | 6 | 6 | 1 |
| Uranium Contract Requirements | Macquarie Energy | 3 | 3 | - |
| Renewables Agreements | Various | 2 | 2 | - |
| Vendor Deposits | Carmeuse Lime / NJ Natural Gas | 1 | 1 | - |
| Future Brokers Accounts | INTL FC Stone / Morgan Stanley | 7 | 3 | 4 |
| **Total** | | $      80 | $      75 | $      4 |

**Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)**

App'x 047

EH-GJ-0184013

0.7.588.167090

TIER 3 - 593972

# Liquidity

For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges



July 2019    20

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184014

0.7.588.167090

App'x 048

TIER 3 - 593973

*Privileged and Confidential – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Liquidity | Month of July 2019

*$'s in Millions*

| FES & FENOC July Activity | Amount |
|---|---:|
| **Monthly Summary:** | |
| Net Receipts | $ 139 |
| **Total Receipts** | **139** |
| | |
| Fuel (Coal / Reagents / Nuclear Fuel) | (15) |
| Purchased power | (13) |
| Payroll and Benefits | (34) |
| O&M Expense / Capex | (39) |
| Professional Fees | (20) |
| State & Local Taxes | (8) |
| **Total Operating Disbursements** | **(130)** |
| | |
| FE Service Company | (4) |
| **Total Affiliate & Restructuring Related** | **(4)** |
| **Unlevered Operating Cash Flow** | **4** |
| | |
| Cash Interest | 2 |
| Collateral, net | (7) |
| **Total Debt Service / Other** | **(6)** |
| | |
| **Levered Net Cash Flow** | **$ (2)** |
| | |
| Beginning Cash Balance | $ 1,066 |
| (+/-) Levered Net Cash Flow | (2) |
| **Ending Cash Balance** | **$ 1,064** |

## Highlights

❑ On a consolidated basis, net cash use of approximately $2 million for the period

❑ Net receipt activity includes retail receipts of $92 million, wholesale receipts of $7 million, affiliate POLR receipts of $7 million, and net PJM receipts of $31 million

❑ Payroll includes AIP quarterly payment of $2 million

❑ Collateral disbursement of $7 million related to US Steel retail contract

❑ Professional fee activity included approximately $6 million of spend related to prior interim fee holdback

❑ Adjusted July ending cash balance of $952 million[1], as compared to the projected cash balance of $985 million for the targeted emergence date or September 30, 2019, as reflected in the Disclosure Statement



1. *Reflects the actual ending cash balance less the benefit of the shared service credit of $113 million*

23/88

July 2019    21

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184015

0.7.588.167090

App'x 049

TIER 3 - 593974

*Privileged and Confidential – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Liquidity | Comparison of Cumulative Cash Flow to 13-Week Cash Flow Forecast (Prepared July 19, 2019)

| FES & FENOC Forecast to Actual Variance | | Actual | | Forecast | | Variance |
|---|---|---|---|---|---|---|
| **Monthly Summary:** | | | | | | |
| Net Receipts | $ | 127 | $ | 130 | $ | (3) |
| **Total Receipts** | **$** | **127** | **$** | **130** | **$** | **(3)** |
| Fuel (Coal / Reagents / Nuclear Fuel) | | (23) | | (19) | | (4) |
| Purchased power | | (8) | | (11) | | 3 |
| Payroll and Benefits | | (32) | | (30) | | (2) |
| O&M Expense / Capex | | (37) | | (39) | | 2 |
| Professional Fees | | (16) | | (18) | | 2 |
| State & Local Taxes | | (1) | | (5) | | 4 |
| Pension | | (3) | | - | | (3) |
| **Total Operating Disbursements** | **$** | **(120)** | **$** | **(121)** | **$** | **1** |
| FE Service Company | | (6) | | (6) | | 0 |
| NOL cash tax receipts | | - | | - | | - |
| Critical Vendor, Lienholder, Other BK | | - | | - | | - |
| **Total Affiliate & Restructuring Related** | **$** | **(6)** | **$** | **(6)** | **$** | **0** |
| **Unlevered Operating Cash Flow** | **$** | **1** | **$** | **3** | **$** | **(2)** |
| Cash Interest | | 2 | | 2 | | (0) |
| Collateral, net | | (1) | | (7) | | 6 |
| **Total Debt Service / Other** | **$** | **1** | **$** | **(5)** | **$** | **6** |
| **Levered Net Cash Flow** | **$** | **2** | **$** | **(2)** | **$** | **4** |
| Beginning Cash Balance - WE 7/19 | $ | 1,056 | $ | 1,056 | $ | 0 |
| (+/-) Levered Net Cash Flow | | 2 | | (2) | | 4 |
| **Ending Cash Balance - WE 8/9** | **$** | **1,058** | **$** | **1,054** | **$** | **4** |

**Variance for the 4-week period ended 8/9/19**

- ☐ **Favorable variance of $4 million for the 4-week period ended 8/9/19**

- ☐ Variance primarily related to the following:

  - *Net Receipts* – Unfavorable PJM and retail receipts variance primarily related lower generation

  - *Fuel* – Unfavorable fuel costs primarily related to reagents spend timing

  - *Purchased Power* – Favorable timing variance

  - *Pension* – Timing of EDCP and non-qualified plan payments

  - *Collateral, net* – Favorable timing variance of collateral postings related to new retail contracts

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184016

App'x 050

0.7.588.167090

TIER 3 - 593975

*Privileged and Confidential – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Liquidity | 13-Week Cash Flow Forecast (Consolidated Forecast Prepared August 16, 2019)

## Receipts / Operating Disbursements

❑ PJM receipts updated based on latest load and generation forecasts

  – Bruce Mansfield Unit 3 in must run mode in September and October to burn remaining coal inventory following decision on accelerated deactivation

  – Forecast removes all forecasted activity related to the Pleasants station from the period

❑ Incorporates anticipated expenditures related to the HB6 referendum ($17.5 million)

❑ Incorporates impact of Bruce Mansfield Unit 3 shutdown on disbursements (O&M and Capital / Payroll)

❑ Forecast includes payments related to coal purchases and coal combustion residuals (CCR) activity from Consolidation Coal ($12 million in week 1)

## Affiliate Receipts / Other Disbursements

❑ Pension charges related to Q3 is included in week 7 of the forecast for $9 million

❑ Shared services payment of $11 million in week 5 of the forecast related to the July FESC shared service charges and run-rate shared service charges

## Restructuring Related

❑ Professional fee forecast includes $6 million of holdback fee payments in week 11 of forecast

❑ Forecast excludes restructuring related transactions

**FirstEnergy**
Solutions

25/88

July 2019

23

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184017

App'x 051

TIER 3 - 593976

*Privileged and Confidential – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Liquidity | Consolidated Forecast Prepared August 16, 2019

| Week Number: | Week -4 | Week -3 | Week -2 | Prior Wk. | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Projected 13-Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For the Week Ending: | 7/19/19 | 7/26/19 | 8/2/19 | 8/9/19 | 8/16/19 | 8/23/19 | 8/30/19 | 9/6/19 | 9/13/19 | 9/20/19 | 9/27/19 | 10/4/19 | 10/11/19 | 10/18/19 | 10/25/19 | 11/1/19 | 11/8/19 | |
| Actual / Forecast Period: | Actual | Actual | Actual | Actual | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | |
| **Receipts:** | | | | | | | | | | | | | | | | | | |
| 1 Retail Receipts | $ 16 | $ 24 | $ 16 | $ 28 | $ 20 | $ 22 | $ 21 | $ 21 | $ 23 | $ 22 | $ 19 | $ 18 | $ 18 | $ 18 | $ 18 | $ 19 | | $ 263 |
| 2 Wholesale Receipts | 2 | 5 | 0 | - | - | 8 | 2 | - | - | 4 | 1 | - | - | 3 | 1 | - | | 19 |
| 3 PJM Activity, net | 6 | 7 | 8 | 7 | 1 | 5 | 7 | 7 | 6 | 10 | 10 | 11 | 10 | 11 | 11 | 9 | 8 | 105 |
| 4 Miscellaneous Receipts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| 5 Asset Sales / Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | | - |
| 6 Total Receipts | 25 | 36 | 24 | 35 | 20 | 35 | 30 | 29 | 29 | 37 | 33 | 30 | 29 | 29 | 33 | 28 | 27 | 387 |
| **Operating Disbursements:** | | | | | | | | | | | | | | | | | | |
| 7 Fuel – Coal | (12) | (0) | - | (1) | (12) | (1) | (0) | (1) | (0) | (11) | (0) | (0) | (1) | (1) | (11) | (1) | (0) | (39) |
| 8 Fuel – Other (Reagents, etc.) | (0) | (0) | (0) | (8) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | - | (15) |
| 9 Fuel – Nuclear | - | - | - | (8) | - | - | - | - | (4) | - | - | (18) | - | - | - | - | - | (22) |
| 10 Purchased Power | (3) | (2) | (2) | (1) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (25) |
| 11 Direct Payroll & Benefits | (2) | (16) | (1) | (14) | (7) | (13) | (2) | (11) | (2) | (12) | (2) | (13) | (3) | (11) | (4) | (11) | (3) | (95) |
| 12 O&M Expense/CapEx/Other Vendors | (6) | (12) | (8) | (11) | (8) | (8) | (10) | (11) | (16) | (13) | (16) | (14) | (15) | (13) | (13) | (13) | (13) | (164) |
| 13 Pension | - | - | - | (3) | - | - | - | - | - | - | (9) | - | - | - | - | - | - | (9) |
| 14 State & Local Taxes | (0) | (0) | (0) | (0) | (1) | (1) | (1) | (0) | (0) | (0) | (0) | (0) | - | (0) | - | (0) | (0) | (6) |
| 15 Total Operating Disbursements | (23) | (30) | (12) | (38) | (32) | (26) | (18) | (26) | (26) | (40) | (31) | (31) | (40) | (27) | (30) | (27) | (20) | (375) |
| **Affiliate Transactions, Net:** | | | | | | | | | | | | | | | | | | |
| 16 POLR revenue | 7 | - | - | - | - | 10 | - | - | - | - | 8 | - | - | - | 6 | - | - | 24 |
| 17 Service Company Billings | - | - | - | (5) | - | - | - | - | (11) | - | - | - | (11) | - | - | - | (12) | (34) |
| 18 GENCO Labor & O&M Allocation | (0) | (0) | (0) | (0) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 19 Miscellaneous Affiliate Receipts / Charges | (0) | 0 | 0 | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (1) |
| 20 FENOC | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 21 NOL Monetization | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 22 Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 23 Total Affiliate Transactions, Net | 7 | (0) | (0) | (6) | - | 10 | (0) | (0) | (11) | 8 | (0) | (0) | (11) | (0) | 6 | (0) | (13) | (11) |
| 24 Unlevered Operating Cash Flow | $ 8 | $ 5 | $ 12 | $ (9) | $ (12) | $ 18 | $ 12 | $ 3 | $ (8) | $ 5 | $ 2 | $ (2) | $ (22) | $ 2 | $ 9 | $ 1 | $ (5) | $ 2 |
| **Restructuring Related:** | | | | | | | | | | | | | | | | | | |
| 25 Professional Fees | (1) | (2) | (12) | (1) | (1) | (1) | (3) | (2) | (3) | (3) | (3) | (2) | (2) | (2) | (8) | (2) | (2) | (32) |
| 26 Critical Vendor Payments (Pre-petition) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 27 Utility Deposits | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 28 Settlement Considerations | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 29 Total Restructuring Related | (1) | (2) | (12) | (1) | (1) | (1) | (3) | (2) | (3) | (3) | (3) | (2) | (2) | (2) | (8) | (2) | (2) | (32) |
| 30 Unlevered Operating FC, Less Restructuring | $ 7 | $ 4 | $ (0) | $ (10) | $ (13) | $ 17 | $ 9 | $ 1 | $ (11) | $ 2 | $ (0) | $ (4) | $ (24) | $ 0 | $ 1 | $ (1) | $ (7) | $ (30) |
| **Debt Service:** | | | | | | | | | | | | | | | | | | |
| 31 Cash Interest | - | - | 2 | - | - | - | - | 2 | - | - | - | 2 | - | - | - | 2 | - | 6 |
| 32 Collateral, net | (1) | (0) | 0 | - | (1) | - | (1) | - | - | (2) | - | - | (1) | - | - | - | - | (6) |
| 33 Surety Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 34 Total Debt Service Related | (1) | (0) | 2 | - | (1) | - | (1) | 2 | - | (2) | - | 2 | (1) | - | - | 2 | - | - |
| 35 Levered Net Cash Flow | $ 7 | $ 4 | $ 2 | $ (10) | $ (14) | $ 17 | $ 8 | $ 3 | $ (11) | $ (0) | $ (0) | $ (2) | $ (24) | $ (1) | $ 1 | $ 1 | $ (7) | $ (29) |
| **Cash Balance:** | | | | | | | | | | | | | | | | | | |
| 36 Beginning Cash Balance | $ 1,056 | $ 1,062 | $ 1,066 | $ 1,068 | $ 1,058 | $ 1,044 | $ 1,062 | $ 1,069 | $ 1,072 | $ 1,062 | $ 1,061 | $ 1,061 | $ 1,059 | $ 1,035 | $ 1,034 | $ 1,035 | $ 1,036 | $ 1,058 |
| 37 (+/-) Levered Net Cash Flow | 7 | 4 | 2 | (10) | (14) | 17 | 8 | 3 | (11) | (0) | (0) | (2) | (24) | (1) | 1 | 1 | (7) | (29) |
| 38 Ending Cash Balance | $ 1,062 | $ 1,066 | $ 1,068 | $ 1,058 | $ 1,044 | $ 1,062 | $ 1,069 | $ 1,072 | $ 1,062 | $ 1,061 | $ 1,061 | $ 1,059 | $ 1,035 | $ 1,034 | $ 1,035 | $ 1,036 | $ 1,029 | $ 1,029 |



Confidential Treatment Requested Pursuant to
   FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184018

App'x 052

0.7.588.167090

TIER 3 - 593977

# Current Events



For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges

July 2019     25

**Confidential Treatment Requested Pursuant to
   FOIA and Fed. R. Crim. P. 6(e)**

**EH-GJ-0184019**

App'x 053

0.7.588.167090

TIER 3 - 593978

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Current Events | Highlights

**Legislative Support – State**

❑ Ohio

- The Ohio Clean Air Program (HB6) was signed by the governor, Mike Dewine, on July 23, and will generate roughly $150 million annually for the two nuclear units in Ohio.
- Numerous citizen groups, including the Ohioans Against Corporate Bailouts are petitioning to include a referendum on the Ohio ballot in November 2020 to repeal HB6.
- On August 12, Ohio Attorney General Dave Yost rejected a summary of petition language for a proposed ballot referendum to repeal HB6 for the state's two nuclear power plants.
- Upon adjusting petition language and getting approval from the Ohio Attorney General on that language, the group would need to collect 265,774 valid voter signatures from registered voters in at least half of Ohio's 88 counties. The group needs to obtain those signatures within 90 days of Governor DeWine signing HB6 into law (by October 21).

❑ Pennsylvania

- The "Alternative Energy Portfolio Standards Act" (HB11 / SB510) provides definitions for alternative energy portfolio standards, for portfolio requirements in other states, for health and safety standards and for interagency responsibilities; and providing for Tier III alternative energy sources and for capacity payments to alternative energy sources.
- FES and other PA nuclear operators have been meeting to discuss alternatives to the current bills stalled in the house and the senate.  The administration is still focused on PA joining the Regional Greenhouse Gas Initiative (RGGI).
- Additional meetings are being held with the administration and members of the house in August to refine our alternatives.

**FirstEnergy**
*Solutions*

28/88

July 2019

26

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184020

App'x 054

0.7.588.167090

TIER 3 - 593979

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Current Events | Highlights (continued)

**OVEC / Renewable PPA Rejection Process**

☐ The appeals of the PPA rejections with respect to OVEC and Maryland Solar are presently before the Sixth Circuit Court of Appeals. Appellants filed opening briefs on February 26. The Company filed its responsive brief on April 29. Appellants' reply briefs were filed on May 20. Oral argument on the appeals took place on June 26. The matter has been taken under advisement. The timing of a ruling by the Sixth Circuit is unknown, but will likely take several months.

☐ Company and professionals have engaged in communications with OVEC in an attempt to consensually resolve the ongoing disputes, but at present, those discussions have not been fruitful. The Company's advisors continue to engage with advisors to the creditor constituencies to evaluate potential settlement paths with OVEC. The Company entered into a stipulation with OVEC to limit the scope of OVEC's confirmation objections, while leaving the appeal and rejection damages claim disputes unresolved.



29/88

July 2019

27

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

App'x 055

EH-GJ-0184021

0.7.588.167090

TIER 3 - 593980

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Current Events | Bankruptcy Timeline

## <u>*Upcoming*</u>

### May 2019

❑   May 20 – Disclosure Statement Approved by the Court

### July 2019

❑   July 23 – Plan Supplement Filed with the Court

### August 2019

❑   August 2 – Voting Deadline on the Plan / Objection Deadline on the Plan

❑   August 13 – Prime Clerk to file Voting Certification / Proposed Cure Amounts Deadline

❑   August 20 – Confirmation Hearing Commences

### Q4 2019

❑   Target quarter for Plan Effective Date



30/88                                                                July 2019            28

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184022

App'x 056

TIER 3 - 593981

# Appendix



For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184023

App'x 057

0.7.588.167090

TIER 3 - 593982

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Appendix | Capex and O&M (Disclosure Statement)

*In $Millions*

| Capex and O&M | MTD July | MTD July | Variance | YTD July | YTD July | Variance |
|---|---|---|---|---|---|---|
| Nuclear | Actual | DS FCST | | Actual | DS FCST | |
| Beaver Valley | $1 | $2 | $1 | $13 | $18 | $4 |
| Davis-Besse | 1 | 2 | 1 | 11 | 18 | 8 |
| Perry | 1 | 1 | - | 30 | 34 | 5 |
| Total Capex | $3 | $5 | $2 | $53 | $70 | $17 |
| O&M | $47 | $47 | $0 | $332 | $365 | $33 |
| Nuclear Fuel | $2 | $1 | ($2) | $32 | $21 | ($11) |
| Fossil | Actual | DS FCST | | Actual | DS FCST | |
| Sammis | $1 | $0 | ($1) | $8 | $0 | ($8) |
| Mansfield | 0 | - | - | 7 | - | (7) |
| West Lorain | - | - | - | - | - | - |
| Little Blue Run | - | - | - | 0 | - | (0) |
| Total Capex | $1 | $0 | ($1) | $15 | $0 | ($15) |
| O&M | $10 | $13 | $4 | $91 | $83 | ($8) |

**Nuclear**

❑ **Capital Expenditures** – Favorable MTD variance related to fleet performance initiatives, and favorable YTD variances due to lower spend for fleet performance initiatives and Perry outage projects

❑ **Nuclear Fuel** – Unfavorable MTD and YTD variances due to timing of nuclear fuel purchases

❑ **O&M** – Favorable YTD variance due to lower labor and benefit costs, favorable nuclear liability insurance refund, and timing of fees and contractor services; offset by spend related to Ohio legislative efforts

**Fossil**

❑ **Capital Expenditure** – Unfavorable MTD due to non-outage projects not originally forecasted and YTD due to acceleration of Mansfield and Sammis planned outage projects originally planned for the fall

❑ **O&M** – Favorable MTD due to the timing of severance payments. Unfavorable YTD variance due to the acceleration of Mansfield and Sammis planned outage projects from fall 2019

Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184024

App'x 058

0.7.588.167090

TIER 3 - 593983

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Appendix | Capex and O&M (Budget)

*In $Millions*

| Capex and O&M | MTD July | MTD July | Variance | YTD July | YTD July | Variance |
|---|---|---|---|---|---|---|
| **Nuclear** | Actual | Budget[1] | | Actual | Budget[1] | |
| Beaver Valley | $1 | $2 | $1 | $13 | $18 | $5 |
| Davis-Besse | 1 | 2 | 1 | 11 | 18 | 7 |
| Perry | 1 | 1 | 1 | 30 | 34 | 4 |
| **Total Capex** | $3 | $5 | **$2** | $53 | $70 | **$17** |
| **O&M** | $47 | $45 | **($1)** | $332 | $352 | **$20** |
| **Nuclear Fuel** | $2 | $1 | **($2)** | $32 | $24 | **($8)** |
| **Fossil** | Actual | Budget[1] | | Actual | Budget[1] | |
| Sammis | $1 | $1 | $0 | $8 | $4 | ($4) |
| Mansfield | 0 | - | - | 7 | 4 | (3) |
| West Lorain | - | - | - | - | 0 | 0 |
| Little Blue Run | - | - | - | 0 | 0 | (0) |
| **Total Capex** | $1 | $1 | **($1)** | $15 | $8 | **($7)** |
| **O&M** | $10 | $9 | **$0** | $91 | $90 | **($1)** |

**Nuclear**

- **Capital Expenditures** – Favorable MTD variance related to fleet performance initiatives, and favorable YTD variances due to lower spend for fleet performance initiatives and Perry outage projects
- **Nuclear Fuel** – Unfavorable MTD and YTD variances due to timing of nuclear fuel purchases
- **O&M** – Favorable YTD variance due to lower labor and benefit costs, favorable nuclear liability insurance refund, and timing of fees and contractor services; offset by spend related to Ohio legislative efforts

**Fossil**

- **Capital Expenditure** – Unfavorable MTD due to non-outage projects not originally forecasted and YTD due to acceleration of Mansfield and Sammis planned outage projects originally planned for the fall
- **O&M** – Unfavorable YTD variance due to the acceleration of Mansfield and Sammis planned outage projects from fall 2019

Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)    EH-GJ-0184025

App'x 059

0.7.588.167090    TIER 3 - 593984

For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only

Case: 23-3565   Document: 23   Filed: 02/26/2024   Page: 62

# Appendix | Financial Results, Pleasants Power Station

| $ in Millions | Jul-19 Actual MTD | FCST[1] MTD | Variance | Jul-19 Actual YTD | FCST[1] YTD | Variance |
|---|---|---|---|---|---|---|
| Net Generation (TWh) | 0.6 | 0.7 | (0.1) | 2.5 | 5.0 | (2.5) |
| $ / MWh | $ 30.09 | $ 36.18 | $ (6.09) | $ 30.92 | $ 35.59 | $ (4.67) |
| Energy Revenue[2] | $18.9 | $24.9 | ($6.0) | $78.4 | $178.2 | ($99.8) |
| Ancillary | (0.1) | 0.0 | (0.1) | (0.1) | 0.1 | (0.2) |
| Capacity, Net | 3.2 | 3.0 | 0.1 | 27.4 | 27.0 | 0.4 |
| Other | 0.1 | 0.0 | 0.1 | 0.9 | 0.2 | 0.7 |
| Total Revenue | 22.2 | 28.0 | (5.8) | 106.5 | 205.5 | (98.9) |
| Coal | (14.2) | (14.9) | 0.8 | (58.1) | (108.8) | 50.7 |
| Fuel Handling | (0.5) | (0.6) | 0.1 | (4.0) | (4.5) | 0.6 |
| Delivery | (0.9) | (0.6) | (0.3) | (3.1) | (4.6) | 1.5 |
| Other Variable Costs | (2.2) | (2.7) | 0.5 | (10.1) | (19.4) | 9.2 |
| Total Variable Costs | (17.8) | (18.8) | 1.0 | (75.2) | (137.2) | 62.0 |
| Variable Margin | 4.4 | 9.2 | (4.8) | 31.3 | 68.2 | (36.9) |
| Labor & Benefits | (1.5) | (1.4) | (0.1) | (10.6) | (10.7) | 0.1 |
| Property Taxes | (0.1) | (1.2) | 1.1 | (8.9) | (8.5) | (0.4) |
| OTL | (1.4) | (2.1) | 0.7 | (10.1) | (13.7) | 3.6 |
| EBITDA | 1.4 | 4.5 | (3.1) | 1.8 | 35.3 | (33.5) |
| Capital Expenditures | (0.6) | (0.6) | (0.0) | (7.7) | (9.1) | 1.4 |
| McElroy's Run | – | – | – | – | – | – |
| Shared Services | (1.0) | (1.7) | 0.7 | (7.2) | (11.7) | 4.4 |
| Free Cash Flow | ($0.2) | $2.2 | ($2.4) | ($13.2) | $14.5 | ($27.7) |

## Highlights

- For the period, free cash flow is approximately $2 million unfavorable to the forecast
  - Primarily driven by lower energy pricing and lower generation as compared to the forecast
  - Controllable costs for the station were favorable to the forecast
- The Debtors are working with the AES team to integrate the station into the Debtors' portfolio once the title transfers
- The inventory for coal was approximately 64 days at the end of the period and the capacity at the station is approximately 67 days or 800,000 tones
- **Per the APA, the Debtors will receive or pay the aggregate free cash flow and cost for inventory at the exit from bankruptcy**

FirstEnergy Solutions

1. Represents forecast from AES / FES dated January 7, 2019
2. Energy revenue is shown gross of congestion and loss (costs included in "delivery")

34/88

July 2019    32

Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)

App'x 060

EH-GJ-0184026

0.7.588.167090

TIER 3 - 593985

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Appendix | Shared Services Separation

| June 19 | July 19 | Aug. 19 | Sept. 19 | Oct. 19 | Nov. 19 |
|---------|---------|---------|----------|---------|---------|
| External Affairs | Communications | | | | FEU/FET Services |
| Beta Lab | | | | | Fuel Procurement |
| | | | | | Records Management |
| | | | | | Unit Dispatch |

- = Amended SSA step down notice issued to FESC (effective as of month-end, notice issued 90 days prior)
- = Expected SSA step down date (effective as of month-end, notice issued 90 days prior)
- = Step down complete
- = Step down on-going and on schedule
- = Step down notice issued, but has since been rescinded
- = Step down timing at risk

## Select Commentary and Recent Events:

❏ Communications functional group successfully stepped down on August 1.

❏ Offer extended to CIO candidate. Worked with FESC recruiting to prepare offers for other Tier 1 hires. Interviews for other key positions in progress and ongoing.

❏ Received agreement from SAP for ECC licenses and reviewed FESC resource requirements with each FES separation team functional lead to develop IT migration plan. Continued target separation date of 12/31/2019.

❏ NewCo post-separation employee benefit providers determined. ADP working with carriers to begin development of user interfaces.

❏ Continue to evaluate proposals for NewCo banking partners and treasury support.

Confidential Treatment Requested Pursuant to
   FOIA and Fed. R. Crim. P. 6(e)

App'x 061

EH-GJ-0184027

0.7.588.167090

TIER 3 - 593986

# End



For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges

36/88

July 2019   34

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

App'x 062

EH-GJ-0184028

0.7.588.167090

TIER 3 - 593987

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio July 24, 2019

The Board of Directors of FirstEnergy Solutions Corp. (the "Company") met at the West Akron Campus, Akron, Ohio, on July 24, 2019 at 2:00 p.m., Eastern Time, after receiving written notice of the meeting.

The meeting was called to order by Mr. Donald R. Schneider, Chair.  Mr. Kevin T. Warvell, Corporate Secretary, recorded the minutes.

The following Directors participated:

> Mr. John C. Blickle
> Mr. James C. Boland (via Phone)
> Mr. Joseph M. Gingo
> Mr. John W. Judge
> Mr. Charles E. Sweet
> Mr. Raphael T. Wallander (via Phone)

constituting a quorum of the Board.

The following executives participated:

> Mr. Rick Giannantonio
> Mr. Kevin T. Warvell
> Mr. David Griffing
> Mr. Jay Bellingham
> Mr. Stephen Burnazian
> Mr. Ray Lieb
> Mr. Brian Farley
> Mr. Joel Bailey
> Mr. David Hamilton

The following representatives of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") participated:

> Mr. Scott Alberino (via Phone)
> Mrs. Lisa Beckerman (via Phone)
> Mr. Rick Burdick (via Phone)
> Mr. Brad Kahn (via Phone)

The following representative of Lazard Frères & Co. LLC ("Lazard") participated:

> Mr. Erik Overman (via Phone)

The following representatives of Alvarez & Marsal North America, LLC ("Alvarez") participated:

> Mr. Charles Moore
> Mr. Dave Jurgens

The following representative of Willkie Farr & Gallagher LLP ("Willkie") participated:

> Mr. Matt Feldman (via Phone)

The following representative of Honigman LLP participated:

37/88

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184029

App'x 063

0.7.588.167090

TIER 3 - 593988

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio July 24, 2019

Mr. Joseph Sgroi (via Phone)

The following representatives of Ropes & Gray LLP participated:

Mr. Steve Moeller-Sally (via Phone)
Mr. Mark Somerstein (via Phone)

**1. Board Matters**

**A. Approval of the Minutes of the Regular Board of Directors' Meeting held on June 26, 2019**

After discussion, upon motion duly made and seconded, the meeting minutes were unanimously adopted.

The Board then discussed the following matters:

**B. Approval of the Wholesale Purchases for 2020 - 2023**

Mr. Warvell reviewed with the Board certain proposed wholesale purchases and responded to questions.

After discussion, upon motion duly made and seconded, the resolution was unanimously adopted.

**RESOLUTIONS OF**
**THE BOARD OF DIRECTORS (THE "BOARD") OF**
**FIRSTENERGY SOLUTIONS CORP. (THE "COMPANY")**

**Dated as of July 24, 2019**

**Approval of Wholesale Purchases**

WHEREAS, due to recent declines in market forward prices, management has recommended to the Board, and the Board has determined that it is advisable, to buy wholesale power at prices that are favorable to the contracted rates during the years 2020-2023;

WHEREAS, the Board must approve any wholesale electricity transactions more than 12 months into the future; and

WHEREAS, management has recommended that the Company purchase energy volumes in MISO, AD Hub, and West Hub, in each case, on the terms set forth on Exhibit A attached hereto (the "***Term Purchases***").

NOW THEREFORE BE IT:

RESOLVED, that the Board hereby determines that the Term Purchases are advisable and in the best interests of the Company;

RESOLVED FURTHER, that the Board hereby approves the Term Purchases and the entering into, execution and delivery of, such contracts, agreements, and other instruments in connection therewith (the "***Energy Agreements***") and the performance by the Company and/or its subsidiaries of its obligations thereunder on such terms with such changes as the Proper Officers (defined below) deem advisable;

Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio July 24, 2019

RESOLVED FURTHER, that the "**_Proper Officers_**" referenced in these resolutions shall be the Chairman of the Board, the President, any Vice President, the Chief Financial Officer, the Treasurer and the Corporate Secretary of the Company;

RESOLVED FURTHER, that any Proper Officer be, and each of them individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to effectuate the Term Purchases and to negotiate, approve, execute and deliver, and to cause the Company and/or its subsidiaries to perform its obligations under, one or more Energy Agreements, in each case in such forms as the Proper Officer deems appropriate and advisable and as counsel may advise consistent with these resolutions and the execution by any Proper Officer of such documents and letters or the doing by them of any act in connection with the foregoing matters shall conclusively establish their authority therefor from the Company and/or its subsidiaries and the approval and ratification by the Company and/or its subsidiaries of the documents and letters so executed and the action so taken;

RESOLVED FURTHER, that any Proper Officer be, and each of them individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and deliver any such other documents, letters or instruments and do and perform any and all acts and things that may be appropriate and advisable and as counsel may advise in order to carry out the intent and purposes of all of the foregoing resolutions;

RESOLVED FURTHER, that each of the lawful acts of any Proper Officer taken prior to the date hereof in connection with the transactions contemplated by the foregoing resolutions is hereby ratified, approved, adopted and confirmed as if each such act had been presented to and approved by the Board prior to being taken; and

RESOLVED FURTHER, that the Corporate Secretary and any other Proper Officer of the Company are, and each individually hereby is, authorized, empowered and directed to certify and furnish such copies of these resolutions and such statements as to the incumbency of the Company's officers, under corporate seal if necessary, as may be requested, and any person receiving such certified copy is and shall be authorized to rely upon the contents thereof.

\* \* \* \* \* \* \* \* \*

## 2. Presentations

### A.  Update on Regulatory Affairs

Mr. Griffing updated the Board on the approval of House Bill 6. Mr. Judge explained how credits are earned and that the Company would begin receiving the cash commencing in the year 2021. He explained that we would be assembling an anti-referendum team to oppose a potential referendum campaign on House Bill 6. Mr. Giannantonio explained the legal issues as to how a referendum initiative works. Mr. Judge laid out the Company's position and strategy on an anti-referendum campaign. Mr. Giannantonio answered questions on other legal challenges that could arise from opponents to House Bill 6.

Mr. Griffing updated the Board on the status of nuclear legislation in Pennsylvania and indicated that his team would be evaluating next steps.

Mr. Bailey left the meeting.

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

**EH-GJ-0184031**

App'x 065

0.7.588.167090

TIER 3 - 593990

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio July 24, 2019

**B.** **Update on June Operational and Financial Results**

Mr. Hamilton reviewed the nuclear operational and financial results for May. Mr. Bellingham then reviewed the operational and financial results of the fossil organization. Mr. Farley updated the Board on the retail business. Mr. Warvell updated the Board on the consolidated financials, the collateral position and the cash forecast for consolidated FES. All three gentlemen responded to questions.

**C.** **Update on Bankruptcy and Disclosure**

Mr. Moore updated the Board stating expert reports were presented to the court on July 12th. Objecting parties to the plan are the government and environmental agencies. Rebuttal reports were filed today. A plan supplement was filed by the Company on July 23rd. August 2nd is the voting deadline for all the creditors and the objection deadline for all parties. Depositions will be held over the next two weeks. The advisors are having discussions with OVEC and Maryland Solar. The advisors believe they have a deal with these two parties to resolve their objections. The rail companies allowed claim will be higher than what was in the recovery claims model. A term sheet was presented to the agencies working with the Department of Justice and rescinding the deactivation notices will help these negotiations. The Company and advisors have been engaged in negotiations and have reached a framework agreement with the plants except Beaver Valley and Perry but anticipate that this will be resolved by August 2nd. Mr. Moore explained how the passing of House Bill 6 would or would not impact the bankruptcy process. He explained why no filings would be needed at this time. Various stakeholders could question the valuation of the Plan of Reorganization but key creditor advisors do not see a need to re-allocate the consideration in the Restructuring Settlement Agreement among the stakeholders. Mr. Moore reviewed the supplemental presentation with the Board. He explained the timing with all the items involved and the relationship of the capacity auction timing. Mr. Judge reaffirmed to the Board that the forecast for the Sammis Plant does not contemplate potential positive cash flow opportunities currently being explored by the Company's management team, including reducing coal costs, improving operating reliability and associated unit dispatch costs and further reductions in cost structure, which management believes will be enough to address any forecasted negative cash flows. Therefore, rescinding the deactivation notice is appropriate for Sammis Units 5-7, and this does not foreclose deactivating in the future if cash flows do not support operations. Mr. Moore and Mr. Judge responded to various questions from the Board.

**3. Executive Session**

An Executive Session of the Board Members was held.

The meeting was adjourned.

_____
Corporate Secretary

FES 7/24/2019 Meeting Record

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

App'x 066

EH-GJ-0184032

0.7.588.167090

TIER 3 - 593991

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio July 24, 2019

Exhibit A

Term Power Purchases

(Attached.)

41/88

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184033

App'x 067

0.7.588.167090

TIER 3 - 593992

Case: 23-3565    Document: 23    Filed: 02/26/2024    Page: 70

Special Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio August 7, 2019

The Board of Directors of FirstEnergy Solutions Corp. (the "Company") held a Special Board Call, on August 7, 2019 at 8:30 a.m., Eastern Time, after receiving written notice of the meeting.

The meeting was called to order by Mr. Donald R. Schneider, Chair. Mr. Kevin T. Warvell, Corporate Secretary, recorded the minutes.

The following Directors participated:

> Mr. John C. Blickle (via Phone)
> Mr. James C. Boland (via Phone)
> Mr. John W. Judge (via Phone)

constituting a quorum of the Board.

The following executives participated:

> Mr. Rick Giannantonio (via Phone)
> Mr. Kevin T. Warvell (via Phone)
> Mr. David Griffing (via Phone)
> Mr. Stephen Burnazian (via Phone)

The following representatives of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") participated:

> Mr. Scott Alberino (via Phone)
> Mrs. Lisa Beckerman (via Phone)
> Mr. Rick Burdick (via Phone)

## 1. Board Matters

### A. Approval of the Expenditures for House Bill 6 Voter Education

Mr. Judge reviewed the need for expenditures to educate voters on House Bill 6. He explained how the money will be used.

After discussion, upon motion duly made and seconded, the resolution was unanimously adopted by the Board members present and Mr. Gingo emailed his approval of the resolution.

**RESOLUTIONS OF
THE BOARD OF DIRECTORS (THE "BOARD") OF
FIRSTENERGY SOLUTIONS CORP. (THE "COMPANY")**

**Dated as of August 7, 2019**

**Approval of Expenditures for House Bill 6 Voter Education Initiatives**

WHEREAS, on July 23, 2019, the Ohio State Legislature passed, and the Ohio Governor signed into law, House Bill 6 ("*HB6*"), which provides for, among other things, payments to the owners of electric generating facilities in the state of Ohio fueled by nuclear power, including the Davis-Besse Nuclear Power Station and the Perry Nuclear Power Plant; and

42/88

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

App'x 068

EH-GJ-0184034

0.7.588.167090

TIER 3 - 593993

Special Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio August 7, 2019

WHEREAS, the Board proposes to make various expenditures in order to educate Ohio voters on issues related to HB6 in order to increase public support for HB6 (collectively, the "*HB6 Expenditures*") in an aggregate amount not to exceed $25,000,000 (the "*Spend Cap*").

NOW THEREFORE BE IT:

RESOLVED, that the Board hereby determines that it is advisable and in the best interests of the Company to make the HB6 Expenditures up to the Spend Cap;

RESOLVED FURTHER, that the Board hereby approves and authorizes the Company's making of the HB6 Expenditures up to the Spend Cap in a manner to be determined at the discretion of the Proper Officers;

RESOLVED FURTHER, that the "*Proper Officers*" referenced in these resolutions shall be the Chairman of the Board, the Chief Executive Officer, the President, any Vice President, the Chief Financial Officer, the Chief Risk Officer, the Treasurer and the Corporate Secretary of the Company;

RESOLVED FURTHER, that any Proper Officer be, and each of them individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and deliver any such other documents, letters or instruments and do and perform any and all acts and things that may be appropriate and advisable and as counsel may advise in order to carry out the intent and purposes of all of the foregoing resolutions;

RESOLVED FURTHER, that each of the lawful acts of any Proper Officer taken prior to the date hereof in connection with the transactions contemplated by the foregoing resolutions is hereby ratified, approved, adopted and confirmed as if each such act had been presented to and approved by the Board prior to being taken; and

RESOLVED FURTHER, that the Corporate Secretary and any other Proper Officer of the Company are, and each individually hereby is, authorized, empowered and directed to certify and furnish such copies of these resolutions and such statements as to the incumbency of the Company's officers, under corporate seal if necessary, as may be requested, and any person receiving such certified copy is and shall be authorized to rely upon the contents thereof.

\* \* \* \* \* \* \* \* \*

**B.    Approval of Hiring Chief Information Officer and 2019 Compensation**

Mr. Judge reviewed the hiring of the Chief Information Officer and his qualifications and experience. He explained the hiring criteria that were used during the hiring process. Mr. Judge then reviewed the compensation for the position.

After discussion, upon motion duly made and seconded, the resolution was unanimously adopted by the Board members present and Mr. Gingo emailed his approval of the resolution.

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184035

App'x 069

0.7.588.167090

TIER 3 - 593994

Special Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio August 7, 2019

**RESOLUTIONS OF**
**THE BOARD OF DIRECTORS (THE "BOARD") OF**
**FIRSTENERGY SOLUTIONS CORP. (THE "COMPANY")**

**August 7, 2019**

<u>**Chief Information Officer – Hiring and 2019 Compensation**</u>

WHEREAS, the Board has determined that it is advisable and in the best interests of the Company to hire Dan Havelka as Chief Information Officer of the Company;

WHEREAS, the Board previously reviewed and considered the executive compensation analysis report prepared for the Board by Alvarez & Marsal (the "***Report***"); and

WHEREAS, based on the comparative analysis and other data set forth in the Report, Alvarez & Marsal has recommended to the Board that the 2019 base salary and 2019 Annual Incentive Plan (AIP) target percentage for Mr. Havelka be set at the levels set forth on <u>Exhibit A</u> attached hereto (the "***2019 Compensation Levels***").

NOW THEREFORE BE IT:

RESOLVED, that the hiring of Dan Havelka as Chief Information Officer of the Company be and hereby is approved and adopted in all respects;

RESOLVED FURTHER, that the 2019 Compensation Levels for Mr. Havelka be and hereby are approved and adopted in all respects;

RESOLVED FURTHER, that the "***Proper Officers***" referenced in these resolutions shall be the Chairman of the Board, the President, any Vice President, the Chief Risk Officer, the Chief Financial Officer, the Treasurer and the Corporate Secretary of the Company; and

RESOLVED FURTHER, that the Proper Officers be, and each of them individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and deliver any such other documents, letters or instruments and do and perform any and all acts and things that may be appropriate and advisable and as counsel may advise in order to carry out the intent and purposes of all of the foregoing resolutions.

\* \* \* \* \* \* \* \* \*

The meeting was adjourned.

_____
Corporate Secretary

FES 8/7/2019 Special Meeting Record

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184036

App'x 070

0.7.588.167090

TIER 3 - 593995

Special Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio August 7, 2019

Exhibit A

2019 Compensation Levels (Dan Havelka)

(Attached.)

45/88

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184037

App'x 071

0.7.588.167090

TIER 3 - 593996

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio July 24, 2019

The Board of Directors of FirstEnergy Solutions Corp. (the "Company") met at the West Akron Campus, Akron, Ohio, on July 24, 2019 at 2:00 p.m., Eastern Time, after receiving written notice of the meeting.

The meeting was called to order by Mr. Donald R. Schneider, Chair.  Mr. Kevin T. Warvell, Corporate Secretary, recorded the minutes.

The following Directors participated:

> Mr. John C. Blickle
> Mr. James C. Boland (via Phone)
> Mr. Joseph M. Gingo
> Mr. John W. Judge
> Mr. Charles E. Sweet
> Mr. Raphael T. Wallander (via Phone)

constituting a quorum of the Board.

The following executives participated:

> Mr. Rick Giannantonio
> Mr. Kevin T. Warvell
> Mr. David Griffing
> Mr. Jay Bellingham
> Mr. Stephen Burnazian
> Mr. Ray Lieb
> Mr. Brian Farley
> Mr. Joel Bailey
> Mr. David Hamilton

The following representatives of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") participated:

> Mr. Scott Alberino (via Phone)
> Mrs. Lisa Beckerman (via Phone)
> Mr. Rick Burdick (via Phone)
> Mr. Brad Kahn (via Phone)

The following representative of Lazard Frères & Co. LLC ("Lazard") participated:

> Mr. Erik Overman (via Phone)

The following representatives of Alvarez & Marsal North America, LLC ("Alvarez") participated:

> Mr. Charles Moore
> Mr. Dave Jurgens

The following representative of Willkie Farr & Gallagher LLP ("Willkie") participated:

> Mr. Matt Feldman (via Phone)

The following representative of Honigman LLP participated:

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

**EH-GJ-0184038**

App'x 072

0.7.588.167090

TIER 3 - 593997

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio July 24, 2019

Mr. Joseph Sgroi (via Phone)

The following representatives of Ropes & Gray LLP participated:

Mr. Steve Moeller-Sally (via Phone)
Mr. Mark Somerstein (via Phone)

## 1. Board Matters

### A. Approval of the Minutes of the Regular Board of Directors' Meeting held on June 26, 2019

After discussion, upon motion duly made and seconded, the meeting minutes were unanimously adopted.

The Board then discussed the following matters:

### B. Approval of the Wholesale Purchases for 2020 - 2023

Mr. Warvell reviewed with the Board certain proposed wholesale purchases and responded to questions.

After discussion, upon motion duly made and seconded, the resolution was unanimously adopted.

**RESOLUTIONS OF
THE BOARD OF DIRECTORS (THE "BOARD") OF
FIRSTENERGY SOLUTIONS CORP. (THE "COMPANY")**

**Dated as of July 24, 2019**

**Approval of Wholesale Purchases**

WHEREAS, due to recent declines in market forward prices, management has recommended to the Board, and the Board has determined that it is advisable, to buy wholesale power at prices that are favorable to the contracted rates during the years 2020-2023;

WHEREAS, the Board must approve any wholesale electricity transactions more than 12 months into the future; and

WHEREAS, management has recommended that the Company purchase energy volumes in MISO, AD Hub, and West Hub, in each case, on the terms set forth on Exhibit A attached hereto (the "*Term Purchases*").

NOW THEREFORE BE IT:

RESOLVED, that the Board hereby determines that the Term Purchases are advisable and in the best interests of the Company;

RESOLVED FURTHER, that the Board hereby approves the Term Purchases and the entering into, execution and delivery of, such contracts, agreements, and other instruments in connection therewith (the "*Energy Agreements*") and the performance by the Company and/or its subsidiaries of its obligations thereunder on such terms with such changes as the Proper Officers (defined below) deem advisable;

Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184039

App'x 073

0.7.588.167090

TIER 3 - 593998

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio July 24, 2019

RESOLVED FURTHER, that the "***Proper Officers***" referenced in these resolutions shall be the Chairman of the Board, the President, any Vice President, the Chief Financial Officer, the Treasurer and the Corporate Secretary of the Company;

RESOLVED FURTHER, that any Proper Officer be, and each of them individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to effectuate the Term Purchases and to negotiate, approve, execute and deliver, and to cause the Company and/or its subsidiaries to perform its obligations under, one or more Energy Agreements, in each case in such forms as the Proper Officer deems appropriate and advisable and as counsel may advise consistent with these resolutions and the execution by any Proper Officer of such documents and letters or the doing by them of any act in connection with the foregoing matters shall conclusively establish their authority therefor from the Company and/or its subsidiaries and the approval and ratification by the Company and/or its subsidiaries of the documents and letters so executed and the action so taken;

RESOLVED FURTHER, that any Proper Officer be, and each of them individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and deliver any such other documents, letters or instruments and do and perform any and all acts and things that may be appropriate and advisable and as counsel may advise in order to carry out the intent and purposes of all of the foregoing resolutions;

RESOLVED FURTHER, that each of the lawful acts of any Proper Officer taken prior to the date hereof in connection with the transactions contemplated by the foregoing resolutions is hereby ratified, approved, adopted and confirmed as if each such act had been presented to and approved by the Board prior to being taken; and

RESOLVED FURTHER, that the Corporate Secretary and any other Proper Officer of the Company are, and each individually hereby is, authorized, empowered and directed to certify and furnish such copies of these resolutions and such statements as to the incumbency of the Company's officers, under corporate seal if necessary, as may be requested, and any person receiving such certified copy is and shall be authorized to rely upon the contents thereof.

\* \* \* \* \* \* \* \* \*

## 2. Presentations

### A. Update on Regulatory Affairs

Mr. Griffing updated the Board on the approval of House Bill 6. Mr. Judge explained how credits are earned and that the Company would begin receiving the cash commencing in the year 2021. He explained that we would be assembling an anti-referendum team to oppose a potential referendum campaign on House Bill 6. Mr. Giannantonio explained the legal issues as to how a referendum initiative works. Mr. Judge laid out the Company's position and strategy on an anti-referendum campaign. Mr. Giannantonio answered questions on other legal challenges that could arise from opponents to House Bill 6.

Mr. Griffing updated the Board on the status of nuclear legislation in Pennsylvania and indicated that his team would be evaluating next steps.

Mr. Bailey left the meeting.

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184040

App'x 074

0.7.588.167090

TIER 3 - 593999

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio July 24, 2019

**B.** **Update on June Operational and Financial Results**

Mr. Hamilton reviewed the nuclear operational and financial results for May. Mr. Bellingham then reviewed the operational and financial results of the fossil organization. Mr. Farley updated the Board on the retail business. Mr. Warvell updated the Board on the consolidated financials, the collateral position and the cash forecast for consolidated FES. All three gentlemen responded to questions.

**C.** **Update on Bankruptcy and Disclosure**

Mr. Moore updated the Board stating expert reports were presented to the court on July 12th. Objecting parties to the plan are the government and environmental agencies. Rebuttal reports were filed today. A plan supplement was filed by the Company on July 23rd. August 2nd is the voting deadline for all the creditors and the objection deadline for all parties. Depositions will be held over the next two weeks. The advisors are having discussions with OVEC and Maryland Solar. The advisors believe they have a deal with these two parties to resolve their objections. The rail companies allowed claim will be higher than what was in the recovery claims model. A term sheet was presented to the agencies working with the Department of Justice and rescinding the deactivation notices will help these negotiations. The Company and advisors have been engaged in negotiations and have reached a framework agreement with the plants except Beaver Valley and Perry but anticipate that this will be resolved by August 2nd. Mr. Moore explained how the passing of House Bill 6 would or would not impact the bankruptcy process. He explained why no filings would be needed at this time. Various stakeholders could question the valuation of the Plan of Reorganization but key creditor advisors do not see a need to re-allocate the consideration in the Restructuring Settlement Agreement among the stakeholders. Mr. Moore reviewed the supplemental presentation with the Board. He explained the timing with all the items involved and the relationship of the capacity auction timing. Mr. Judge reaffirmed to the Board that the forecast for the Sammis Plant does not contemplate potential positive cash flow opportunities currently being explored by the Company's management team, including reducing coal costs, improving operating reliability and associated unit dispatch costs and further reductions in cost structure, which management believes will be enough to address any forecasted negative cash flows. Therefore, rescinding the deactivation notice is appropriate for Sammis Units 5-7, and this does not foreclose deactivating in the future if cash flows do not support operations. Mr. Moore and Mr. Judge responded to various questions from the Board.

**3. Executive Session**

An Executive Session of the Board Members was held.

The meeting was adjourned.

_____
Corporate Secretary

FES 7/24/2019 Meeting Record

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184041

App'x 075

0.7.588.167090

TIER 3 - 594000

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio July 24, 2019

Exhibit A

Term Power Purchases

(Attached.)

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184042

App'x 076

0.7.588.167090

TIER 3 - 594001

Special Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio August 7, 2019

The Board of Directors of FirstEnergy Solutions Corp. (the "Company") held a Special Board Call, on August 7, 2019 at 8:30 a.m., Eastern Time, after receiving written notice of the meeting.

The meeting was called to order by Mr. Donald R. Schneider, Chair.  Mr. Kevin T. Warvell, Corporate Secretary, recorded the minutes.

The following Directors participated:

> Mr. John C. Blickle (via Phone)
> Mr. James C. Boland (via Phone)
> Mr. John W. Judge (via Phone)

constituting a quorum of the Board.

The following executives participated:

> Mr. Rick Giannantonio (via Phone)
> Mr. Kevin T. Warvell (via Phone)
> Mr. David Griffing (via Phone)
> Mr. Stephen Burnazian (via Phone)

The following representatives of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") participated:

> Mr. Scott Alberino (via Phone)
> Mrs. Lisa Beckerman (via Phone)
> Mr. Rick Burdick (via Phone)

## 1. Board Matters

### A. <u>Approval of the Expenditures for House Bill 6 Voter Education</u>

Mr. Judge reviewed the need for expenditures to educate voters on House Bill 6. He explained how the money will be used.

After discussion, upon motion duly made and seconded, the resolution was unanimously adopted by the Board members present and Mr. Gingo emailed his approval of the resolution.

<div align="center">

**RESOLUTIONS OF
THE BOARD OF DIRECTORS (THE "BOARD") OF
FIRSTENERGY SOLUTIONS CORP. (THE "COMPANY")**

**Dated as of August 7, 2019**

**<u>Approval of Expenditures for House Bill 6 Voter Education Initiatives</u>**

</div>

WHEREAS, on July 23, 2019, the Ohio State Legislature passed, and the Ohio Governor signed into law, House Bill 6 ("*HB6*"), which provides for, among other things, payments to the owners of electric generating facilities in the state of Ohio fueled by nuclear power, including the Davis-Besse Nuclear Power Station and the Perry Nuclear Power Plant; and

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

App'x 077

EH-GJ-0184043

0.7.588.167090

TIER 3 - 594002

Special Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio August 7, 2019

WHEREAS, the Board proposes to make various expenditures in order to educate Ohio voters on issues related to HB6 in order to increase public support for HB6 (collectively, the "*HB6 Expenditures*") in an aggregate amount not to exceed $25,000,000 (the "*Spend Cap*").

NOW THEREFORE BE IT:

RESOLVED, that the Board hereby determines that it is advisable and in the best interests of the Company to make the HB6 Expenditures up to the Spend Cap;

RESOLVED FURTHER, that the Board hereby approves and authorizes the Company's making of the HB6 Expenditures up to the Spend Cap in a manner to be determined at the discretion of the Proper Officers;

RESOLVED FURTHER, that the "*Proper Officers*" referenced in these resolutions shall be the Chairman of the Board, the Chief Executive Officer, the President, any Vice President, the Chief Financial Officer, the Chief Risk Officer, the Treasurer and the Corporate Secretary of the Company;

RESOLVED FURTHER, that any Proper Officer be, and each of them individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and deliver any such other documents, letters or instruments and do and perform any and all acts and things that may be appropriate and advisable and as counsel may advise in order to carry out the intent and purposes of all of the foregoing resolutions;

RESOLVED FURTHER, that each of the lawful acts of any Proper Officer taken prior to the date hereof in connection with the transactions contemplated by the foregoing resolutions is hereby ratified, approved, adopted and confirmed as if each such act had been presented to and approved by the Board prior to being taken; and

RESOLVED FURTHER, that the Corporate Secretary and any other Proper Officer of the Company are, and each individually hereby is, authorized, empowered and directed to certify and furnish such copies of these resolutions and such statements as to the incumbency of the Company's officers, under corporate seal if necessary, as may be requested, and any person receiving such certified copy is and shall be authorized to rely upon the contents thereof.

* * * * * * * * *

**B.** **Approval of Hiring Chief Information Officer and 2019 Compensation**

Mr. Judge reviewed the hiring of the Chief Information Officer and his qualifications and experience. He explained the hiring criteria that were used during the hiring process. Mr. Judge then reviewed the compensation for the position.

After discussion, upon motion duly made and seconded, the resolution was unanimously adopted by the Board members present and Mr. Gingo emailed his approval of the resolution.

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184044

App'x 078

0.7.588.167090

TIER 3 - 594003

Special Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio August 7, 2019

**RESOLUTIONS OF
THE BOARD OF DIRECTORS (THE "BOARD") OF
FIRSTENERGY SOLUTIONS CORP. (THE "COMPANY")**

**August 7, 2019**

**Chief Information Officer – Hiring and 2019 Compensation**

WHEREAS, the Board has determined that it is advisable and in the best interests of the Company to hire Dan Havelka as Chief Information Officer of the Company;

WHEREAS, the Board previously reviewed and considered the executive compensation analysis report prepared for the Board by Alvarez & Marsal (the "***Report***"); and

WHEREAS, based on the comparative analysis and other data set forth in the Report, Alvarez & Marsal has recommended to the Board that the 2019 base salary and 2019 Annual Incentive Plan (AIP) target percentage for Mr. Havelka be set at the levels set forth on Exhibit A attached hereto (the "***2019 Compensation Levels***").

NOW THEREFORE BE IT:

RESOLVED, that the hiring of Dan Havelka as Chief Information Officer of the Company be and hereby is approved and adopted in all respects;

RESOLVED FURTHER, that the 2019 Compensation Levels for Mr. Havelka be and hereby are approved and adopted in all respects;

RESOLVED FURTHER, that the "***Proper Officers***" referenced in these resolutions shall be the Chairman of the Board, the President, any Vice President, the Chief Risk Officer, the Chief Financial Officer, the Treasurer and the Corporate Secretary of the Company; and

RESOLVED FURTHER, that the Proper Officers be, and each of them individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and deliver any such other documents, letters or instruments and do and perform any and all acts and things that may be appropriate and advisable and as counsel may advise in order to carry out the intent and purposes of all of the foregoing resolutions.

\* \* \* \* \* \* \* \* \*

The meeting was adjourned.

_____
Corporate Secretary

FES 8/7/2019 Special Meeting Record

Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184045

App'x 079

0.7.588.167090

TIER 3 - 594004

Special Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio August 7, 2019

Exhibit A

2019 Compensation Levels (Dan Havelka)

(Attached.)

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184046

App'x 080

0.7.588.167090

TIER 3 - 594005

*For Professional Eyes Only*
*Subject to FRE 408 and Related Privileges*





# Monthly Reporting
## *July 2019*

### *Subject to Confidentiality Agreements*
#### *For Discussion Purposes Only*

Issued August 22, 2019

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184047

0.7.588.167090

App'x 081

TIER 3 - 594006

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Limitations of Report / Disclaimers

**Disclaimer**

The information herein has been prepared by Lazard Frères & Co., LLC ("Lazard"), Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), and Alvarez & Marsal North America, LLC ("Alvarez & Marsal") based upon information supplied by FirstEnergy Solutions Corp. ("FES" or the "Company"), and portions of the information herein may be based upon certain statements, estimates and projections provided by the Company with respect to the anticipated future performance of the Company.  We have relied upon the accuracy and completeness of the forgoing information, and have not assumed any responsibility for any independent verification of such information or any independent valuation or appraisal of any of the assets or liabilities of the Company, or any other entity, or concerning solvency or fair value of the Company or any other entity.  With respect to financial projections, we have assumed that they have been reasonably prepared in good faith on bases reflecting the best currently available estimates and judgements of management of the Company as to the future financial performance of the Company.  We assume no responsibility for and express no view as to such projections or the assumptions on which they are based.  The information set forth herein is based upon economic, monetary, market and other conditions as in effect on, and the information made available to us as of, the date hereof, unless indicated otherwise.  These materials and the information contained herein are confidential and may not be disclosed publicly or made available to third parties without the prior written consent of Lazard, Akin Gump and Alvarez & Marsal.  These materials are preliminary and summary in nature and do not include all of the information that parties should evaluate in considering a possible transaction.  Nothing herein shall constitute a commitment or undertaking on the part of Lazard, Akin Gump, Alvarez & Marsal or any related party to provide any service.  Lazard is acting as investment banker to the Company and Alvarez & Marsal is acting as financial advisor to the Company, and will not be responsible for and will not provide any tax, accounting, actuarial, legal or other specialist advice.



July 2019

2

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184048

App'x 082

0.7.588.167090

TIER 3 - 594007

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Table of Contents

- ❑ **Operations / Business Unit Financial Results**
  - – Nuclear
  - – Fossil
  - – Retail

- ❑ **Consolidated Financial Results**
  - – Consolidated Income Statement
  - – Collateral

- ❑ **Liquidity**

- ❑ **Current Events**
  - – Highlights
  - – Select Upcoming Motions
  - – Bankruptcy Timeline

- ❑ **Appendix**

**FirstEnergy** Solutions

57/88

July 2019

3

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184049

App'x 083

0.7.588.167090

TIER 3 - 594008

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Definitions

| Acronym | Term | Acronym | Term | Acronym | Term |
|---------|------|---------|------|---------|------|
| AES | Allegheny Energy Supply Company, LLC | FEV | FirstEnergy Ventures Corp. | NDC | Net Demonstrated Capacity |
| ATC | Around the Clock | FG | FirstEnergy Generation, LLC | NDT | Nuclear Decommissioning Trust |
| ATSI | American Transmission Systems Inc. | FGMU1 | FirstEnergy Generation Mansfield Unit 1 Corp. | NG | FirstEnergy Nuclear Generation, LLC |
| BRA | Base Residual Auction | FMB | First Mortgage Bond | NRC | U.S. Nuclear Regulatory Commission |
| DOE | U.S. Department of Energy | INPO | Institute of Nuclear Power Operations | OVEC | Ohio Valley Electric Corporation |
| DS | Disclosure Statement | KWh | Kilowatt-hour | PJM | PJM Interconnection, L.L.C. |
| EFOR | Equivalent Forced Outage Rate | LBR | Little Blue Run | POLR | Provider of Last Resort |
| EPA | U.S. Environmental Protection Agency | LMP | Locational Marginal Price | POR | Plan of Reorganization |
| FE | FirstEnergy Corp. | MATS | Mercury and Air Toxics Standards | REC | Renewable Energy Credit |
| FENOC | FirstEnergy Nuclear Operating Company | MISO | Midcontinent Independent System Operator, Inc. | RPM | Reliability Pricing Model (PJM Capacity) |
| FERC | Federal Energy Regulatory Commission | MW | Megawatt | RTO | Regional Transmission Organization |
| FES | FirstEnergy Solutions Corp. | MWd | Megawatt-day | TWh | Terawatt-hour |
| FESC | FirstEnergy Service Company | MWh | Megawatt-hour | ZEN | Zero Emission Nuclear Credits |

Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184050

App'x 084

0.7.588.167090

TIER 3 - 594009

# Nuclear



For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges

July 2019    5

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184051

App'x 085

0.7.588.167090

TIER 3 - 594010

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Nuclear | Safety



| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| '18 YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.20 | 0.18 | 0.17 |
| '19 YTD | 0.51 | 0.53 | 0.65 | 0.49 | 0.50 | 0.43 | 0.38 | | | | | |
| '19 Target | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 |

## Highlights

❑ Nuclear operations had no incidents in July 2019

❑ For year-to-date 2019, nuclear operations had five incidents, resulting in a OSHA incident rate of 0.38, which is unfavorable to the target of 0.19

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184052

App'x 086

0.7.588.167090    TIER 3 - 594011

For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only

# Nuclear | Operations (Disclosure Statement)

| Nuclear Business Unit | Beaver Valley Unit 1 | Beaver Valley Unit 2 | Davis-Besse | Perry |
|---|---|---|---|---|
| **MTD July** | | | | |
| **Actuals** | | | | |
| Unit capability factor | 100% | 100% | 100% | 86% |
| Capacity factor | 96% | 97% | 99% | 83% |
| Online reliability factor | 0% | 0% | 0% | 14% |
| INPO index | 92.5 | 100.0 | 100.0 | 88.3 |
| **Disclosure Statement Forecast** | | | | |
| Unit capability factor | 97% | 97% | 97% | 96% |
| Capacity factor | 93% | 93% | 95% | 94% |
| Online reliability factor | 2% | 2% | 2% | 2% |
| INPO index | 92.5 | 100.0 | 100.0 | 99.7 |
| **Variance (+ Fav / - Unfav)** | | | | |
| Unit capability factor | 3% | 3% | 3% | (10%) |
| Capacity factor | 4% | 4% | 5% | (12%) |
| Online reliability factor | 2% | 2% | 2% | (12%) |
| INPO index | 0.0 | 0.0 | 0.0 | (11.4) |
| **YTD July** | | | | |
| **YTD Actuals** | | | | |
| Unit capability factor | 99% | 100% | 99% | 81% |
| Capacity factor | 98% | 96% | 99% | 84% |
| Online reliability factor | 0% | 0% | 1% | 6% |
| INPO index | 92.5 | 100.0 | 100.0 | 88.3 |
| Headcount[1] | 339 | 339 | 593 | 624 |
| **YTD Disclosure Statement Forecast** | | | | |
| Unit capability factor | 96% | 96% | 96% | 82% |
| Capacity factor | 94% | 94% | 95% | 76% |
| Online reliability factor | 2% | 2% | 2% | 2% |
| INPO index | 92.5 | 100.0 | 100.0 | 99.7 |
| Headcount | 359 | 359 | 618 | 661 |
| **YTD Variance (+ Fav / - Unfav)** | | | | |
| Unit capability factor | 4% | 4% | 2% | (1%) |
| Capacity factor | 4% | 4% | 4% | 8% |
| Online reliability factor | 2% | 2% | 1% | (4%) |
| INPO index | 0.0 | 0.0 | 0.0 | (11.4) |
| Headcount | 20 | 20 | 25 | 37 |

**Definitions**

**Unit capability factor** - The ratio of actual energy produced to maximum energy the unit is capable of generating. Items considered to be outside the control of plant management are not considered in determination of losses. Plants with a high unit capability are successful in reducing unplanned outages and improving planned outages.

**Online reliability factor** - Measures the generation losses between refueling outages minus generation losses from pre-determined activities required by plant design.

**INPO index** - Calculated using 10 operating / safety metrics, including unit capability and online reliability.

## Highlights

☐ Perry metrics were unfavorable for July and year-to-date as the unit was taken off line from July 27- August 6 due to a turbine trip, in addition to the station being taken offline for six days in June related to a valve leak

☐ Perry's INPO index metrics were unfavorable to forecast due to the unplanned outages in June and July; and higher than forecast dose rates and safety incidents compared to forecast

☐ Unit capability and capacity factor metrics for Beaver Valley Unit 1, Beaver Valley Unit 2, and Davis-Besse were favorable to forecast due to fewer planned and unplanned losses

## Refueling Cycles

☐ Beaver Valley Unit 1
  – 2019: October / November
  – 2021: April / May **(not in the forecast)**

☐ Beaver Valley Unit 2
  – 2020: April / May
  – 2021: October / November **(not in the forecast)**

☐ Davis-Besse
  – 2020: February / March **(not in the forecast)** – *authorized*
  – 2022: March / April **(not in the forecast)**

☐ Perry
  – 2021: March / April **(not in the forecast)**

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184053

App'x 087

0.7.588.167090

TIER 3 - 594012

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Nuclear | Financial Results (Disclosure Statement)

| Nuclear P&L<br>In $US Millions | Actual<br>MTD | DS<br>MTD | MTD<br>Var. to<br>Actual | Actual<br>YTD | DS<br>YTD | YTD<br>Var. to<br>Actual |
|---|---|---|---|---|---|---|
| **July-19** | | | | | | |
| Net Generation (TWh) | 2.8 | 2.8 | (0.0) | 18.7 | 18.3 | 0.5 |
| $ / MWH | $27.43 | $33.22 | ($5.79) | $26.82 | $33.92 | ($7.10) |
| **Revenues**[1] | | | | | | |
| Energy Revenue | $76.7 | $93.6 | ($17.0) | $502.3 | $619.3 | ($117.0) |
| Ancillary | 0.6 | 0.6 | 0.0 | 4.0 | 4.0 | - |
| Capacity | 10.4 | 10.2 | 0.2 | 109.0 | 108.6 | 0.4 |
| **Total Plant Revenue** | $87.6 | $104.4 | ($16.7) | $615.3 | $731.9 | ($116.6) |
| **Cost of Revenues** | | | | | | |
| Nuclear Fuel Expense | 2.5 | 0.5 | (2.0) | 32.3 | 20.9 | (11.4) |
| **Total Variable Costs** | $2.5 | $0.5 | ($2.0) | $32.3 | $20.9 | ($11.4) |
| **Variable Margin** | $85.2 | $103.9 | ($18.7) | $583.0 | $711.0 | ($128.0) |
| **Operations & Maintenance** | | | | | | |
| Labor & Benefits | 22.5 | 24.2 | 1.7 | 173.6 | 183.2 | 9.6 |
| Non-Outage OTL | 11.6 | 10.9 | (0.7) | 68.7 | 72.8 | 4.0 |
| Planned Outage OTL | (0.0) | 0.4 | 0.4 | 29.3 | 36.2 | 6.9 |
| S&E Assessments to Capital | (0.9) | (0.7) | 0.2 | (6.4) | (6.4) | 0.0 |
| Taxes (Property, B&O, etc.) | 1.3 | 1.5 | 0.2 | 8.8 | 10.4 | 1.6 |
| **Total Operations & Maintenance** | $34.4 | $36.3 | $1.9 | $274.0 | $296.2 | $22.2 |
| **Operating Margin** | $50.7 | $67.6 | ($16.8) | $309.0 | $414.7 | ($105.7) |
| FENOC Fleet Support | 13.6 | 12.2 | (1.4) | 67.2 | 79.6 | 12.4 |
| **EBITDA** | $37.1 | $55.3 | ($18.2) | $241.8 | $335.1 | ($93.3) |
| +/(-) Capital Expenditures | (2.8) | (5.0) | 2.2 | (53.4) | (70.3) | 16.8 |
| +/(-) KERP Cash Flow | 3.6 | 3.5 | 0.0 | 6.1 | 9.2 | (3.1) |
| **Free Cash Flow**[2] | $37.9 | $53.9 | ($16.0) | $194.5 | $274.0 | ($79.6) |

## Highlights

□ **MTD:** Free cash flow was $16 million unfavorable primarily related to lower energy revenue due to unfavorable market prices (17% lower), Perry's unplanned turbine outage and timing of final fuel expense for the spring outage; partly offset by lower capital expenditures and lower O&M expense driven by timing of contractor services and lower head count

□ **YTD:** Free cash flow was $80 million unfavorable primarily related to lower energy revenue due to unfavorable market prices, partially offset by higher generation, lower O&M expense driven by lower headcount and outage related expenditures and lower capital expenditures



1. Based on revenue recognized by sales to PJM, net intercompany power supply agreements
2. Represents an accrual based free cash flow that does not include shared service costs

62/88

July 2019

8

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

App'x 088

EH-GJ-0184054

0.7.588.167090

TIER 3 - 594013

# Fossil


For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges
July 2019    9

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184055

App'x 089

0.7.588.167090

TIER 3 - 594014

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Fossil | Safety



| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| '18 YTD | 2.37 | 1.27 | 0.84 | 1.62 | 1.29 | 1.09 | 0.94 | 0.85 | 0.98 | 0.89 | 0.82 | 0.77 |
| '19 YTD | 0.00 | 1.05 | 0.72 | 0.55 | 0.45 | 0.40 | 0.70 | | | | | |
| '19 Target | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 |

## Highlights

❑ Fossil operations had one incident in July 2019, where an employee at Sammis 7 experienced a muscle tear while closing a valve

❑ For year-to-date 2019, fossil operations has experienced two incidents resulting in an OSHA incident rate of 0.70, which is unfavorable to the target of 0.58

FirstEnergy Solutions

July 2019     10

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184056

App'x 090

0.7.588.167090

TIER 3 - 594015

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Fossil | Operations (Disclosure Statement)

| Fossil Business Unit | Mansfield Unit 3 | Sammis Units 5 - 7 |
|---|---|---|
| **MTD July** | | |
| **July Actuals** | | |
| Capacity factor | 4% | 48% |
| Fuel Coal Inventory Days[1] | 21 | 48 |
| **July Disclosure Statement Forecast** | | |
| Capacity factor | 63% | 63% |
| Fuel Coal Inventory Days[1] | 24 | 14 |
| **July Variance (+ Fav / - Unfav)** | | |
| Capacity factor | (59%) | (15%) |
| Fuel Coal Inventory Days[1] | 3 | (34) |
| **YTD July** | | |
| **YTD Actuals** | | |
| Capacity factor | 10% | 35% |
| Headcount | 163 | 213 |
| **YTD Disclosure Statement Forecast** | | |
| Capacity factor | 68% | 66% |
| Headcount | 139 | 192 |
| **YTD Variance (+ Fav / - Unfav)** | | |
| Capacity factor | (58%) | (31%) |
| Headcount | (24) | (21) |

## Definitions

**Capacity factor** - The ratio of actual energy produced to maximum energy the unit is capable of generating.

### Highlights – MTD

- **Mansfield Unit 3** was unfavorable primarily due to economic dispatch for the majority of the period given lower market prices. In addition, Mansfield Unit 3 was on reserve status for the majority of the period.
- **Sammis Units 5-7** was unfavorable primarily due to economic dispatch, in addition, there were several forced outages due to boiler tube leaks on all three units.

### Highlights – YTD

- **Mansfield Unit 3:** lower YTD capacity factor is primarily due to economic dispatch due to lower market prices, in addition to maintenance issues, such as belt repairs, air heater replacements, and boiler tube failures.
- **Sammis Units 5-7:** lower YTD capacity factor is primarily due to economic dispatch, in addition to maintenance issues related to boiler tube failures and absorbers.
- Headcount is unfavorable to forecast primarily related to timing of attrition.
- **On August 9, the Company notified PJM that Bruce Mansfield Unit 3 would deactivate in early November**



1. Operational measure reflects total volume of coal in the plants' coal yards as it relates to maximum NDC potential burn (does not include the value of coal in storage). Mansfield inventory days is based on the maximum NDC potential burn at Mansfield Unit 3 only.

July 2019          11

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

App'x 091

EH-GJ-0184057

0.7.588.167090

TIER 3 - 594016

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Fossil | Financial Results (Disclosure Statement)

| Fossil P&L[1] | July-19 | | | | | |
|---|---|---|---|---|---|---|
| In $US Millions | Actual MTD | DS MTD | MTD Var. to Actual | Actual YTD | DS YTD | YTD Var. to Actual |
| Net Generation (TWh) | 0.6 | 1.1 | (0.5) | 3.1 | 7.9 | (4.7) |
| $ / MWH | $28.55 | $33.62 | ($5.07) | $29.57 | $33.77 | ($4.20) |
| **Revenues[2]** | | | | | | |
| Energy Revenue | $17.9 | $36.7 | ($18.8) | $93.0 | $265.7 | ($172.7) |
| Ancillary | 0.6 | 0.7 | (0.1) | 4.2 | 4.8 | (0.6) |
| Capacity | 9.2 | 10.7 | (1.5) | 106.7 | 116.4 | (9.7) |
| Total Plant Revenue | $27.7 | $48.1 | ($20.4) | $203.9 | $386.9 | ($183.0) |
| **Cost of Revenues** | | | | | | |
| Coal | 12.9 | 20.0 | 7.1 | 73.1 | 139.8 | 66.7 |
| Fuel Handling | 1.7 | 1.8 | 0.1 | 14.7 | 12.5 | (2.2) |
| Reagents | 4.7 | 5.4 | 0.7 | 25.1 | 43.6 | 18.5 |
| Total Variable Costs | $19.2 | $27.1 | $7.9 | $112.8 | $195.8 | $83.0 |
| Variable Margin | $8.5 | $21.0 | ($12.5) | $91.1 | $191.0 | ($100.0) |
| **Operations & Maintenance** | | | | | | |
| Labor & Benefits | 2.8 | 3.6 | 0.9 | 28.4 | 25.3 | (3.2) |
| Non-Outage OTL | 2.7 | 4.1 | 1.4 | 28.9 | 28.8 | (0.1) |
| Planned Outage OTL | 0.0 | - | (0.0) | 2.3 | - | (2.3) |
| S&E Assessments to Capital | (0.1) | (0.0) | 0.0 | (0.5) | (0.3) | 0.2 |
| Taxes (Property, B&O, etc.) | 0.6 | 0.5 | (0.1) | 3.7 | 3.6 | (0.1) |
| Total Operations & Maintenance | $6.1 | $8.2 | $2.2 | $62.9 | $57.4 | ($5.5) |
| Operating Margin | $2.4 | $12.8 | ($10.4) | $28.2 | $133.6 | ($105.4) |
| Fossil Fleet Support | 1.8 | 0.7 | (1.0) | 10.1 | 16.7 | 6.6 |
| Severance | 1.3 | 4.6 | 3.3 | 15.4 | 9.6 | (5.8) |
| EBITDA | ($0.6) | $7.5 | ($8.1) | $2.8 | $107.3 | ($104.5) |
| +/(-) Capital Expenditures | (1.1) | - | (1.1) | (14.3) | - | (14.3) |
| +/(-) KERP Cash Flow | - | - | - | - | - | - |
| Free Cash Flow[3] | ($1.7) | $7.5 | ($9.2) | ($11.5) | $107.3 | ($118.8) |

## Highlights

☐ **MTD:** Free cash flow was $9 million unfavorable primarily related to lower energy revenue due to unfavorable market prices (15% lower) and lower generation; partially offset by the timing of severance and contractor fees and lower coal and reagent usage

☐ **YTD:** Free cash flow was $119 million unfavorable primarily related to lower energy revenue due to unfavorable market prices, lower generation, timing of severance payments, and unfavorable O&M and capital expenditures due to forced outages and the pull ahead of planned outage activities at Mansfield and Sammis scheduled for the fall 2019; partially offset by favorable fleet support expense and lower coal and reagent usage



1 Represents P&L for Bruce Mansfield and Sammis Units
2 Based on revenue recognized by sales to PJM, not intercompany power supply agreements
3 Represents an accrual based free cash flow that does not include shared service costs

66/88

July 2019   12

Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184058

0.7.588.167090

App'x 092

TIER 3 - 594017

Case: 23-3565   Document: 23   Filed: 02/26/2024   Page: 95

# Retail



For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges

July 2019        13

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184059

App'x 093

0.7.588.167090

TIER 3 - 594018

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Retail | Financial Results (Disclosure Statement)

| Retail P&L | | | July-19 | | | |
|---|---|---|---|---|---|---|
| | Actual | DS | MTD Var. to | Actual | DS | YTD Var. to |
| In $US Millions | MTD | MTD | Actual | YTD | YTD | Actual |
| **Retail TWH Sold** | **2.6** | **2.3** | **0.3** | **16.8** | **17.1** | **(0.4)** |
| **$ / MWH** | **$48.44** | **$49.37** | **($0.93)** | **$49.55** | **$49.78** | **($0.23)** |
| **Revenues** | | | | | | |
| LCI Revenue | $41.1 | $44.3 | **($3.2)** | $298.5 | $341.4 | **($42.9)** |
| MCI Revenue | 4.3 | 3.2 | **1.1** | 24.5 | 20.7 | **3.8** |
| GovAgg Revenue | 42.7 | 30.7 | **12.0** | 207.4 | 194.6 | **12.9** |
| Mass Market Revenue | 16.3 | 15.1 | **1.2** | 93.9 | 95.7 | **(1.8)** |
| Muni & Co-op Revenue | 4.3 | 3.6 | **0.7** | 25.4 | 23.0 | **2.4** |
| POLR Revenue - Associated Companies | 9.9 | 9.2 | **0.7** | 135.5 | 134.7 | **0.9** |
| POLR Revenue - External | 5.8 | 5.2 | **0.6** | 36.9 | 34.2 | **2.8** |
| Structured Physical Revenue | (0.1) | - | **(0.1)** | 9.2 | 9.0 | **0.3** |
| **Total Retail Revenue** | **$124.3** | **$111.2** | **$13.1** | **$831.4** | **$853.1** | **($21.8)** |
| **Variable Costs** | | | | | | |
| Purchased Power | 83.9 | 84.2 | **0.3** | 549.0 | 666.9 | **117.9** |
| Capacity Expense | 15.1 | 16.4 | **1.2** | 180.5 | 188.7 | **8.2** |
| **Total Variable Costs** | **$99.0** | **$100.6** | **$1.5** | **$729.5** | **$855.6** | **$126.1** |
| **Retail Variable Margin** | **$25.3** | **$10.6** | **$14.6** | **$101.9** | **($2.4)** | **$104.3** |
| **O&M and Other** | | | | | | |
| FES Retail O&M | 2.8 | 2.8 | **(0.1)** | 15.8 | 19.5 | **3.7** |
| Gross Receipt / CAT Tax | 1.6 | 2.1 | **0.5** | 10.7 | 13.3 | **2.5** |
| **Total O&M and Other** | **$4.4** | **$4.8** | **$0.5** | **$26.5** | **$32.8** | **$6.3** |
| **EBITDA** | **$20.9** | **$5.8** | **$15.1** | **$75.4** | **($35.2)** | **$110.6** |
| Capital Expenditures | - | (0.1) | **0.1** | - | (0.6) | **$0.6** |
| **Retail Cash Flow**[1] | **$20.9** | **$5.7** | **$15.2** | **$75.4** | **($35.8)** | **$111.2** |

**Highlights**

☐ **MTD:** Free cash flow was $15 million favorable primarily related to higher volume driven by weather and lower purchased power costs driven by lower spot market prices; partially offset by slightly lower realized contract pricing driven by customer mix

☐ **YTD:** Free cash flow was $111 million favorable primarily related to lower purchased power costs driven by lower spot market prices and favorable O&M expenses; partially offset by unfavorable retail volume and lower realized contract pricing driven by customer mix

☐ *The retail free cash flow for both the actual results and the Disclosure Statement forecast are based on market rates (i.e., purchased load from PJM)*

Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184060

App'x 094

0.7.588.167090

TIER 3 - 594019

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Retail | Committed Sales

| Units in TWhs | Committed Sales | | | | | | Variance | | |
|---|---|---|---|---|---|---|---|---|---|
| | As of August 7, 2019 | | | As of July 3, 2019 | | | | | |
| | FY 2019 | FY 2020 | FY 2021 | FY 2019 | FY 2020 | FY 2021 | FY 2019 | FY 2020 | FY 2021 |
| LCI | 11.4 | 8.5 | 6.4 | 11.4 | 8.2 | 6.1 | - | 0.3 | 0.3 |
| MCI | 0.8 | 0.0 | - | 0.8 | 0.0 | - | - | - | - |
| GovAgg | 6.7 | 5.6 | 2.8 | 6.5 | 5.4 | 2.5 | 0.2 | 0.2 | 0.3 |
| Mass Market | 2.5 | 1.9 | 0.5 | 2.5 | 1.8 | 0.5 | - | 0.1 | - |
| Muni & Co-op | 0.8 | 1.6 | 0.4 | 0.8 | 1.6 | 0.4 | - | - | - |
| POLR | 4.5 | 2.1 | 0.6 | 4.5 | 2.1 | 0.6 | - | - | - |
| Structured Physical | 0.2 | - | - | 0.2 | - | - | - | - | - |
| Wholesale Physical | - | - | - | - | - | - | - | - | - |
| Total | 27.0 | 19.6 | 10.7 | 26.7 | 19.1 | 10.0 | 0.2 | 0.6 | 0.6 |

## Highlights

❑ LCI increase primarily due to Plastipak Packaging

❑ Gov Agg increase due to community supplemental activity and renewals (Jackson Township, Clark County Communities, Franklin Township, Richland Township, Pease Township, Jefferson Township)

❑ Market Update / Near Term Focus

    – Majority of recent committed sales are for terms beyond 2021 as customers are taking advantage of the lower forward market prices

**Definitions**

**Large Commercial & Industrial ("LCI")** - Large C&I customers over 1,000 MWh of load with customized products and contracts to meet specific customer needs
**Medium Commercial & Industrial ("MCI")** - Medium sized C&I customers between 10 and 1,000 MWh of load with customized products and contracts to meet specific customer needs
**Governmental Aggregation ("Gov Agg")** - Buying group represents all members of the group consisting of residential and small C&I below 10 MWh of load with standardized contracts
**Provider of Last Resort ("POLR")** - "Slice of system" to provide for any customers not participating with a competitive REP using standardized contracts
**Municipalities and Cooperatives ("Muni & Co-op")** - Contracts with Munis and Co-ops for all participating residential and small C&I below 10 MWh of load with standardized contracts
**Mass Market ("MM")** - Campaign oriented channel offered to residential and small C&I below 10 MWh of load with standardized contracts
**Structured Physical** - Wholesale like transactions which contain customized terms, shapes, or options
**Wholesale Physical** - Block power transactions that are traded in standard sizes and easily obtainable in the market place



| | 69/88 | July 2019 | 15 |
|---|---|---|---|

**Confidential Treatment Requested Pursuant to**
    **FOIA and Fed. R. Crim. P. 6(e)**

App'x 095

EH-GJ-0184061

0.7.588.167090

TIER 3 - 594020

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Retail | FES Sales Position Report



**FES Open Position**

| 2019 [1] | TWhs | % |
|---|---|---|
| Supply | 20 | 100% |
| Committed | 10 | 50% |
| Open Spot | 10 | 50% |

| 2020 | TWhs | % |
|---|---|---|
| Supply | 47 | 100% |
| Committed | 20 | 42% |
| Open Spot | 27 | 58% |

| 2021 | TWhs | % |
|---|---|---|
| Supply | 30 | 100% |
| Committed | 11 | 36% |
| Open Spot | 19 | 64% |

**FirstEnergy** Solutions

1. TWH forecast for the period post 8/1/19
Committed sales as of 7/5/2019
Supply is based on the Disclosure Statement

70/88

July 2019      16

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

App'x 096

EH-GJ-0184062

0.7.588.167090

TIER 3 - 594021

# Consolidated Financial Results



For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184063

0.7.588.167090

App'x 097

TIER 3 - 594022

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges– For Discussion Purposes Only*

# Financial Results | Income Statement (Disclosure Statement)

| $ In Millions | Jul-19 | | | Jul-19 | | |
|---|---|---|---|---|---|---|
| | Actual[1] MTD | DS MTD | Variance | Actual[1] YTD | DS YTD | Variance |
| **Nuclear Generation (TWh)** | 2.8 | 2.8 | - | 18.7 | 18.3 | 0.5 |
| **Fossil Generation (TWh)** | 0.6 | 1.1 | (0.5) | 3.2 | 7.9 | (4.7) |
| Electric Retail | $104 | $93 | $11 | $624 | $652 | ($28) |
| Muni & CO-OP | 4 | 4 | 1 | 25 | 23 | 2 |
| POLR | 16 | 14 | 1 | 172 | 169 | 4 |
| Structured | 0 | - | 0 | 9 | 9 | (0) |
| **Total Segment Sales** | 124 | 111 | 13 | 831 | 853 | (22) |
| Wholesale | 27 | 56 | (29) | 170 | 325 | (155) |
| Capacity Revenue | 18 | 21 | (2) | 224 | 229 | (5) |
| **Total Sales and Revenues** | 170 | 188 | (18) | 1,225 | 1,407 | (182) |
| Fossil Fuel Expense | 19 | 27 | 8 | 112 | 196 | 83 |
| Nuclear Fuel Expense | 2 | 1 | (2) | 32 | 21 | (11) |
| Purchased Power | 10 | 3 | (7) | 43 | 19 | (24) |
| Other Variable Expenses | 25 | 22 | (2) | 249 | 266 | 17 |
| **Total Variable Costs** | 56 | 53 | (3) | 437 | 502 | 65 |
| **Total Variable Margin** | 114 | 135 | (21) | 788 | 906 | (117) |
| Other Revenue | (1) | (0) | 1 | (2) | 6 | 8 |
| Fossil O&M | 10 | 13 | 4 | 91 | 83 | (8) |
| Nuclear O&M | 47 | 47 | 0 | 332 | 365 | 33 |
| Restructuring Professional Fees | 9 | 9 | (1) | 79 | 80 | 1 |
| Pension / FES O&M | 9 | 8 | (2) | 91 | 96 | 5 |
| General Taxes | 3 | 4 | 1 | 25 | 29 | 4 |
| Shared Services Costs | 8 | 16 | 8 | 58 | 126 | 67 |
| **Adjusted EBITDA** | $29 | $38 | ($9) | $113 | $120 | ($7) |

## Adjusted EBITDA

- **MTD:** Adjusted EBITDA was $9 million unfavorable due to margin impact due to lower generation (economic dispatch of fossil units and unplanned Perry turbine outage), lower market prices; partially offset by increased retail sales volume driven by warmer weather, favorable fossil O&M expense, and favorable service company costs

- **YTD:** Adjusted EBITDA was $7 million unfavorable due to lower variable margin which was driven by lower market prices and lower retail sales volume; partially offset by lower service company costs from FESC, timing of shared service implementation costs, favorable nuclear generation, and lower nuclear O&M

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

App'x 098

EH-GJ-0184064

0.7.588.167090

TIER 3 - 594023

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Financial Results | Collateral

**Certain counterparties require FES to post collateral in order to hedge their market exposure with FES**

☐ Collateral outstanding as of July 31, 2019 was $80 million, a $4 million increase as compared to June 30, 2019

- Approximately ($4) million in posted collateral related to increased hedging activity with FC Stone and Morgan Stanley
- Approximately ($2) million in posted collateral related to higher exposure with PJM
- Approximately +$2 million in returned collateral due to due to lower exposure (Retail and Third-Party Supplier Agreements)

| FES Collateral ($ in Millions) | | Collateral Amount | | |
| Type | Counterparty | 7/31/19 | 6/30/19 | Variance |
|---|---|---|---|---|
| Energy Market Collateral (RTO) | PJM & MISO | $ 19 | $ 18 | $ 2 |
| Retail Supplier Agreements | Various | 35 | 36 | (2) |
| POLR Auction | Various | 7 | 7 | - |
| Third-Party Supplier Agreements | Various | 6 | 6 | 1 |
| Uranium Contract Requirements | Macquarie Energy | 3 | 3 | - |
| Renewables Agreements | Various | 2 | 2 | - |
| Vendor Deposits | Carmeuse Lime / NJ Natural Gas | 1 | 1 | - |
| Future Brokers Accounts | INTL FC Stone / Morgan Stanley | 7 | 3 | 4 |
| **Total** | | **$ 80** | **$ 75** | **$ 4** |

FirstEnergy Solutions

Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184065

App'x 099

0.7.588.167090

TIER 3 - 594024

# Liquidity

Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)



App'x 100

EH-GJ-0184066

0.7.588.167090

TIER 3 - 594025

*Privileged and Confidential – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges– For Discussion Purposes Only*

# Liquidity | Month of July 2019

*$'s in Millions*

| FES & FENOC July Activity | Amount |
|---|---:|
| **Monthly Summary:** | |
| Net Receipts | $ 139 |
| **Total Receipts** | **139** |
| Fuel (Coal / Reagents / Nuclear Fuel) | (15) |
| Purchased power | (13) |
| Payroll and Benefits | (34) |
| O&M Expense / Capex | (39) |
| Professional Fees | (20) |
| State & Local Taxes | (8) |
| **Total Operating Disbursements** | **(130)** |
| FE Service Company | (4) |
| **Total Affiliate & Restructuring Related** | **(4)** |
| **Unlevered Operating Cash Flow** | **4** |
| Cash Interest | 2 |
| Collateral, net | (7) |
| **Total Debt Service / Other** | **(6)** |
| **Levered Net Cash Flow** | **$ (2)** |
| Beginning Cash Balance | $ 1,066 |
| (+/-) Levered Net Cash Flow | (2) |
| **Ending Cash Balance** | **$ 1,064** |

## Highlights

- On a consolidated basis, net cash use of approximately $2 million for the period

- Net receipt activity includes retail receipts of $92 million, wholesale receipts of $7 million, affiliate POLR receipts of $7 million, and net PJM receipts of $31 million

- Payroll includes AIP quarterly payment of $2 million

- Collateral disbursement of $7 million related to US Steel retail contract

- Professional fee activity included approximately $6 million of spend related to prior interim fee holdback

- Adjusted July ending cash balance of $952 million[1], as compared to the projected cash balance of $985 million for the targeted emergence date or September 30, 2019, as reflected in the Disclosure Statement



1. *Reflects the actual ending cash balance less the benefit of the shared service credit of $113 million*

75/88

July 2019

21

**Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184067

App'x 101

0.7.588.167090

TIER 3 - 594026

*Privileged and Confidential – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Liquidity | Comparison of Cumulative Cash Flow to 13-Week Cash Flow Forecast (Prepared July 19, 2019)

| FES & FENOC Forecast to Actual Variance | Actual | Forecast | Variance |
|---|---|---|---|
| **Monthly Summary:** | | | |
| Net Receipts | $ 127 | $ 130 | $ (3) |
| **Total Receipts** | **$ 127** | **$ 130** | **$ (3)** |
| | | | |
| Fuel (Coal / Reagents / Nuclear Fuel) | (23) | (19) | (4) |
| Purchased power | (8) | (11) | 3 |
| Payroll and Benefits | (32) | (30) | (2) |
| O&M Expense / Capex | (37) | (39) | 2 |
| Professional Fees | (16) | (18) | 2 |
| State & Local Taxes | (1) | (5) | 4 |
| Pension | (3) | - | (3) |
| **Total Operating Disbursements** | **$ (120)** | **$ (121)** | **$ 1** |
| | | | |
| FE Service Company | (6) | (6) | 0 |
| NOL cash tax receipts | - | - | - |
| Critical Vendor, Lienholder, Other BK | - | - | - |
| **Total Affiliate & Restructuring Related** | **$ (6)** | **$ (6)** | **$ 0** |
| **Unlevered Operating Cash Flow** | **$ 1** | **$ 3** | **$ (2)** |
| | | | |
| Cash Interest | 2 | 2 | (0) |
| Collateral, net | (1) | (7) | 6 |
| **Total Debt Service / Other** | **$ 1** | **$ (5)** | **$ 6** |
| | | | |
| **Levered Net Cash Flow** | **$ 2** | **$ (2)** | **$ 4** |
| | | | |
| Beginning Cash Balance - WE 7/19 | $ 1,056 | $ 1,056 | $ 0 |
| (+/-) Levered Net Cash Flow | 2 | (2) | 4 |
| **Ending Cash Balance - WE 8/9** | **$ 1,058** | **$ 1,054** | **$ 4** |

**Variance for the 4-week period ended 8/9/19**

- ❑ **Favorable variance of $4 million for the 4-week period ended 8/9/19**

- ❑ Variance primarily related to the following:

  - *Net Receipts* – Unfavorable PJM and retail receipts variance primarily related lower generation

  - *Fuel* – Unfavorable fuel costs primarily related to reagents spend timing

  - *Purchased Power* – Favorable timing variance

  - *Pension* – Timing of EDCP and non-qualified plan payments

  - *Collateral, net* – Favorable timing variance of collateral postings related to new retail contracts

**FirstEnergy** Solutions

76/88

July 2019

22

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184068

App'x 102

0.7.588.167090

TIER 3 - 594027

*Privileged and Confidential – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Liquidity | 13-Week Cash Flow Forecast (Consolidated Forecast Prepared August 16, 2019)

## Receipts / Operating Disbursements

❑ PJM receipts updated based on latest load and generation forecasts

– Bruce Mansfield Unit 3 in must run mode in September and October to burn remaining coal inventory following decision on accelerated deactivation

– Forecast removes all forecasted activity related to the Pleasants station from the period

❑ Incorporates anticipated expenditures related to the HB6 referendum ($17.5 million)

❑ Incorporates impact of Bruce Mansfield Unit 3 shutdown on disbursements (O&M and Capital / Payroll)

❑ Forecast includes payments related to coal purchases and coal combustion residuals (CCR) activity from Consolidation Coal ($12 million in week 1)

## Affiliate Receipts / Other Disbursements

❑ Pension charges related to Q3 is included in week 7 of the forecast for $9 million

❑ Shared services payment of $11 million in week 5 of the forecast related to the July FESC shared service charges and run-rate shared service charges

## Restructuring Related

❑ Professional fee forecast includes $6 million of holdback fee payments in week 11 of forecast

❑ Forecast excludes restructuring related transactions

FirstEnergy
Solutions

July 2019

23

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184069

App'x 103

0.7.588.167090

TIER 3 - 594028

Privileged and Confidential – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only

# Liquidity | Consolidated Forecast Prepared August 16, 2019

| Week Number: | Week -4 | Week -3 | Week -2 | Prior Wk. | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For the Week Ending: | 7/19/19 | 7/26/19 | 8/2/19 | 8/9/19 | 8/16/19 | 8/23/19 | 8/30/19 | 9/6/19 | 9/13/19 | 9/20/19 | 9/27/19 | 10/4/19 | 10/11/19 | 10/18/19 | 10/25/19 | 11/1/19 | 11/8/19 | 13-Week |
| Actual / Forecast Period: | Actual | Actual | Actual | Actual | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Total |
| **Receipts:** | | | | | | | | | | | | | | | | | | |
| 1 Retail Receipts | $ 16 | $ 24 | $ 16 | $ 28 | $ 20 | $ 22 | $ 21 | $ 21 | $ 23 | $ 22 | $ 22 | $ 19 | $ 18 | $ 18 | $ 18 | $ 18 | $ 19 | $ 263 |
| 2 Wholesale Receipts | 2 | 5 | 0 | - | - | 8 | 2 | - | - | 4 | 1 | - | - | - | 3 | 1 | - | 19 |
| 3 PJM Activity, net | 6 | 7 | 8 | 7 | 1 | 5 | 7 | 7 | 6 | 10 | 10 | 11 | 10 | 11 | 11 | 9 | 8 | 105 |
| 4 Miscellaneous Receipts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 Asset Sales / Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 **Total Receipts** | 25 | 36 | 24 | 35 | 20 | 35 | 30 | 29 | 29 | 37 | 33 | 30 | 29 | 29 | 33 | 28 | 27 | 387 |
| **Operating Disbursements:** | | | | | | | | | | | | | | | | | | |
| 7 Fuel — Coal | (12) | (0) | - | (1) | (12) | (1) | (0) | (1) | (0) | (11) | (0) | (0) | (1) | (1) | (11) | (1) | (0) | (39) |
| 8 Fuel — Other (Reagents, etc.) | (0) | (0) | (0) | (0) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (15) |
| 9 Fuel — Nuclear | - | - | - | (8) | - | - | - | - | (4) | - | - | - | (18) | - | - | - | - | (22) |
| 10 Purchased Power | (3) | (2) | (2) | (1) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (25) |
| 11 Direct Payroll & Benefits | (2) | (16) | (1) | (14) | (7) | (13) | (2) | (11) | (2) | (12) | (2) | (13) | (3) | (11) | (4) | (11) | (3) | (95) |
| 12 O&M Expense/CapEx/Other Vendors | (6) | (12) | (8) | (11) | (8) | (8) | (10) | (11) | (16) | (13) | (16) | (14) | (15) | (13) | (13) | (13) | (13) | (164) |
| 13 Pension | - | - | - | (3) | - | - | - | - | - | - | (9) | - | - | - | - | - | - | (9) |
| 14 State & Local Taxes | (0) | (0) | (0) | (0) | (1) | (1) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (6) |
| 15 **Total Operating Disbursements** | (23) | (30) | (12) | (38) | (32) | (26) | (18) | (26) | (26) | (40) | (31) | (31) | (40) | (27) | (30) | (27) | (20) | (375) |
| **Affiliate Transactions, Net:** | | | | | | | | | | | | | | | | | | |
| 16 POLR revenue | 7 | - | - | - | - | 10 | - | - | - | - | 8 | - | - | - | 6 | - | - | 24 |
| 17 Service Company Billings | - | - | - | (5) | - | - | - | - | (11) | - | - | - | (11) | - | - | - | (12) | (34) |
| 18 GENCO Labor & O&M Allocation | (0) | (0) | (0) | (0) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 19 Miscellaneous Affiliate Receipts / Charges | (0) | 0 | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (1) |
| 20 FENOC Allocation | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 21 NOL Monetization | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 22 Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 23 **Total Affiliate Transactions, Net** | 7 | (0) | (0) | (6) | (0) | 10 | (0) | (0) | (11) | 8 | (0) | (0) | (11) | (0) | 6 | (0) | (13) | (11) |
| 24 **Unlevered Operating Cash Flow** | $ 8 | $ 5 | $ 12 | $ (9) | $ (12) | $ 18 | $ 12 | $ 3 | $ (8) | $ 5 | $ 2 | $ (2) | $ (22) | $ 2 | $ 9 | $ 1 | $ (5) | $ 2 |
| **Restructuring Related:** | | | | | | | | | | | | | | | | | | |
| 25 Professional Fees | (1) | (2) | (12) | (1) | (1) | (1) | (3) | (2) | (3) | (3) | (3) | (2) | (2) | (2) | (8) | (2) | (2) | (32) |
| 26 Critical Vendor Payments (Pre-petition) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 27 Utility Deposits | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 28 Settlement Considerations | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 29 **Total Restructuring Related** | (1) | (2) | (12) | (1) | (1) | (1) | (3) | (2) | (3) | (3) | (3) | (2) | (2) | (2) | (8) | (2) | (2) | (32) |
| 30 **Unlevered Operating FC, Less Restructuring** | $ 7 | $ 4 | $ (0) | $ (10) | $ (13) | $ 17 | $ 9 | $ 1 | $ (11) | $ 2 | $ (0) | $ (4) | $ (24) | $ 0 | $ 1 | $ (1) | $ (7) | $ (30) |
| **Debt Service:** | | | | | | | | | | | | | | | | | | |
| 31 Cash Interest | - | - | 2 | - | - | - | - | 2 | - | - | - | 2 | - | - | - | 2 | - | 6 |
| 32 Collateral, net | (1) | (0) | 0 | - | (1) | - | (1) | - | - | (2) | - | - | (1) | - | - | - | - | (6) |
| 33 Surety Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 34 **Total Debt Service Related** | (1) | (0) | 2 | - | (1) | - | (1) | 2 | - | (2) | - | 2 | (1) | - | - | 2 | - | 0 |
| 35 **Levered Net Cash Flow** | $ 7 | $ 4 | $ 2 | $ (10) | $ (14) | $ 17 | $ 8 | $ 3 | $ (11) | $ (0) | $ (0) | $ (2) | $ (24) | $ (1) | $ 1 | $ 1 | $ (7) | $ (29) |
| **Cash Balance:** | | | | | | | | | | | | | | | | | | |
| 36 Beginning Cash Balance | $ 1,056 | $ 1,062 | $ 1,066 | $ 1,068 | $ 1,058 | $ 1,044 | $ 1,062 | $ 1,069 | $ 1,072 | $ 1,062 | $ 1,061 | $ 1,061 | $ 1,059 | $ 1,035 | $ 1,034 | $ 1,035 | $ 1,036 | $ 1,058 |
| 37 (+/-) Levered Net Cash Flow | 7 | 4 | 2 | (10) | (14) | 17 | 8 | 3 | (11) | (0) | (0) | (2) | (24) | (1) | 1 | 1 | (7) | (29) |
| 38 **Ending Cash Balance** | $ 1,062 | $ 1,066 | $ 1,068 | $ 1,058 | $ 1,044 | $ 1,062 | $ 1,069 | $ 1,072 | $ 1,061 | $ 1,061 | $ 1,061 | $ 1,059 | $ 1,035 | $ 1,034 | $ 1,035 | $ 1,036 | $ 1,029 | $ 1,029 |



July 2019

24

Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184070

App'x 104

0.7.588.167090

TIER 3 - 594029

# Current Events


**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

App'x 105

EH-GJ-0184071

0.7.588.167090

TIER 3 - 594030

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Current Events | Highlights

**Legislative Support – State**

- ❑ Ohio
  - – The Ohio Clean Air Program (HB6) was signed by the governor, Mike Dewine, on July 23, and will generate roughly $150 million annually for the two nuclear units in Ohio.
  - – Numerous citizen groups, including the Ohioans Against Corporate Bailouts are petitioning to include a referendum on the Ohio ballot in November 2020 to repeal HB6.
  - – On August 12, Ohio Attorney General Dave Yost rejected a summary of petition language for a proposed ballot referendum to repeal HB6 for the state's two nuclear power plants.
  - – Upon adjusting petition language and getting approval from the Ohio Attorney General on that language, the group would need to collect 265,774 valid voter signatures from registered voters in at least half of Ohio's 88 counties. The group needs to obtain those signatures within 90 days of Governor DeWine signing HB6 into law (by October 21).

- ❑ Pennsylvania
  - – The "Alternative Energy Portfolio Standards Act" (HB11 / SB510) provides definitions for alternative energy portfolio standards, for portfolio requirements in other states, for health and safety standards and for interagency responsibilities; and providing for Tier III alternative energy sources and for capacity payments to alternative energy sources.
  - – FES and other PA nuclear operators have been meeting to discuss alternatives to the current bills stalled in the house and the senate.  The administration is still focused on PA joining the Regional Greenhouse Gas Initiative (RGGI).
  - – Additional meetings are being held with the administration and members of the house in August to refine our alternatives.

**FirstEnergy** Solutions

80/88

July 2019

26

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184072

App'x 106

0.7.588.167090

TIER 3 - 594031

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Current Events | Highlights (continued)

**OVEC / Renewable PPA Rejection Process**

☐ The appeals of the PPA rejections with respect to OVEC and Maryland Solar are presently before the Sixth Circuit Court of Appeals. Appellants filed opening briefs on February 26. The Company filed its responsive brief on April 29. Appellants' reply briefs were filed on May 20. Oral argument on the appeals took place on June 26. The matter has been taken under advisement. The timing of a ruling by the Sixth Circuit is unknown, but will likely take several months.

☐ Company and professionals have engaged in communications with OVEC in an attempt to consensually resolve the ongoing disputes, but at present, those discussions have not been fruitful. The Company's advisors continue to engage with advisors to the creditor constituencies to evaluate potential settlement paths with OVEC. The Company entered into a stipulation with OVEC to limit the scope of OVEC's confirmation objections, while leaving the appeal and rejection damages claim disputes unresolved.



| | | 81/88 | July 2019 | 27 |

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184073

App'x 107

TIER 3 - 594032

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Current Events | Bankruptcy Timeline

### <u>Upcoming</u>

**May 2019**

❑   May 20 – Disclosure Statement Approved by the Court

**July 2019**

❑   July 23 – Plan Supplement Filed with the Court

**August 2019**

❑   August 2 – Voting Deadline on the Plan / Objection Deadline on the Plan

❑   August 13 – Prime Clerk to file Voting Certification / Proposed Cure Amounts Deadline

❑   August 20 – Confirmation Hearing Commences

**Q4 2019**

❑   Target quarter for Plan Effective Date



**Confidential Treatment Requested Pursuant to**
  **FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184074

App'x 108

# Appendix



For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges

83/88                July 2019      29

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184075

App'x 109

0.7.588.167090                                                                    TIER 3 - 594034

For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges– For Discussion Purposes Only

# Appendix | Capex and O&M (Disclosure Statement)

In $Millions

| Capex and O&M | MTD July | MTD July | Variance | YTD July | YTD July | Variance |
|---|---|---|---|---|---|---|
| Nuclear | Actual | DS FCST | | Actual | DS FCST | |
| Beaver Valley | $1 | $2 | $1 | $13 | $18 | $4 |
| Davis-Besse | 1 | 2 | 1 | 11 | 18 | 8 |
| Perry | 1 | 1 | - | 30 | 34 | 5 |
| Total Capex | $3 | $5 | $2 | $53 | $70 | $17 |
| O&M | $47 | $47 | $0 | $332 | $365 | $33 |
| Nuclear Fuel | $2 | $1 | ($2) | $32 | $21 | ($11) |
| Fossil | Actual | DS FCST | | Actual | DS FCST | |
| Sammis | $1 | $0 | ($1) | $8 | $0 | ($8) |
| Mansfield | 0 | - | - | 7 | - | (7) |
| West Lorain | - | - | - | - | - | - |
| Little Blue Run | - | - | - | 0 | - | (0) |
| Total Capex | $1 | $0 | ($1) | $15 | $0 | ($15) |
| O&M | $10 | $13 | $4 | $91 | $83 | ($8) |

**Nuclear**

- ❏ **Capital Expenditures** – Favorable MTD variance related to fleet performance initiatives, and favorable YTD variances due to lower spend for fleet performance initiatives and Perry outage projects
- ❏ **Nuclear Fuel** – Unfavorable MTD and YTD variances due to timing of nuclear fuel purchases
- ❏ **O&M** – Favorable YTD variance due to lower labor and benefit costs, favorable nuclear liability insurance refund, and timing of fees and contractor services; offset by spend related to Ohio legislative efforts

**Fossil**

- ❏ **Capital Expenditure** – Unfavorable MTD due to non-outage projects not originally forecasted and YTD due to acceleration of Mansfield and Sammis planned outage projects originally planned for the fall
- ❏ **O&M** – Favorable MTD due to the timing of severance payments. Unfavorable YTD variance due to the acceleration of Mansfield and Sammis planned outage projects from fall 2019

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184076

App'x 110

0.7.588.167090

TIER 3 - 594035

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges– For Discussion Purposes Only*

# Appendix | Capex and O&M (Budget)

*In $Millions*

| Capex and O&M | MTD July | MTD July | Variance | YTD July | YTD July | Variance |
|---|---|---|---|---|---|---|
| Nuclear | Actual | Budget[1] | | Actual | Budget[1] | |
| Beaver Valley | $1 | $2 | $1 | $13 | $18 | $5 |
| Davis-Besse | 1 | 2 | 1 | 11 | 18 | 7 |
| Perry | 1 | 1 | 1 | 30 | 34 | 4 |
| Total Capex | $3 | $5 | $2 | $53 | $70 | $17 |
| O&M | $47 | $45 | ($1) | $332 | $352 | $20 |
| Nuclear Fuel | $2 | $1 | ($2) | $32 | $24 | ($8) |
| Fossil | Actual | Budget[1] | | Actual | Budget[1] | |
| Sammis | $1 | $1 | $0 | $8 | $4 | ($4) |
| Mansfield | 0 | - | - | 7 | 4 | (3) |
| West Lorain | - | - | - | - | 0 | 0 |
| Little Blue Run | - | - | - | 0 | 0 | (0) |
| Total Capex | $1 | $1 | ($1) | $15 | $8 | ($7) |
| O&M | $10 | $9 | $0 | $91 | $90 | ($1) |

**Nuclear**

☐ **Capital Expenditures** – Favorable MTD variance related to fleet performance initiatives, and favorable YTD variances due to lower spend for fleet performance initiatives and Perry outage projects

☐ **Nuclear Fuel** – Unfavorable MTD and YTD variances due to timing of nuclear fuel purchases

☐ **O&M** – Favorable YTD variance due to lower labor and benefit costs, favorable nuclear liability insurance refund, and timing of fees and contractor services; offset by spend related to Ohio legislative efforts

**Fossil**

☐ **Capital Expenditure** – Unfavorable MTD due to non-outage projects not originally forecasted and YTD due to acceleration of Mansfield and Sammis planned outage projects originally planned for the fall

☐ **O&M** – Unfavorable YTD variance due to the acceleration of Mansfield and Sammis planned outage projects from fall 2019

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**    EH-GJ-0184077

App'x 111

0.7.588.167090    TIER 3 - 594036

For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only

# Appendix | Financial Results, Pleasants Power Station

| $ in Millions | Jul-19 Actual MTD | Jul-19 FCST[1] MTD | Jul-19 Variance | Jul-19 Actual YTD | Jul-19 FCST[1] YTD | Jul-19 Variance |
|---|---|---|---|---|---|---|
| Net Generation (TWh) | 0.6 | 0.7 | (0.1) | 2.5 | 5.0 | (2.5) |
| $ / MWh | $ 30.09 | $ 36.18 | $ (6.09) | $ 30.92 | $ 35.59 | $ (4.67) |
| Energy Revenue[2] | $18.9 | $24.9 | ($6.0) | $78.4 | $178.2 | ($99.8) |
| Ancillary | (0.1) | 0.0 | (0.1) | (0.1) | 0.1 | (0.2) |
| Capacity, Net | 3.2 | 3.0 | 0.1 | 27.4 | 27.0 | 0.4 |
| Other | 0.1 | 0.0 | 0.1 | 0.9 | 0.2 | 0.7 |
| Total Revenue | 22.2 | 28.0 | (5.8) | 106.5 | 205.5 | (98.9) |
| Coal | (14.2) | (14.9) | 0.8 | (58.1) | (108.8) | 50.7 |
| Fuel Handling | (0.5) | (0.6) | 0.1 | (4.0) | (4.5) | 0.6 |
| Delivery | (0.9) | (0.6) | (0.3) | (3.1) | (4.6) | 1.5 |
| Other Variable Costs | (2.2) | (2.7) | 0.5 | (10.1) | (19.4) | 9.2 |
| Total Variable Costs | (17.8) | (18.8) | 1.0 | (75.2) | (137.2) | 62.0 |
| Variable Margin | 4.4 | 9.2 | (4.8) | 31.3 | 68.2 | (36.9) |
| Labor & Benefits | (1.5) | (1.4) | (0.1) | (10.6) | (10.7) | 0.1 |
| Property Taxes | (0.1) | (1.2) | 1.1 | (8.9) | (8.5) | (0.4) |
| OTL | (1.4) | (2.1) | 0.7 | (10.1) | (13.7) | 3.6 |
| EBITDA | 1.4 | 4.5 | (3.1) | 1.8 | 35.3 | (33.5) |
| Capital Expenditures | (0.6) | (0.6) | (0.0) | (7.7) | (9.1) | 1.4 |
| McElroy's Run | – | – | – | – | – | – |
| Shared Services | (1.0) | (1.7) | 0.7 | (7.2) | (11.7) | 4.4 |
| Free Cash Flow | ($0.2) | $2.2 | ($2.4) | ($13.2) | $14.5 | ($27.7) |

## Highlights

- For the period, free cash flow is approximately $2 million unfavorable to the forecast
  - Primarily driven by lower energy pricing and lower generation as compared to the forecast
  - Controllable costs for the station were favorable to the forecast
- The Debtors are working with the AES team to integrate the station into the Debtors' portfolio once the title transfers
- The inventory for coal was approximately 64 days at the end of the period and the capacity at the station is approximately 67 days or 800,000 tones
- **Per the APA, the Debtors will receive or pay the aggregate free cash flow and cost for inventory at the exit from bankruptcy**

1. Represents forecast from AES / FES dated January 7, 2019
2. Energy revenue is shown gross of congestion and loss (costs included in "delivery")

FirstEnergy Solutions

July 2019 · 32

Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0184078

0.7.588.167090

TIER 3 - 594037

App'x 112

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Appendix | Shared Services Separation

| June 19 | July 19 | Aug. 19 | Sept. 19 | Oct. 19 | Nov. 19 |
|---------|---------|---------|----------|---------|---------|
| External Affairs | Communications | | | | FEU/FET Services |
| Beta Lab | | | | | Fuel Procurement |
| | | | | | Records Management |
| | | | | | Unit Dispatch |

- = Amended SSA step down notice issued to FESC (effective as of month-end, notice issued 90 days prior)
- = Expected SSA step down date (effective as of month-end, notice issued 90 days prior)
- = Step down complete
- = Step down on-going and on schedule
- = Step down notice issued, but has since been rescinded
- = Step down timing at risk

## Select Commentary and Recent Events:

- ❏ Communications functional group successfully stepped down on August 1.
- ❏ Offer extended to CIO candidate. Worked with FESC recruiting to prepare offers for other Tier 1 hires. Interviews for other key positions in progress and ongoing.
- ❏ Received agreement from SAP for ECC licenses and reviewed FESC resource requirements with each FES separation team functional lead to develop IT migration plan. Continued target separation date of 12/31/2019.
- ❏ NewCo post-separation employee benefit providers determined. ADP working with carriers to begin development of user interfaces.
- ❏ Continue to evaluate proposals for NewCo banking partners and treasury support.

FirstEnergy
Solutions

87/88

July 2019

33

**Confidential Treatment Requested Pursuant to**
  **FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0184079

App'x 113

0.7.588.167090

TIER 3 - 594038

# End



For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges

88/88    July 2019    34

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

App'x 114

EH-GJ-0184080

0.7.588.167090

TIER 3 - 594039

**FirstEnergy Solutions Corp.**
**Regular Meeting of Board of Directors**
**West Akron Campus Hub-215**
**2:00 p.m. Eastern Time**
**May 28, 2019**

**AGENDA**

1. **Call Meeting to Order**

2. **Roll Call**

   Mr. John C. Blickle
   Mr. James C. Boland
   Mr. John W. Judge
   Mr. Donald R. Schneider
   Mr. Joseph M. Gingo

3. **Approval of Minutes**

   A. Consideration should be given to the approval of the minutes of the regular meeting of the Board of Directors held April 30, 2019

4. **Board Matters**

   A. Consideration of Approval of Wholesale Risk Changes for Capacity and Fuels

**RESOLUTIONS OF**
**THE BOARD OF DIRECTORS (THE "BOARD") OF**
**FIRSTENERGY SOLUTIONS CORP. (THE "COMPANY")**

**Dated as of May 28, 2019**

**Amendment of Risk Policy**

WHEREAS, the Board has previously reviewed and approved the Company's risk management policy (the "***FES Risk Policy***");

WHEREAS, the Board has reviewed with Company management the proposed revisions to the FES Risk Policy, which are attached hereto as Exhibit A (the "***Risk Policy Amendment***").

NOW THEREFORE BE IT:

RESOLVED, that the Board considers the Risk Policy Amendment to be advisable and in the best interests of the Company;

**HOUSEHOLDER**
**EXHIBIT**
**403**

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

App'x 115

EH-GJ-0257456

0.7.588.229265

TIER 3 - 965317

RESOLVED, that the Board hereby approves the Risk Policy Amendment in all respects and the FES Risk Policy is hereby amended as provided for in the Risk Policy Amendment;

RESOLVED, that the "*Proper Officers*" referenced in these resolutions shall be Chairman of the Board, the Chief Executive Officer, the President, any Vice President, the Chief Financial Officer, the Chief Risk Officer, the Treasurer and the Corporate Secretary of the Company;

RESOLVED, that the Proper Officers be, and each of them individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to adopt and comply with the FES Risk Policy, as amended by the Risk Policy Amendment;

RESOLVED, that the Proper Officers be, and each of them individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and deliver any such other documents, letters or instrument and do and perform any and all acts and things that may be appropriate and advisable and as counsel may advise in order to carry out the intent and purposes of all of the foregoing resolutions;

RESOLVED, that each of the lawful acts of the Proper Officers taken prior to the date hereof in connection with the transactions contemplated by the foregoing resolutions is hereby ratified, approved, adopted and confirmed as if each such act had been presented to and approved by the Board prior to being taken; and

RESOLVED, that the Corporate Secretary and any other Proper Officer of the Company are, and each individually hereby is, authorized, empowered and directed to certify and furnish such copies of these resolutions and such statements as to the incumbency of the Company's officers, under corporate seal if necessary, as may be requested, and any person receiving such certified copy is and shall be authorized to rely upon the contents thereof.

\* \* \* \* \* \* \* \* \*

B.  Consideration of Approval of Ohio Advertising Spending

<div align="center">

**RESOLUTIONS OF**
**THE BOARD OF DIRECTORS (THE "BOARD") OF**
**FIRSTENERGY SOLUTIONS CORP. (THE "COMPANY")**

**Dated as of May 28, 2019**

<u>**Approval of Generation Now Donations**</u>

</div>

WHEREAS, upon recommendation by the Company's Review Committee, the Board proposes to donate to "Generation Now" in support of House Bill 6 in the Ohio legislature (the "*Donations*") in an aggregate amount not to exceed $15,000,000 (the "*Spend Cap*").

NOW THEREFORE BE IT:

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257457

App'x 116

RESOLVED, that the Board hereby determines that it is advisable and in the best interests of the Company to make the Donations up to the Spend Cap;

RESOLVED FURTHER, that the Board hereby approves, authorizes and ratifies the Company's making of the Donations up to the Spend Cap;

RESOLVED FURTHER, that the "***Proper Officers***" referenced in these resolutions shall be the Chairman of the Board, the Chief Executive Officer, the President, any Vice President, the Chief Financial Officer, the Chief Risk Officer, the Treasurer and the Corporate Secretary of the Company;

RESOLVED FURTHER, that any Proper Officer be, and each of them individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and deliver any such other documents, letters or instruments and do and perform any and all acts and things that may be appropriate and advisable and as counsel may advise in order to carry out the intent and purposes of all of the foregoing resolutions;

RESOLVED FURTHER, that each of the lawful acts of any Proper Officer taken prior to the date hereof in connection with the transactions contemplated by the foregoing resolutions is hereby ratified, approved, adopted and confirmed as if each such act had been presented to and approved by the Board prior to being taken; and

RESOLVED FURTHER, that the Corporate Secretary and any other Proper Officer of the Company are, and each individually hereby is, authorized, empowered and directed to certify and furnish such copies of these resolutions and such statements as to the incumbency of the Company's officers, under corporate seal if necessary, as may be requested, and any person receiving such certified copy is and shall be authorized to rely upon the contents thereof.

* * * * * * * * *

5. **Presentations**

   A.  Update on Regulatory Affairs (Griffing)
   B.  Update on April Operational & Financial Results (David/Jay/Brian/Kevin)
   C.  Update on Union Negotiations (Akin)
   D.  Update on Capacity Auction 22/23(Warvell)
   E.  Update on Bankruptcy/ Disclosure (Akin/Alvarez)
   F.  Update From CEO

6. **Executive Session**

7. **Adjournment**

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

App'x 117

EH-GJ-0257458

0.7.588.229265

TIER 3 - 965319

<u>Exhibit A</u>

Amendment to FES Risk Management Policy

(Attached.)

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

**EH-GJ-0257459**

App'x 118

0.7.588.229265

TIER 3 - 965320



# FES Risk Policy Change

May XX, 2018

Kevin Warvell

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257460

App'x 119

0.7.588.229265

# Table of Contents:

Page 3: Risk Policy Change Proposal to Fossil Fuel tenor and limits

Page 4: Risk Policy Change Proposal to Nuclear Fuel tenor and limits



**Confidential Treatment Requested Pursuant to**
**    FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257461

0.7.588.229265

TIER 3 - 965322

App'x 120

# FES has an Open Fossil Fuel Position for 2020 and beyond

# FES management seeks a Board Resolution for a Risk Policy change:

- An update to the Risk Policy would allow for the ability to procure and contract Fuel, Fuel Transportation, and Fuel Related Products to manage the open position.

Reasons for Seeking a Policy Change:
- The current policy limits our ability to contract fossil fuel for plant operations.
- FES has 2019 hedged but maintains an open position for 2020 of approximately $3 Million tons/month.
- The suggested limit and tenor approval limits are set with a caveat that no fuels, fuel transportation, or fuel related products can be procured/contracted beyond the plant deactivation date without BOD approval.

- The current Risk Policy transaction limits allow for:
  - Trader/Analyst: N/A
  - Director/Manager: up to 12 months /  up to $1,000,000
  - Vice President: more than 12 months / up to $2,000,000
  - FES Review Committee: N/A
  - FES Board of Directors: N/A

- The proposed Risk Policy transaction limits would allow for:
  - Trader/Analyst: N/A
  - Director/Manager: up to 6 months /  up to $50,000,000
  - Vice President: up to 24 months / up to $250,000,000
  - FES Review Committee: up to 24 months / up to $500,000,000
  - FES Board of Directors: greater than 24 months / greater than $500,000,000



| | 5/23/2019 | 3 |

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257462

0.7.588.229265

TIER 3 - 965323

# FES has Hedged Nuclear Fuel only to Deactivation Dates

## FES management seeks a Board Resolution for a Risk Policy change:

- An update to the Risk Policy would allow for the ability to procure and contract Nuclear Fuel and Nuclear Fuel Processing in the event deactivation dates are extended to a later date.

- The current Risk Policy transaction limits allow for:
  - Trader/Analyst: N/A
  - Director/Manager: up to 12 months / up to $1,000,000
  - Vice President: more than 12 months / up to $2,000,000
  - FES Review Committee: N/A
  - FES Board of Directors: N/A

- The proposed Risk Policy transaction limits would allow for:
  - Trader/Analyst: N/A
  - Director/Manager: up to 12 months / up to $20,000,000
  - Vice President: up to 24 months / up to $250,000,000
  - FES Review Committee: up to 72 months / up to $500,000,000
  - FES Board of Directors: greater than 72 months / greater than $500,000,000

Reasons for Seeking a Policy Change:
- The current policy limits our ability to contract Nuclear fuel for plant operations.
- FENOC is fully hedged to deactivation. In the event the deactivation dates are extended, the business is seeking the ability to procure and contract Nuclear Fuel.
- Nuclear Fuel can take up to 2 years to procure, and significant savings is offered for longer term contracts.
- The suggested limit and tenor approval limits are set with a caveat that no nuclear fuel or nuclear fuel processing can be procured/contracted beyond the plant deactivation date without BOD approval.

**FirstEnergy.**

| | 5/23/2019 | 4 |

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257463

App'x 122

0.7.588.229265

TIER 3 - 965324

*For Professional Eyes Only*
*Subject to FRE 408 and Related Privileges*



# Monthly Reporting
## *April 2019*

### *Subject to Confidentiality Agreements*
#### *For Discussion Purposes Only*

Issued May 28, 2019

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257464

App'x 123

0.7.588.229265

TIER 3 - 965325

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Limitations of Report / Disclaimers

**Disclaimer**

The information herein has been prepared by Lazard Frères & Co., LLC ("Lazard"), Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), and Alvarez & Marsal North America, LLC ("Alvarez & Marsal") based upon information supplied by FirstEnergy Solutions Corp. ("FES" or the "Company"), and portions of the information herein may be based upon certain statements, estimates and projections provided by the Company with respect to the anticipated future performance of the Company.  We have relied upon the accuracy and completeness of the forgoing information, and have not assumed any responsibility for any independent verification of such information or any independent valuation or appraisal of any of the assets or liabilities of the Company, or any other entity, or concerning solvency or fair value of the Company or any other entity.  With respect to financial projections, we have assumed that they have been reasonably prepared in good faith on bases reflecting the best currently available estimates and judgements of management of the Company as to the future financial performance of the Company.  We assume no responsibility for and express no view as to such projections or the assumptions on which they are based.  The information set forth herein is based upon economic, monetary, market and other conditions as in effect on, and the information made available to us as of, the date hereof, unless indicated otherwise.  These materials and the information contained herein are confidential and may not be disclosed publicly or made available to third parties without the prior written consent of Lazard, Akin Gump and Alvarez & Marsal.  These materials are preliminary and summary in nature and do not include all of the information that parties should evaluate in considering a possible transaction.  Nothing herein shall constitute a commitment or undertaking on the part of Lazard, Akin Gump, Alvarez & Marsal or any related party to provide any service.  Lazard is acting as investment banker to the Company and Alvarez & Marsal is acting as financial advisor to the Company, and will not be responsible for and will not provide any tax, accounting, actuarial, legal or other specialist advice.

**FirstEnergy** Solutions

April 2019     2

**Confidential Treatment Requested Pursuant to**
     **FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257465

App'x 124

0.7.588.229265

TIER 3 - 965326

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Table of Contents

❑ **Operations / Business Unit Financial Results**

– Nuclear

– Fossil

– Retail

❑ **Consolidated Financial Results**

– Consolidated Income Statement

– Collateral

❑ **Liquidity**

❑ **Current Events**

– Highlights

– Select Upcoming Motions

– Bankruptcy Timeline

❑ **Appendix**

**FirstEnergy**
solutions

April 2019     3

**Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)**

App'x 125

EH-GJ-0257466

0.7.588.229265

TIER 3 - 965327

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Definitions

| Acronym | Term | Acronym | Term | Acronym | Term |
|---------|------|---------|------|---------|------|
| AES | Allegheny Energy Supply Company, LLC | FEV | FirstEnergy Ventures Corp. | NDC | Net Demonstrated Capacity |
| ATC | Around the Clock | FG | FirstEnergy Generation, LLC | NDT | Nuclear Decommissioning Trust |
| ATSI | American Transmission Systems Inc. | FGMU1 | FirstEnergy Generation Mansfield Unit 1 Corp. | NG | FirstEnergy Nuclear Generation, LLC |
| BRA | Base Residual Auction | FMB | First Mortgage Bond | NRC | U.S. Nuclear Regulatory Commission |
| DOE | U.S. Department of Energy | INPO | Institute of Nuclear Power Operations | OVEC | Ohio Valley Electric Corporation |
| DS | Disclosure Statement | KWh | Kilowatt-hour | PJM | PJM Interconnection, L.L.C. |
| EFOR | Equivalent Forced Outage Rate | LBR | Little Blue Run | POLR | Provider of Last Resort |
| EPA | U.S. Environmental Protection Agency | LMP | Locational Marginal Price | POR | Plan of Reorganization |
| FE | FirstEnergy Corp. | MATS | Mercury and Air Toxics Standards | REC | Renewable Energy Credit |
| FENOC | FirstEnergy Nuclear Operating Company | MISO | Midcontinent Independent System Operator, Inc. | RPM | Reliability Pricing Model (PJM Capacity) |
| FERC | Federal Energy Regulatory Commission | MW | Megawatt | RTO | Regional Transmission Organization |
| FES | FirstEnergy Solutions Corp. | MWd | Megawatt-day | TWh | Terawatt-hour |
| FESC | FirstEnergy Service Company | MWh | Megawatt-hour | ZEN | Zero Emission Nuclear Credits |

**FirstEnergy** *solutions*

April 2019    4

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0257467

App'x 126

0.7.588.229265

TIER 3 - 965328

# Nuclear

For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges



April 2019

5

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0257468

0.7.588.229265

App'x 127

TIER 3 - 965329

# Nuclear | Safety



| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| '18 YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.20 | 0.18 | 0.17 |
| '19 YTD | 0.51 | 0.53 | 0.65 | 0.49 | | | | | | | | |
| '19 Target | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 |

**Highlights**

❑ Nuclear operations had no incidents in April 2019

❑ For year-to-date 2019, nuclear operations had four incidents resulting in a OSHA incident rate of 0.49, which is unfavorable to the target of 0.19



**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

App'x 128

EH-GJ-0257469

0.7.588.229265

TIER 3 - 965330

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Nuclear | Operations (Disclosure Statement)

| Nuclear Business Unit | Beaver Valley Unit 1 | Beaver Valley Unit 2 | Davis-Besse | Perry |
|---|---|---|---|---|
| **MTD April** | | | | |
| **Actuals** | | | | |
| Unit capability factor | 98% | 100% | 100% | 74% |
| Capacity factor | 97% | 99% | 101% | 73% |
| Online reliability factor | 0% | 0% | 0% | 3% |
| INPO index | 92.5 | 100.0 | 100.0 | 90.9 |
| **Disclosure Statement Forecast** | | | | |
| Unit capability factor | 97% | 89% | 91% | 71% |
| Capacity factor | 92% | 92% | 91% | 70% |
| Online reliability factor | 2% | 2% | 2% | 2% |
| INPO index | 92.5 | 100.0 | 100.0 | 94.2 |
| **Variance (+ Fav / - Unfav)** | | | | |
| Unit capability factor | 1% | 11% | 9% | 3% |
| Capacity factor | 5% | 7% | 10% | 3% |
| Online reliability factor | 2% | 2% | 2% | (1%) |
| INPO index | 0.0 | 0.0 | 0.0 | (3.3) |
| **YTD April** | | | | |
| **YTD Actuals** | | | | |
| Unit capability factor | 99% | 100% | 98% | 72% |
| Capacity factor | 99% | 99% | 98% | 82% |
| Online reliability factor | 0% | 0% | 2% | 4% |
| INPO index | 92.5 | 100.0 | 100.0 | 90.9 |
| Headcount[1] | 346 | 346 | 604 | 639 |
| **YTD Disclosure Statement Forecast** | | | | |
| Unit capability factor | 95% | 95% | 96% | 72% |
| Capacity factor | 94% | 94% | 95% | 62% |
| Online reliability factor | 2% | 2% | 2% | 2% |
| INPO index | 92.5 | 100.0 | 100.0 | 94.2 |
| Headcount | 356 | 356 | 622 | 664 |
| **YTD Variance (+ Fav / - Unfav)** | | | | |
| Unit capability factor | 5% | 5% | 2% | 1% |
| Capacity factor | 5% | 5% | 3% | 20% |
| Online reliability factor | 2% | 2% | (0%) | (2%) |
| INPO index | 0.0 | 0.0 | 0.0 | (3.3) |
| Headcount | 11 | 11 | 18 | 25 |

**Definitions**

**Unit capability factor** - The ratio of actual energy produced to maximum energy the unit is capable of generating. Items considered to be outside the control of plant management are not considered in determination of losses. Plants with a high unit capability are successful in reducing unplanned outages and improving planned outages.

**Online reliability factor** - Measures the generation losses between refueling outages minus generation losses from pre-determined activities required by plant design.

**INPO index** - Calculated using 10 operating / safety metrics, including unit capability and online reliability.

## Highlights

❑ Unit capability and capacity factor metrics for all nuclear units were favorable to forecast due to fewer planned and unplanned losses

❑ Perry completed its refueling outage on April 6, which was 2 days ahead of forecast

❑ Perry's online reliability factor ("ORF") and INPO index metrics were unfavorable to forecast due to:

– A turbine trip as Perry exited the refueling outage (ORF), and

– Higher than forecast dose rates and safety incidents (INPO)

## Refueling Cycles

❑ Beaver Valley Unit 1

– 2019: October / November

– 2020: N/A

❑ Beaver Valley Unit 2

– 2019: N/A

– 2020: April / May

❑ Davis-Besse

– 2019: N/A

– 2020: February / April **(not in the forecast)**

❑ Perry

– 2019: March / April **(complete)**

– 2020: N/A



April 2019          7

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257470

App'x 129

0.7.588.229265

TIER 3 - 965331

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Nuclear | Financial Results (Disclosure Statement)

| Nuclear P&L | April-19 | | | | | |
|---|---|---|---|---|---|---|
| *In $US Millions* | Actual MTD | DS MTD | MTD Var. to Actual | Actual YTD | DS YTD | YTD Var. to Actual |
| Net Generation (TWh) | 2.6 | 2.5 | 0.2 | 10.1 | 9.8 | 0.3 |
| $ / MWH | $25.95 | $33.28 | ($7.33) | $28.58 | $35.78 | ($7.20) |
| **Revenues**[1] | | | | | | |
| Energy Revenue | $68.7 | $82.4 | ($13.6) | $290.1 | $352.2 | ($62.1) |
| Ancillary | 0.6 | 0.6 | - | 2.3 | 2.3 | - |
| Capacity | 17.6 | 17.6 | - | 70.4 | 70.4 | - |
| Total Plant Revenue | $86.9 | $100.5 | ($13.6) | $362.7 | $424.9 | ($62.1) |
| **Cost of Revenues** | | | | | | |
| Nuclear Fuel Expense | 9.2 | 2.6 | (6.6) | 14.9 | 11.0 | (3.9) |
| Total Variable Costs | $9.2 | $2.6 | ($6.6) | $14.9 | $11.0 | ($3.9) |
| Variable Margin | $77.7 | $97.9 | ($20.2) | $347.8 | $413.9 | ($66.0) |
| **Operations & Maintenance** | | | | | | |
| Labor & Benefits | 24.7 | 25.2 | 0.5 | 95.0 | 100.3 | 5.3 |
| Non-Outage OTL | 9.0 | 9.6 | 0.7 | 38.5 | 39.5 | 1.0 |
| Planned Outage OTL | 1.2 | 1.5 | 0.3 | 30.1 | 34.7 | 4.6 |
| S&E Assessments to Capital | (0.7) | (0.9) | (0.2) | (3.3) | (3.6) | (0.3) |
| Taxes (Property, B&O, etc.) | 1.4 | 1.5 | 0.1 | 5.4 | 6.0 | 0.6 |
| Total Operations & Maintenance | $35.7 | $37.0 | $1.4 | $165.7 | $176.9 | $11.2 |
| Operating Margin | $42.0 | $60.9 | ($18.8) | $182.1 | $237.0 | ($54.9) |
| FENOC Fleet Support | 11.8 | 13.1 | 1.3 | 32.3 | 50.0 | 17.7 |
| EBITDA | $30.3 | $47.8 | ($17.5) | $149.9 | $187.0 | ($37.1) |
| +/(-) Capital Expenditures | (3.7) | (8.7) | 5.0 | (29.3) | (49.6) | 20.2 |
| +/(-) KERP Cash Flow | 3.5 | 3.5 | - | 14.1 | 14.1 | - |
| Free Cash Flow[2] | $30.1 | $42.6 | ($12.5) | $134.6 | $151.5 | ($16.9) |

## Highlights

☐ **MTD:** Free cash flow was $13 million unfavorable primarily related to lower energy revenue due to unfavorable market prices and timing of nuclear fuel expense, partially offset by favorable generation, and capital expenditures related to the Perry outage

☐ **YTD:** Free cash flow was $17 million unfavorable primarily related to lower energy revenue due to unfavorable market prices, partially offset by favorable generation, lower fleet support costs, capital expenditures, and O&M expense driven by lower headcount and Perry outage under spend

☐ First installment of the FENOC KERP program is payable in mid-May 2019



1. *Based on revenue recognized by sales to PJM , not intercompany power supply agreements*
2. *Represents an accrual based free cash flow that does not include shared service costs*

April 2019    8

Confidential Treatment Requested Pursuant to
  FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0257471

App'x 130

0.7.588.229265

TIER 3 - 965332

# Fossil

*FirstEnergy Solutions*

For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges

April 2019     9

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0257472

0.7.588.229265

App'x 131

TIER 3 - 965333

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Fossil | Safety



| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| '18 YTD | 2.37 | 1.27 | 0.84 | 1.62 | 1.29 | 1.09 | 0.94 | 0.85 | 0.98 | 0.89 | 0.82 | 0.77 |
| '19 YTD | 0.00 | 1.05 | 0.72 | 0.55 | | | | | | | | |
| '19 Target | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 |

## Highlights

❑ Fossil operations had no incidents in April 2019

❑ For year-to-date 2019, fossil operations had one incident resulting in a OSHA incident rate of 0.55, which is favorable to the target of 0.58



April 2019    10

**Confidential Treatment Requested Pursuant to**
    **FOIA and Fed. R. Crim. P. 6(e)**

App'x 132

EH-GJ-0257473

0.7.588.229265

TIER 3 - 965334

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Fossil | Operations (Disclosure Statement)

| Fossil Business Unit | Mansfield Unit 3 | Sammis Units 5 - 7 |
|---|---|---|
| **MTD April** | | |
| **Actuals** | | |
| Capacity factor | 0% | 38% |
| Fuel Coal Inventory Days[1] | 22 | 31 |
| **Disclosure Statement Forecast** | | |
| Capacity factor | 66% | 67% |
| Fuel Coal Inventory Days[1] | 26 | 14 |
| **Variance (+ Fav / - Unfav)** | | |
| Capacity factor | (67%) | (29%) |
| Fuel Coal Inventory Days[1] | 4 | (17) |
| **YTD April** | | |
| **YTD Actuals** | | |
| Capacity factor | 17% | 40% |
| Headcount | 229 | 260 |
| **YTD Disclosure Statement Forecast** | | |
| Capacity factor | 71% | 67% |
| Headcount | 248 | 278 |
| **YTD Variance (+ Fav / - Unfav)** | | |
| Capacity factor | (55%) | (26%) |
| Headcount | 19 | 18 |

## Highlights – MTD

- **Mansfield Unit 3** was unfavorable primarily due to economic dispatch for the majority of the month given lower market prices, in addition to pulling ahead planned outage maintenance from fall 2019 related to air heaters

- **Sammis Unit 5, 6 & 7** were unfavorable due to an isolated forced outage of the absorber, which accelerated the planned maintenance outage of the absorbers

## Highlights – YTD

Performance has primarily been impacted at:

- **Mansfield:** lower YTD capacity factor is primarily due to economic dispatch due to lower market prices, in addition to maintenance issues, such as belt repairs and boiler tube failures

- **Sammis:** lower YTD capacity factor is primarily due to economic dispatch at Sammis Unit 5, in addition to maintenance issues, including such as boiler tube failures

## Definitions

**Capacity factor** - The ratio of actual energy produced to maximum energy the unit is capable of generating.

**FirstEnergy** solutions

1. *Operational measure reflects total volume of coal in the plants' coal yards as it relates to maximum NDC potential burn (does not include the value of coal in storage). Mansfield inventory days is based on the maximum NDC potential burn at Mansfield Unit 3 only.*

April 2019    11

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

App'x 133

EH-GJ-0257474

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Fossil | Financial Results (Disclosure Statement)

| Fossil P&L[1]<br>*In $US Millions* | April-19 | | | | | |
|---|---|---|---|---|---|---|
| | Actual<br>MTD | DS<br>MTD | MTD<br>Var. to<br>Actual | Actual<br>YTD | DS<br>YTD | YTD<br>Var. to<br>Actual |
| Net Generation (TWh) | 0.4 | 1.1 | (0.7) | 2.1 | 4.6 | (2.5) |
| $ / MWH | $26.76 | $32.15 | ($5.39) | $30.71 | $35.41 | ($4.70) |
| **Revenues**[2] | | | | | | |
| Energy Revenue | $10.5 | $35.8 | ($25.3) | $63.6 | $161.6 | ($98.0) |
| Ancillary | 0.7 | 0.7 | - | 3.0 | 2.7 | 0.2 |
| Capacity | 17.6 | 18.9 | (1.3) | 70.3 | 75.7 | (5.4) |
| Gypsum | - | - | - | - | - | - |
| **Total Plant Revenue** | $28.8 | $55.4 | ($26.7) | $136.9 | $240.0 | ($103.1) |
| **Cost of Revenues** | | | | | | |
| Coal | 8.7 | 19.5 | 10.8 | 50.3 | 80.1 | 29.8 |
| Fuel Handling | 1.8 | 1.7 | (0.1) | 9.0 | 7.0 | (2.0) |
| Reagents | 3.9 | 6.1 | 2.2 | 16.4 | 26.9 | 10.5 |
| **Total Variable Costs** | $14.4 | $27.4 | 13.0 | $75.7 | $114.0 | $38.3 |
| **Variable Margin** | $14.5 | $28.0 | ($13.6) | $61.2 | $126.0 | ($64.8) |
| **Operations & Maintenance** | | | | | | |
| Labor & Benefits | 3.9 | 3.7 | (0.2) | 17.9 | 14.6 | (3.3) |
| Non-Outage OTL | 3.9 | 4.1 | 0.3 | 20.4 | 16.5 | (3.9) |
| Planned Outage OTL | 0.2 | - | (0.2) | 0.2 | - | (0.2) |
| S&E Assessments to Capital | (0.1) | (0.0) | 0.0 | (0.3) | (0.2) | 0.1 |
| Taxes (Property, B&O, etc.) | 0.5 | 0.5 | - | 2.4 | 2.1 | (0.3) |
| **Total Operations & Maintenance** | $8.4 | $8.3 | ($0.1) | $40.6 | $32.9 | ($7.6) |
| **Operating Margin** | $6.0 | $19.8 | ($13.7) | $20.6 | $93.1 | ($72.5) |
| Fossil Fleet Support | 2.2 | 1.4 | (0.7) | 7.5 | 11.5 | 4.1 |
| Severance | - | - | - | - | - | - |
| **EBITDA** | $3.9 | $18.4 | ($14.5) | $13.2 | $81.6 | ($68.4) |
| +/(-) Capital Expenditures | (2.9) | - | (2.9) | (5.1) | - | (5.1) |
| +/(-) KERP Cash Flow | - | - | - | - | - | - |
| **Free Cash Flow**[3] | $1.0 | $18.4 | ($17.3) | $8.0 | $81.6 | ($73.5) |

## Highlights

☐ **MTD:** Free cash flow was $17 million unfavorable primarily related to lower energy revenue due to unfavorable market prices and lower generation, in addition to unfavorable O&M expense related to unplanned outages, offset by lower coal and reagent usage

☐ **YTD:** Free cash flow was $74 million unfavorable primarily related to lower energy revenue due to unfavorable market prices and lower generation, in addition to unfavorable O&M expense related to unplanned outages, offset by lower coal and reagent usage



| | | |
|---|---|---|
| 1. | Represents P&L for Bruce Mansfield and Sammis Units | |
| 2. | Based on revenue recognized by sales to PJM, not intercompany power supply agreements | April 2019 |
| 3. | Represents an accrual based free cash flow that does not include shared service costs | 12 |

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257475

App'x 134

# Retail


**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257476

App'x 135

0.7.588.229265                                                                 TIER 3 - 965337

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Retail | Financial Results (Disclosure Statement)

| Retail P&L | April-19 | | | | | |
|---|---|---|---|---|---|---|
| | Actual | DS | MTD Var. to | Actual | DS | YTD Var. to |
| In $US Millions | MTD | MTD | Actual | YTD | YTD | Actual |
| Retail TWH Sold | 2.1 | 2.3 | (0.2) | 10.0 | 10.5 | (0.5) |
| $ / MWH | $48.03 | $49.33 | ($1.30) | $50.01 | $50.11 | ($0.10) |
| | | | | | | |
| **Revenues** | | | | | | |
| LCI Revenue | $41.2 | $48.1 | ($6.9) | $167.3 | $204.0 | ($36.7) |
| MCI Revenue | 3.2 | 2.8 | 0.3 | 13.5 | 11.8 | 1.8 |
| GovAgg Revenue | 21.8 | 24.6 | (2.8) | 117.7 | 115.7 | 2.0 |
| Mass Market Revenue | 9.9 | 11.4 | (1.5) | 56.2 | 56.3 | (0.2) |
| Muni & Co-op Revenue | 3.3 | 2.7 | 0.6 | 14.8 | 13.7 | 1.1 |
| POLR Revenue - Associated Companies | 17.3 | 19.2 | (1.9) | 100.4 | 98.6 | 1.8 |
| POLR Revenue - External | 4.1 | 4.0 | 0.0 | 22.8 | 20.3 | 2.5 |
| Structured Physical Revenue | 1.5 | 1.6 | (0.0) | 7.4 | 7.2 | 0.2 |
| **Total Retail Revenue** | **$102.4** | **$114.5** | **($12.2)** | **$500.0** | **$527.5** | **($27.5)** |
| | | | | | | |
| **Variable Costs** | | | | | | |
| Purchased Power | 66.0 | 85.3 | 19.3 | 341.3 | 433.2 | 91.9 |
| Capacity Expense | 30.4 | 30.7 | 0.4 | 124.8 | 125.6 | 0.8 |
| **Total Variable Costs** | **$96.3** | **$116.0** | **$19.7** | **$466.1** | **$558.9** | **$92.7** |
| | | | | | | |
| **Retail Variable Margin** | **$6.0** | **($1.5)** | **$7.5** | **$33.9** | **($31.3)** | **$65.2** |
| | | | | | | |
| **O&M and Other** | | | | | | |
| FES Retail O&M | 3.1 | 2.8 | (0.4) | 8.5 | 11.2 | 2.8 |
| Gross Receipt / CAT Tax | 1.3 | 1.7 | 0.4 | 6.2 | 7.7 | 1.5 |
| **Total O&M and Other** | **$4.4** | **$4.5** | **$0.0** | **$14.7** | **$18.9** | **$4.3** |
| | | | | | | |
| **EBITDA** | **$1.6** | **($6.0)** | **$7.6** | **$19.2** | **($50.2)** | **$69.5** |
| | | | | | | |
| Capital Expenditures | - | (0.1) | 0.1 | - | (0.3) | $0.3 |
| **Retail Cash Flow**[1] | **$1.6** | **($6.1)** | **$7.7** | **$19.2** | **($50.6)** | **$69.8** |

## Highlights

❑ **MTD:** Retail free cash flow was $8 million favorable primarily related to lower purchased power costs driven by lower market prices, offset by unfavorable retail volume and realized pricing

❑ **YTD:** Retail free cash flow was $70 million favorable primarily related to lower purchased power costs driven by lower market prices, offset by unfavorable retail volume and realized pricing

❑ *The Retail free cash flow for both the actual results and Disclosure Forecast are based on market rates (i.e., purchased load from PJM)*

Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0257477

App'x 136

0.7.588.229265

TIER 3 - 965338

For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only

# Retail | Committed Sales

| Units in TWhs | Committed Sales | | | | | | Variance | | |
|---|---|---|---|---|---|---|---|---|---|
| | As of May 8, 2019 | | | As of April 10, 2019 | | | | | |
| | FY 2019 | FY 2020 | FY 2021 | FY 2019 | FY 2020 | FY 2021 | FY 2019 | FY 2020 | FY 2021 |
| LCI | 11.2 | 6.9 | 4.0 | 11.1 | 6.6 | 3.8 | 0.1 | 0.3 | 0.2 |
| MCI | 0.7 | 0.0 | - | 0.7 | 0.0 | - | - | - | - |
| GovAgg | 6.1 | 4.3 | 1.8 | 6.1 | 3.9 | 1.7 | - | 0.4 | 0.1 |
| Mass Market | 2.4 | 1.7 | 0.4 | 2.4 | 1.7 | 0.4 | - | - | - |
| Muni & Co-op | 0.8 | 1.6 | 0.4 | 0.8 | 1.6 | 0.4 | - | - | - |
| POLR | 4.5 | 2.1 | 0.6 | 4.6 | 2.1 | 0.6 | (0.1) | - | - |
| Structured Physical | 0.2 | - | - | 0.2 | - | - | - | - | - |
| Wholesale Physical | - | - | - | - | - | - | - | - | - |
| Total | 26.0 | 16.5 | 7.2 | 25.9 | 15.9 | 6.9 | - | 0.7 | 0.3 |

## Highlights

❑ LCI increase primarily due to the addition of Emery Oleochemicals

❑ Gov Agg increase due to community supplemental activity

❑ Market Update / Near Term Focus

  – Recently launched a mass market campaign targeting NOPEC customers

  – LCI and Gov Agg space has tightened with average LCI margins below $1.50/MWh and Gov Agg below $2.00/MWh

### Definitions

**Large Commercial & Industrial ("LCI")** - Large C&I customers over 1,000 MWh of load with customized products and contracts to meet specific customer needs
**Medium Commercial & Industrial ("MCI")** - Medium sized C&I customers between 10 and 1,000 MWh of load with customized products and contracts to meet specific customer needs
**Governmental Aggregation ("Gov Agg")** - Buying group represents all members of the group consisting of residential and small C&I below 10 MWh of load with standardized contracts
**Provider of Last Resort ("POLR")** - "Slice of system" to provide for any customers not participating with a competitive REP using standardized contracts
**Municipalities and Cooperatives ("Muni & Co-op")** - Contracts with Munis and Co-ops for all participating residential and small C&I below 10 MWh of load with standardized contracts
**Mass Market ("MM")** - Campaign oriented channel offered to residential and small C&I below 10 MWh of load with standardized contracts
**Structured Physical** - Wholesale like transactions which contain customized terms, shapes, or options
**Wholesale Physical** - Block power transactions that are traded in standard sizes and easily obtainable in the market place



Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

App'x 137

EH-GJ-0257478

0.7.588.229265

TIER 3 - 965339

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Retail | FES Sales Position Report



| 2019 [1] | TWhs | % |
|---|---|---|
| Supply | 32 | 100% |
| Committed | 16 | 50% |
| Open Spot | 16 | 50% |

| 2020 | TWhs | % |
|---|---|---|
| Supply | 47 | 100% |
| Committed | 17 | 35% |
| Open Spot | 30 | 65% |

| 2021 | TWhs | % |
|---|---|---|
| Supply | 30 | 100% |
| Committed | 7 | 24% |
| Open Spot | 23 | 76% |

**FirstEnergy** Solutions

1. TWH forecast for the period post 05/01/2019
Committed sales as of 05/08/2019
Supply is based on the Disclosure Statement

April 2019 | 16

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

App'x 138

EH-GJ-0257479

0.7.588.229265

TIER 3 - 965340

# Consolidated Financial Results


For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges

April 2019     17

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257480

0.7.588.229265

App'x 139

TIER 3 - 965341

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Financial Results | Income Statement (Disclosure Statement)

| $ In Millions | Apr-19 Actual [1] MTD | Apr-19 DS MTD | Apr-19 Variance | Apr-19 Actual [1] YTD | Apr-19 DS YTD | Apr-19 Variance |
|---|---|---|---|---|---|---|
| Nuclear Generation (TWh) | 2.6 | 2.5 | 0.2 | 10.1 | 9.8 | 0.3 |
| Fossil Generation (TWh) | 0.4 | 1.1 | (0.7) | 2.1 | 4.6 | (2.5) |
| | | | | | | |
| Electric Retail | $76 | $87 | ($11) | $355 | $388 | ($33) |
| Muni & CO-OP | 3 | 3 | 1 | 15 | 14 | 1 |
| POLR | 21 | 23 | (2) | 123 | 119 | 4 |
| Structured | 2 | 2 | (0) | 7 | 7 | 0 |
| Total Segment Sales | 102 | 115 | (12) | 500 | 528 | (27) |
| Wholesale | 28 | 43 | (15) | 86 | 162 | (76) |
| Capacity Revenue | 36 | 37 | (0) | 151 | 152 | (1) |
| Total Sales and Revenues | 166 | 194 | (27) | 737 | 841 | (104) |
| | | | | | | |
| Fossil Fuel Expense | 14 | 27 | 13 | 76 | 114 | 38 |
| Nuclear Fuel Expense | 9 | 3 | (7) | 15 | 11 | (4) |
| Purchased Power | 4 | 3 | (2) | 24 | 11 | (13) |
| Other Variable Expenses | 37 | 37 | (0) | 163 | 190 | 27 |
| Total Variable Costs | 65 | 70 | 4 | 277 | 326 | 49 |
| Total Variable Margin | 101 | 124 | (23) | 460 | 515 | (55) |
| Other Revenue | (1) | (0) | 1 | 1 | 6 | 5 |
| Fossil O&M | 11 | 9 | (1) | 51 | 45 | (6) |
| Nuclear O&M | 50 | 49 | (1) | 197 | 221 | 24 |
| Restructuring Related Pro Fees | 12 | 12 | 0 | 54 | 55 | 1 |
| Other | 11 | 10 | (1) | 62 | 70 | 8 |
| General Taxes | 3 | 4 | 0 | 15 | 17 | 2 |
| Shared Service Costs [2] | 6 | 20 | 14 | 41 | 74 | 33 |
| Adjusted EBITDA | $9 | $21 | ($11) | $39 | $28 | $11 |

## Adjusted EBITDA

❑ **MTD:** Adjusted EBITDA was $11 million unfavorable primarily related to lower market prices and fossil generation, partially offset by the favorable timing of shared service implementation costs, lower service company costs from FE, and favorable nuclear generation.

❑ **YTD:** Adjusted EBITDA was $11 million favorable due to lower FES and Nuclear O&M, lower service company costs from FE, and timing of shared service implementation costs, partially offset by lower than forecasted variable margin which was driven by lower market prices and retail sales volume, timing of nuclear fuel spend, and fossil fuel rate.



[1] *Non-GAAP income statement adjusted for special items*
[2] *Accrued amounts, but non-cash per the Settlement Agreement*

April 2019 | 18

Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0257481

App'x 140

0.7.588.229265

TIER 3 - 965342

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Financial Results | Collateral

**Certain counterparties require FES to post collateral in order to hedge their market exposure with FES**

❑  Collateral outstanding of $77 million as of 4/30/19, a $1 million decrease as compared to 3/31/19

–  Approximately ($12) million of additional collateral related to new retail client acquisition (North Star Steel)

–  Approximately +$7 million in returned collateral from PJM due to the April peak market activity reset

–  Approximately +$5 million in returned collateral due to lower exposure related to certain energy pricing hedges

–  Approximately +$1 million in returned collateral related to third-party supplier agreements

| FES Collateral ($ in Millions) | | Collateral Amount | | |
|---|---|---|---|---|
| Type | Counterparty | 4/30/19 | 3/31/19 | Variance |
| Energy Market Collateral (RTO) | PJM & MISO | $ 18 | $ 25 | $ (7) |
| Retail Supplier Agreements | Various | 29 | 17 | 12 |
| POLR Auction | Various | 8 | 8 | - |
| Third-Party Supplier Agreements | Various | 10 | 11 | (1) |
| Uranium Contract Requirements | Macquarie Energy | 5 | 5 | 0 |
| Renewables Agreements | Various | 2 | 2 | - |
| Vendor Deposits | Carmeuse Lime / NJ Natural Gas | 1 | 1 | - |
| Future Brokers Accounts | INTL FC Stone / Morgan Stanley | 5 | 10 | (5) |
| **Total** | | $ 77 | $ 78 | $ (1) |

*FirstEnergy* solutions

April 2019     19

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

App'x 141

EH-GJ-0257482

0.7.588.229265

TIER 3 - 965343

# Liquidity



For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges

April 2019    20

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0257483

0.7.588.229265

App'x 142

TIER 3 - 965344

*Privileged and Confidential – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Liquidity | Month of April 2019

*$'s in Millions*

| FES & FENOC April Activity | | Amount |
|---|---|---|
| **Monthly Summary:** | | |
| Net Receipts | $ | 151 |
| **Total Receipts** | | **151** |
| Fuel (Coal / Reagents / Nuclear Fuel) | | (16) |
| Purchased power | | (7) |
| Payroll and Benefits | | (35) |
| O&M Expense / Capex | | (35) |
| Professional Fees | | (12) |
| State & Local Taxes | | (3) |
| **Total Operating Disbursements** | | **(106)** |
| FE Service Company | | (6) |
| NOL cash tax receipts | | 2 |
| Critical Vendor, Lienholder, Other BK | | (3) |
| **Total Affiliate & Restructuring Related** | | **(7)** |
| **Unlevered Operating Cash Flow** | | **38** |
| Cash Interest | | 2 |
| Collateral, net | | 2 |
| **Total Debt Service / Other** | | **4** |
| **Levered Net Cash Flow** | $ | **42** |
| Beginning Cash Balance | $ | 1,113 |
| (+/-) Levered Net Cash Flow | | 42 |
| **Ending Cash Balance** | $ | **1,156** |

## Highlights

- On a consolidated basis, net cash generation of approximately $42 million for the period

- April net receipt activity includes retail receipts of $91 million, wholesale receipts of $12 million, affiliate POLR receipts of $26 million, and net PJM receipts of $21 million

- During the month, FES received approximately $2 million in NOL monetization receipts from FE and paid $6 million to FE for February service company billings

- Approximately $60.4 million in outstanding post-petition pension service costs and VERP charges to be paid in May 2019 following approval by the Court

- Amounts due for post-petition shared service charges through April of $8 million, net of the $113 million FESC shared service credit per the FE Settlement Agreement

- Adjusted ending April cash balance of $1,044 million[1], as compared to the projected cash balance of $985 million for the targeted emergence date or September 30, 2019, as reflected in the Disclosure Statement

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

App'x 143

EH-GJ-0257484

0.7.588.229265

TIER 3 - 965345

Privileged and Confidential – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only

# Liquidity | 13-Week Cash Flow Forecast (Disclosure Statement) to Actual Variance

$'s in Millions

| FES & FENOC Forecast to Actual Variance | Actual | Forecast | Variance |
|---|---|---|---|
| **Monthly Summary:** | | | |
| Net Receipts | $ 162 | $ 167 | $ (4) |
| **Total Receipts** | **$ 162** | **$ 167** | **$ (4)** |
| | | | |
| Fuel (Coal / Reagents / Nuclear Fuel) | (19) | (43) | 24 |
| Purchased power | (9) | (4) | (6) |
| Payroll and Benefits | (38) | (14) | (24) |
| O&M Expense / Capex | (51) | (67) | 16 |
| Professional Fees | (20) | (24) | 4 |
| State & Local Taxes | (3) | (3) | - |
| Pension | - | (42) | 42 |
| **Total Operating Disbursements** | **$ (140)** | **$ (196)** | **$ 56** |
| | | | |
| FE Service Company | (16) | (44) | 28 |
| NOL cash tax receipts | 2 | 2 | - |
| Critical Vendor, Lienholder, Other BK | (3) | (3) | - |
| **Total Affiliate & Restructuring Related** | **$ (17)** | **$ (45)** | **$ 28** |
| **Unlevered Operating Cash Flow** | **$ 6** | **$ (75)** | **$ 80** |
| | | | |
| Cash Interest | 2 | 2 | 1 |
| Collateral, net | (9) | (6) | (3) |
| **Total Debt Service / Other** | **$ (7)** | **$ (4)** | **$ (3)** |
| | | | |
| **Levered Net Cash Flow** | **$ (1)** | **$ (79)** | **$ 78** |
| | | | |
| Beginning Cash Balance - WE 4/12 | $ 1,114 | $ 1,114 | $ - |
| (+/-) Levered Net Cash Flow | (1) | (79) | 78 |
| **Ending Cash Balance - WE 5/10** | **$ 1,113** | **$ 1,035** | **$ 78** |

## Variance for the 5-week period ended 5/10/19

- Favorable variance of $78 million for the 5-week period ended 5/10/19, as compared to the TWCF dated 4/12/19

- Variance primarily related to the following:

  - *Fuel* – favorable coal purchases due to lower generation as a result of energy pricing, offset by timing on nuclear fuel purchases

  - *Payroll and benefits* – Unfavorable due to the timing of LTIP reimbursement from service company and VERO payroll payments

  - *Pension and Affiliate Transactions, net* – Variance related to payment timing of negotiated VERP and pension charges

    - Payment awaiting approval from bankruptcy court of revised settlement terms with FE

**FirstEnergy** solutions

April 2019    22

Confidential Treatment Requested Pursuant to
    FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0257485

App'x 144

0.7.588.229265

TIER 3 - 965346

*Privileged and Confidential – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Liquidity | 13-Week Cash Flow Forecast (Disclosure Statement)

**Receipts / Operating Disbursements**

❑ PJM receipts updated based on latest load and generation forecasts

❑ Forecast includes payments related to replenishment of coal inventories and updated contract terms with Consolidation Coal

**Affiliate Receipts / Disbursements**

❑ Forecast includes the settlement of ongoing disputed pension and VERP charges by including payment of FESC pension charges of $42 million and payment of the FESC VERP charges of $18 million in week 2 of the forecast

❑ Pension charges related to Q2 and the true-up of Q1 estimates for actuals is included in week 6 of the forecast for $8 million

❑ Net receipt of $5 million, which reflects the LTIP reimbursement from FE, primarily offset by payments related to post-petition EDCP contributions and retiree distributions

❑ First installment of the FENOC KERP program is included in week 1 of the forecast

❑ Payment from FE Corp. for Q2 NOL receipt of $2 million week 7 of the forecast

**Restructuring Related**

❑ Professional fee disbursements of $44 million over forecast period

❑ Debtors' portion of the outage expenditures for Pleasants of $3 million forecasted for payment to AES in week 1 of the forecast

*FirstEnergy*
*solutions*

April 2019     23

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257486

App'x 145

0.7.588.229265

TIER 3 - 965347

Privileged and Confidential – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only

# Liquidity | Consolidated Forecast (Disclosure Statement) Dated May 24, 2019

(In millions)

| | | Week -4 | Week -3 | Week -2 | Prior Wk. | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | For the Week Ending: | 4/19/19 | 4/26/19 | 5/3/19 | 5/10/19 | 5/17/19 | 5/24/19 | 5/31/19 | 6/7/19 | 6/14/19 | 6/21/19 | 6/28/19 | 7/5/19 | 7/12/19 | 7/19/19 | 7/26/19 | 8/2/19 | 8/9/19 | 13-Week |
| | Actual / Forecast Period: | Actual | Actual | Actual | Actual | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Total |
| | **Receipts:** | | | | | | | | | | | | | | | | | | |
| 1 | Retail Receipts | $17 | $24 | $18 | $19 | $19 | $19 | $19 | $22 | $22 | $22 | $22 | $21 | $21 | $21 | $21 | $20 | $21 | $269 |
| 2 | Wholesale Receipts | 1 | 9 | - | - | 2 | 5 | 1 | - | - | 5 | 1 | - | - | 4 | 1 | - | 19 |
| 3 | PJM Activity, net | 3 | 7 | 8 | 7 | 8 | 10 | 7 | 7 | 7 | 7 | 6 | 7 | 9 | 12 | 10 | 9 | 10 | 109 |
| 4 | Miscellaneous Receipts | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | Total Receipts | 23 | 40 | 26 | 26 | 29 | 35 | 28 | 28 | 28 | 34 | 29 | 28 | 30 | 33 | 35 | 30 | 31 | 397 |
| | **Operating Disbursements:** | | | | | | | | | | | | | | | | | | |
| 6 | Fuel – Coal | (12) | (2) | (0) | (2) | (15) | (1) | (1) | (1) | (1) | (13) | (1) | (1) | (1) | (1) | (14) | (1) | (1) | (50) |
| 7 | Fuel – Other (Reagents, etc.) | (1) | (1) | (0) | (1) | (0) | (2) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (17) |
| 8 | Fuel – Nuclear | - | - | - | - | - | - | (9) | - | - | - | (8) | - | (1) | - | - | - | - | (17) |
| 9 | Purchased Power | (1) | (1) | (1) | (3) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (1) | (1) | (1) | (1) | (1) | (1) | (8) |
| 10 | Direct Payroll & Benefits | (12) | (5) | (13) | (5) | (31) | (2) | (7) | (3) | (11) | (3) | (11) | (3) | (11) | (3) | (12) | (4) | (12) | (114) |
| 11 | O&M Expense/CapEx/Other Vendors | (7) | (11) | (17) | (10) | (11) | (12) | (11) | (10) | (10) | (10) | (10) | (8) | (10) | (10) | (10) | (10) | (9) | (130) |
| 12 | Pension | - | - | - | - | - | (42) | - | - | - | (8) | - | - | - | - | - | - | - | (51) |
| 13 | State & Local Taxes | (0) | (0) | (0) | (0) | (0) | (1) | (1) | (1) | (1) | (3) | (1) | (2) | (3) | (3) | (3) | (2) | (1) | (20) |
| 14 | Total Operating Disbursements | (34) | (20) | (32) | (21) | (58) | (61) | (31) | (17) | (25) | (40) | (33) | (15) | (27) | (19) | (40) | (18) | (25) | (408) |
| | **Affiliate Transactions, Net:** | | | | | | | | | | | | | | | | | | |
| 15 | POLR revenue | 26 | - | - | - | - | 18 | - | - | - | 19 | - | - | - | - | 8 | - | - | 45 |
| 16 | Service Company Billings | - | - | - | (9) | - | - | - | - | (11) | - | - | - | (10) | - | - | - | (12) | (33) |
| 17 | GENCO Labor & O&M Allocation | - | 0 | 0 | 0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 18 | Miscellaneous Affiliate Receipts / Charges | (0) | (0) | (1) | (0) | 2 | (1) | (2) | (1) | (1) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (6) |
| 19 | NOL Monetization | - | - | - | - | - | - | - | - | - | - | - | 2 | - | - | - | - | - | 2 |
| 20 | Other | 0 | 0 | 0 | 0 | 0 | (18) | - | (0) | (0) | (0) | (0) | - | - | - | - | - | - | (20) |
| 21 | Total Affiliate Transactions, Net | 26 | (0) | (1) | (10) | 2 | (1) | (2) | (1) | (12) | 18 | 1 | (0) | (11) | (0) | 8 | (0) | (12) | (12) |
| 22 | **Unlevered Operating Cash Flow** | $14 | $19 | $(6) | $(4) | $(28) | $(27) | $(5) | $10 | $(9) | $12 | $(3) | $12 | $(7) | $14 | $2 | $12 | $(6) | $(22) |
| | **Restructuring Related:** | | | | | | | | | | | | | | | | | | |
| 23 | Professional Fees | (1) | (2) | (0) | (13) | (2) | (6) | (6) | (5) | (4) | (4) | (4) | (2) | (2) | (2) | (2) | (2) | (2) | (44) |
| 24 | Critical Vendor Payments (Pre-petition) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25 | Utility Deposits | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 26 | Lienholders / Foreign | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 27 | Total Restructuring Related | (1) | (2) | (0) | (13) | (2) | (6) | (6) | (5) | (4) | (4) | (4) | (2) | (2) | (2) | (2) | (2) | (2) | (44) |
| 28 | **Unlevered Operating FC, Less Restructuring** | $13 | $18 | $(6) | $(17) | $(31) | $(32) | $(10) | $5 | $(13) | $7 | $(7) | $11 | $(9) | $12 | $0 | $10 | $(8) | $(66) |
| | **Debt Service:** | | | | | | | | | | | | | | | | | | |
| 29 | Cash Interest | - | - | 2 | - | - | - | 2 | - | - | - | - | 2 | - | - | - | 2 | - | 6 |
| 30 | Collateral, net | 8 | 1 | (6) | 1 | 2 | - | (7) | 0 | 0 | 0 | - | - | - | - | - | - | - | (5) |
| 31 | Surety Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 32 | Total Debt Service Related | 8 | 1 | (4) | 1 | 2 | - | (5) | 0 | 0 | 0 | - | 2 | - | - | - | 2 | - | 1 |
| 33 | **Levered Net Cash Flow** | $21 | $19 | $(10) | $(16) | $(29) | $(32) | $(10) | $0 | $(13) | $8 | $(7) | $13 | $(9) | $12 | $0 | $12 | $(8) | $(65) |
| | **Cash Balance:** | | | | | | | | | | | | | | | | | | |
| 34 | Beginning Cash Balance | $1,100 | $1,120 | $1,139 | $1,129 | $1,113 | $1,084 | $1,052 | $1,041 | $1,041 | $1,028 | $1,036 | $1,029 | $1,041 | $1,032 | $1,044 | $1,044 | $1,056 | $1,113 |
| 35 | (+/-) Levered Net Cash Flow | 21 | 19 | (10) | (16) | (29) | (32) | (10) | 0 | (13) | 8 | (7) | 13 | (9) | 12 | 0 | 12 | (8) | (65) |
| 36 | Ending Cash Balance | $1,120 | $1,139 | $1,129 | $1,113 | $1,084 | $1,052 | $1,041 | $1,041 | $1,028 | $1,036 | $1,029 | $1,041 | $1,032 | $1,044 | $1,044 | $1,056 | $1,048 | $1,048 |

Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)

App'x 146

EH-GJ-0257487

0.7.588.229265

TIER 3 - 965348

# Current Events


Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)

App'x 147

0.7.588.229265

EH-GJ-0257488

TIER 3 - 965349

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Current Events | Highlights

**Legislative Support – State**

❑ Ohio

- – Active bill "Creates Ohio Clean Air Program" (HB6) in the House. Bill encourages electricity production and use from clean air resources and facilitates investment to reduce emissions from other generating technologies that can be readily dispatched to satisfy demand in real time, and proactively engage the buying power of consumers in this state for the purpose of improving air quality in this state

- – Multiple hearings occurring sub and full committees. Next steps include amended bill voted out of committee and eventually a floor vote

- – FES legislative team in Columbus aggressively working with each member to solidify support

- – Additional members added to the team to introduce a bill in the Senate


❑ Pennsylvania

- – Active bill, "Alternative Energy Portfolio Standards Act" (HB11) introduced in the House and Senate in March 2019. Bill provides definitions for alternative energy portfolio standards, for portfolio requirements in other states, for health and safety standards and for interagency responsibilities; and providing for Tier III alternative energy sources and for capacity payments to alternative energy sources.

- – Bill receiving significant resistance in both House and Senate

- – Appears unlikely either bill will move forward in its current state

- – Discussing potential amendments with leadership from both parties

**FirstEnergy**
Solutions

April 2019    26

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257489

0.7.588.229265

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Current Events | Highlights (continued)

**Legislative Support - Federal**

❑ In mid-April, FERC accepted a proposal from PJM that would revise the demand curve used in the capacity market auction.  PJM makes a similar filing every four years, as required by its tariff.  FERC approved a few technical changes to the demand curve that should place downward pressure on clearing prices.  According to S&P Global Platts Analytics, had these changes been in effect during last year's auction, the resulting clearing price would have been $30-40/MW-day lower.

❑ The Commission continues to have a vacancy in one of the commissioner seats, leaving the agency with two Republicans and two Democrats on the panel.  Commissioner LaFleur's term will expire in June, although she may stay on past that date if no replacement is confirmed.

❑ Exelon, Talen, FE Corp., Dominion, and others filed a motion at FERC in late April requesting that PJM delay this year's capacity auction to next year given that FERC appears unable to resolve the pending capacity proceeding (EL18-178) in time for the annual auction, which is scheduled for August.  These parties ask that the 2019 auction for the 2022-2023 delivery year be moved to mid-April 2020, six weeks before the 2020 auction for the 2023-2024 delivery year.

❑ In mid-April, the Supreme Court denied petitions for certiorari of Seventh and Second Circuit decisions that allowed state subsidy programs for nuclear plants to go forward.

**OVEC / Renewable PPA Rejection Process**

❑ The Sixth Circuit has now accepted the direct appeals of the PPA rejections with respect to OVEC and Maryland Solar.  Appellants filed opening briefs on February 26, 2019.  The Company filed its responsive brief on April 29, 2019.  Appellants' reply briefs are due on May 20, 2019.  Oral argument on the appeals has been scheduled for June 26, 2019.

❑ Company engaged in communications with OVEC in April and developing resolution strategies on the various disputed issues

FirstEnergy
solutions

April 2019    27

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257490

App'x 149

0.7.588.229265

TIER 3 - 965351

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Current Events | Highlights (continued)

**Select Upcoming Motions**

❑ **Heard by the Court On May 20**

– Consent and Waiver Motion

– Disclosure Statement Hearing

– Substantial Contribution Application

– Confirmation Discovery Motion

❑ **Anticipated to be Heard by the Court on May 21**

– Motion to approve stipulation with Traxys

– 15th and 16th Omnibus Claims Objectives

❑ **Other Omnibus Hearing Dates: June 25, July 23**

❑ **Anticipated to be Heard by the Court on August 20**

– Confirmation Hearing Commences

*FirstEnergy*
*Solutions*

April 2019

28

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257491

App'x 150

0.7.588.229265

TIER 3 - 965352

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Current Events | Bankruptcy Timeline

## <u>*Upcoming*</u>

### May 2019

❏   May 20 – Disclosure Statement Approved by the Court

### July 2019

❏   July 23 – Plan Supplement Deadline

### August 2019

❏   August 2 – Voting Deadline on the Plan / Objection Deadline on the Plan

❏   August 13 – Prime Clerk to file Voting Certification / Proposed Cure Amounts Deadline

❏   August 20 – Confirmation Hearing Commences

### Q4 2019

❏   TBD – Plan Effective Date



**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

App'x 151

EH-GJ-0257492

0.7.588.229265

TIER 3 - 965353

# Appendix

 For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges     April 2019     30

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257493

0.7.588.229265

TIER 3 - 965354

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Appendix | Capex and O&M (Disclosure Statement)

*In $Millions*

| Capex and O&M | MTD April | MTD April | Variance | YTD April | YTD April | Variance |
|---|---|---|---|---|---|---|
| Nuclear | Actual | DS FCST | | Actual | DS FCST | |
| Beaver Valley | $0 | $2 | $2 | $4 | $10 | $6 |
| Davis-Besse | 1 | 4 | 3 | 5 | 10 | 5 |
| Perry | 3 | 2 | (2) | 24 | 30 | 5 |
| Total Capex | $5 | $9 | $4 | $33 | $50 | $16 |
| O&M | $50 | $49 | ($1) | $197 | $221 | $24 |
| Nuclear Fuel | $9 | $3 | ($7) | $15 | $11 | ($4) |
| Fossil | Actual | DS FCST | | Actual | DS FCST | |
| Sammis | $1 | $0 | ($1) | $3 | $0 | ($3) |
| Mansfield | 2 | - | (2) | 3 | - | (3) |
| West Lorain | - | - | - | - | 0 | 0 |
| Little Blue Run | - | 0 | - | - | 0 | 0 |
| Total Capex | $3 | $0 | ($3) | $6 | $0 | ($6) |
| O&M | $11 | $9 | ($1) | $51 | $45 | ($6) |

**Nuclear**

❑ **Capital Expenditures** – Favorable MTD and YTD variances due to lower spend for fleet performance initiatives and Perry outage projects

❑ **Nuclear Fuel** – Unfavorable MTD and YTD variances due to timing of nuclear fuel purchases. Expected to be favorable by year end

❑ **O&M** – Unfavorable MTD due to timing of material and supply costs for Perry outage (favorable variance in March). Favorable YTD due to lower labor and benefit costs, a refund for nuclear liability insurance, and timing of fees and contractor services

**Fossil**

❑ **Capital Expenditure** – Unfavorable MTD and YTD variances due to the acceleration of Mansfield and Sammis planned outage projects originally planned for the fall

❑ **O&M** – Unfavorable MTD variance due to the acceleration of Mansfield and Sammis planned outage projects from fall 2019. Unfavorable YTD variance due to unplanned outages at both Sammis and Mansfield plants



FirstEnergy Solutions

April 2019 | 31

Confidential Treatment Requested Pursuant to
 FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0257494

App'x 153

0.7.588.229265

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Appendix | Capex and O&M (Budget)

*In $Millions*

| Capex and O&M | MTD April Actual | MTD April Budget[1] | Variance | YTD April Actual | YTD April Budget[1] | Variance |
|---|---|---|---|---|---|---|
| **Nuclear** | | | | | | |
| Beaver Valley | $0 | $2 | $2 | $4 | $10 | $6 |
| Davis-Besse | 1 | 4 | 3 | 5 | 10 | 5 |
| Perry | 3 | 2 | (1) | 24 | 30 | 6 |
| **Total Capex** | $5 | $9 | **$4** | $33 | $50 | **$17** |
| **O&M** | $50 | $47 | **($3)** | $197 | $214 | **$17** |
| **Nuclear Fuel** | $9 | $3 | **($7)** | $15 | $14 | **($1)** |
| **Fossil** | Actual | Budget[1] | | Actual | Budget[1] | |
| Sammis | $1 | $1 | $0 | $3 | $2 | ($1) |
| Mansfield | 2 | - | (2) | 3 | 2 | (1) |
| West Lorain | - | - | - | - | - | - |
| Little Blue Run | - | - | - | - | - | - |
| **Total Capex** | $3 | $1 | **($2)** | $6 | $4 | **($2)** |
| **O&M** | $11 | $9 | **($2)** | $51 | $59 | **$9** |

## Nuclear
- **Capital Expenditures** – Favorable MTD and YTD variances due to lower spend for fleet performance initiatives and Perry outage projects
- **Nuclear Fuel** – Unfavorable MTD and YTD variances due to timing of nuclear fuel purchases
- **O&M** – Unfavorable MTD due to timing of material and supply costs for Perry outage (favorable variance in March). Favorable YTD due to lower labor and benefit costs, a refund for nuclear liability insurance, and timing of fees and contractor services

## Fossil
- **Capital Expenditure** – Unfavorable MTD and YTD variances due to acceleration of Mansfield and Sammis planned outage projects originally planned for the fall
- **O&M** – Unfavorable MTD variance due to the acceleration of Mansfield and Sammis planned outage projects from fall 2019. Favorable YTD variance due to the timing of severance payments



*1. Reflects the October 2018 financial update, deactivation, included as KPIs are measured against this Budget*

April 2019    32

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257495

App'x 154

0.7.588.229265

TIER 3 - 965356

*For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only*

# Appendix | Financial Results, Pleasants Power Station

| $ in Millions | Apr-19 | | | Apr-19 | | |
|---|---|---|---|---|---|---|
| | Actual MTD | FCST[1] MTD | Variance | Actual YTD | FCST[1] YTD | Variance |
| **Net Generation (TWh)** | **0.2** | **0.7** | **(0.5)** | **1.4** | **2.9** | **(1.5)** |
| **$ / MWh** | **$ 29.67** | **$ 33.95** | **$ (4.27)** | **$ 32.59** | **$ 37.04** | **$ (4.45)** |
| Energy Revenue[2] | $5.4 | $23.0 | ($17.6) | $46.2 | $107.1 | ($60.8) |
| Ancillary | (0.0) | 0.0 | (0.0) | (0.0) | 0.1 | (0.1) |
| Capacity, Net | 4.2 | 4.2 | 0.0 | 16.8 | 16.6 | 0.1 |
| Other | 0.1 | 0.0 | 0.1 | 0.5 | 0.1 | 0.4 |
| **Total Revenue** | **9.8** | **27.2** | **(17.5)** | **63.5** | **123.9** | **(60.4)** |
| Coal | (4.3) | (14.7) | 10.5 | (32.7) | (62.8) | 30.1 |
| Fuel Handling | (0.5) | (0.6) | 0.1 | (2.2) | (2.5) | 0.3 |
| Delivery | (0.0) | (0.2) | 0.2 | (2.1) | (4.0) | 1.9 |
| Other Variable Costs | (0.9) | (2.6) | 1.7 | (5.9) | (11.1) | 5.2 |
| **Total Variable Costs** | **(5.7)** | **(18.2)** | **12.5** | **(42.9)** | **(80.5)** | **37.6** |
| **Variable Margin** | **4.1** | **9.0** | **(5.0)** | **20.6** | **43.4** | **(22.8)** |
| Labor & Benefits | (1.3) | (1.5) | 0.2 | (5.6) | (5.7) | 0.1 |
| Property Taxes | (1.4) | (1.2) | (0.2) | (5.9) | (4.8) | (1.1) |
| OTL | (1.8) | (2.0) | 0.2 | (5.9) | (7.5) | 1.6 |
| **EBITDA** | **(0.5)** | **4.3** | **(4.8)** | **3.2** | **25.4** | **(22.2)** |
| Capital Expenditures | (0.8) | (1.7) | 0.9 | (4.4) | (6.8) | 2.4 |
| McElroy's Run | – | – | – | – | – | – |
| Shared Services | (1.0) | (1.7) | 0.7 | (4.2) | (6.7) | 2.4 |
| **Free Cash Flow** | **($2.2)** | **$0.9** | **($3.2)** | **($5.4)** | **$11.9** | **($17.3)** |

## Highlights

☐ For April 2019, free cash flow is approximately $3 million unfavorable to the forecast

– Primarily driven by lower energy pricing and lower generation as compared to the forecast

– The units were unavailable in a maintenance outage for select days during the period

– Controllable costs for the station were favorable to the forecast primarily due to lower coal usage

☐ The Debtors are working with the AES team to integrate the station into the Debtors' portfolio once the title transfers

☐ Per the APA, the Debtors will receive or pay the aggregate free cash flow and cost for inventory at the exit from bankruptcy



1. *Represents forecast from AES / FES dated January 7, 2019*
2. *Energy revenue is shown gross of congestion and loss (costs included in "delivery")*

April 2019    33

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257496

App'x 155

0.7.588.229265

TIER 3 - 965357

For Professional Eyes Only – Subject to Confidentiality Agreements – Subject to FRE 408 and Related Privileges – For Discussion Purposes Only

# Appendix | Shared Services Separation

| March 19 | April 19 | May 19 | June 19 | July 19 | August 2019 |
|---|---|---|---|---|---|
| Rates and Reg Affairs | Outage Support | | External Affairs | Communications | Fuel Procurement |
| Corporate Strategy | Environmental - Fossil | | Beta Lab | | FEU/FET Services |
| Flight Operations | Environmental - Nuclear | | | | |
| Facilities | Environmental - Admin | | | | |
| Mobile Maintenance | Unit Dispatch | | | | |
| Project Engineering & Technical Services | Generation - Other | | | | |
| Internal Audit | | | | | |

= Amended SSA step down notice issued to FESC (effective as of month-end, notice issued 90 days prior)
= Expected SSA step down date (effective as of month-end, notice issued 90 days prior)
= Step down complete
= Step down on-going and on schedule
= Step down notice issued, but has since been rescinded
= Step down timing at risk

## Potential ASSA Step-downs to be issued 5/31/19 (effective 8/31/19):

| Functional Group | Summary Description of Services |
|---|---|
| Fuel Procurement | Services include the transportation, negotiation, and planning of coal and reagents to the fossil plants, and NOx/SOx allocations |
| FEU / FET Services | Represent services being provided as part of a current/historical billing period. Subfunctions include FERC compliance and FEU fleet services. The charges are billed as incurred by the usage of services provided by FEU/FET. |

## Select Commentary and Recent Events:

- Completed initial review of compensation & benefits benchmarking and NewCo shared services organization structure. Associated job postings for priority 1 and priority 2 FESC replacement positions expected to be posted in late May / early June
- Hosted ADP (HR service provider) on-site implementation kick-off meetings and conducted finalist presentations for benefits broker and retirement plan vendor RFPs
- Finalized environmental task lists / scope with environmental service provider (ERM) and successfully stepped down various Environmental FESC services
- DXC blue-printing sessions on track and expected to be completed by the end of May
- Unit Dispatch step down notice has been formally rescinded due to FESC IT CIP compliance concerns. FESC has committed to match Tenaska's lower pricing until FESC IT CIP compliance issues are resolved
- Issuance of Fuel Procurement functional group step down timing delayed due to anticipated timing of getting NewCo employees hired to assume FESC responsibilities. FEU / FET services step down timing continues to be delayed due to continued FESC IT CIP compliance concerns and NERC operations and planning summer audit support

FirstEnergy Solutions

April 2019    34

Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0257497

App'x 156

0.7.588.229265

TIER 3 - 965358

# End

FirstEnergy Solutions

For Professional Eyes Only – Subject to Confidentiality Agreements
For Discussion Purposes Only – Subject to FRE 408 and Related Privileges

April 2019    35

Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)

EH-GJ-0257498

0.7.588.229265

App'x 157

TIER 3 - 965359

# Retrospective Analysis of 2021/22 RPM BRA and Preliminary Views on 2022/23 RPM BRA

FirstEnergy Service Company

May 28, 2019

NORTHBRIDGE

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

App'x 158

EH-GJ-0257499

TIER 3 - 965360

*Confidential – Draft*
*For Discussion Purposes Only*

## OVERVIEW

FirstEnergy Service Company (FESC) has asked NorthBridge to assist FirstEnergy Solutions (FES) in developing a capacity offering strategy for the 2022/23 BRA opening on August 14th, 2019. We have divided the project into three phases, each focused on developing and refining our analyses and recommendations.



**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257500

<span style="color:red">App'x 159</span>

0.7.588.229265

TIER 3 - 965361

*Confidential – Draft*
*For Discussion Purposes Only*

## SUMMARY (1)                          Post-Mortem of 2021/22 BRA

- FES cleared a total of 1,723 MW in the 2021/22 BRA auction, or 23% of the 7,402 MW it offered. The majority of these cleared MW were comprised of 1,233 MW at Sammis 5-7 in ATSI. None of the nuclear resources (Davis Besse, Perry, Beaver Valley) cleared in the auction.

- The cleared resources will produce $106.4 million in BRA revenue. This includes $29.3 million from resources no longer in FES' portfolio. The remaining resources will contribute $77.1 million in BRA revenue.

- Both ATSI and ATSI-C cleared at $171/MW-Day, higher than the clearing price of $140/MW-Day in RTO. The last time ATSI separated from RTO in the BRA auction was 2016/17.

- Several factors drove this market outcome:

  ➢ <u>Cleared capacity from new entry / uprates</u> was considerably lower than it had been in prior years (1,401 MW cleared vs. an average of 3,965 MW in the prior three years).

  ➢ <u>Demand response</u> rebounded, clearing 11,126 MW vs. 7,820 MW in the prior year. This increase in demand response appears to reflect a return to "normal" rather than the start of a trend.

  ➢ <u>Energy efficiency</u> hit 2,832 MW, a significant increase over the prior three year average of 1,491 MW.

  ➢ <u>Imports</u> remained relatively stable at just over 4,000 MW.

  ➢ Total <u>uncleared capacity</u> increased from 17,844 MW in 20/21 to 22,162 MW in 21/22, almost half of which (10,643 MW) were uncleared nuclear offers.

- The supply curve of non-FES resources shifted higher by $30-$40/MW-Day versus the prior year due to higher price offers.

NORTHBRIDGE

3

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257501

App'x 160

0.7.588.229265

TIER 3 - 965362

*Confidential – Draft*
*For Discussion Purposes Only*

| SUMMARY (2) | Demand Side Changes |
|---|---|

- PJM has published new parameters for this year's BRA. These parameters establish the Variable Resource Requirement (VRR) (a.k.a., the demand curve), a major factor in the determination of both the quantity of capacity PJM will acquire and the price it will pay.

- There are several substantive changes to the VRR, some of which have complex implications for FES:

  - PJM's peak <u>load forecast</u> has decreased by 335 MW, which will tend to depress RTO prices. However, some regions (e.g., EMAAC) saw increased reliability requirements, which will mitigate some of the price depression effect.

  - <u>Net CONE</u> has decreased substantially (from $322/MW-Day to $260/MW-Day). This reduces the "height" of the demand curve and will lower clearing prices.

  - <u>CETL</u> (i.e., transmission into LDAs) has increased substantially in several locations. Increased CETL into ATSI (by 1,486 MW) suggests that ATSI is highly unlikely to separate from RTO regardless of FES' offering behavior. However, increases in CETL into other constrained LDAs will tend to increase the RTO price, benefiting resources in ATSI and RTO.

  - PJM has <u>shifted the VRR curve to the left</u>, meaning that it will buy fewer MW at the same price. This will tend to depress clearing prices.

- Assuming no change in FES' offers, demand side changes would <u>decrease ATSI prices by $26/MW-Day</u> (from $171 to $145), but would <u>increase RTO prices by $5/MW-Day</u> (from $140 to $145).

NORTHBRIDGE

4

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

App'x 161

0.7.588.229265

EH-GJ-0257502

TIER 3 - 965363

*Confidential – Draft*
*For Discussion Purposes Only*

## SUMMARY (3)                                    **Supply Side Changes**

- As in past years, we expect to see significant changes to BRA supply resources and offers. Between new entry, retirements, DR/EE, etc., we expect that the BRA supply curve will shift to the right by 2.2 GW – meaning that more capacity will be available to PJM and will tend to lower prices.

  ➤ We expect that <u>new entry and uprates</u> will continue to clear in the 2022/23 BRA, and in substantially higher quantities than last year. The South Field project (1,060 ICAP MW) in ATSI is already under construction and will likely clear. In addition, we see 3,000 MW of additional entry in the form of CCGTs, uprates, and renewables clearing.

  ➤ We expect that 3,900 MW of resources that cleared in the 2021/22 BRA <u>may retire and not participate</u> in the upcoming auction. These resources have submitted requests with PJM for deactivation prior to the 2022/23 delivery year. For the most part, these resources are located in RTO. Additional resources, which we believe did not clear in the prior auction, may also choose not to participate in the 2022/23 BRA.

  ➤ We expect growth in <u>demand response</u> (+556 MW) and <u>energy efficiency</u> (+561 MW), reflecting recent trends.

  ➤ <u>Imports</u> appear to be stable; we do not anticipate any changes.

  ➤ We expect that 900 MW of non-FES <u>nuclear capacity</u> (in PSEG) that did not clear in 2021/22 will clear in 2022/23.

- Based on these changes, our preliminary estimate is that RTO/ATSI will clear at between $82 and $130/MW-Day, depending on FES' offering strategy:

| | Clear No MW | Clear Only Sammis 5-7 | Clear All Available MW |
|---|---|---|---|
| RTO/ATSI Price ($/MW-Day) | $130 | $115 | $82 |
| MW Cleared | 0 | 1,226 | 6,386 |
| BRA Revenue ($MM) | $0 | $51 | $189 |

NORTHBRIDGE

5

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257503

0.7.588.229265

TIER 3 - 965364

*Confidential – Draft*
*For Discussion Purposes Only*

## SUMMARY (4)                                    **Directional Changes**

The 2022/23 auction will be impacted by several changes:

| Category | Type | Description | Clearing Price Impact |
|----------|------|-------------|----------------------|
| Demand Changes | 1) CETL Values | An increase in ATSI CETL (from 8,439 to 9,925 MW) suggests that ATSI will not separate from RTO. However, RTO prices will be buoyed up by CETL changes elsewhere in PJM (e.g., COMED, EMAAC, PSEG). | ATSI ⬇ RTO ⬆ |
| | 2) Load Forecast / Reliability Requirement | A reduction in the RTO reliability requirement (due to a lower load forecast) will tend to depress clearing prices. | ⬇ |
| | 3) VRR Shift | PJM has shifted the VRR demand curve to the left by 1%, which is equivalent to a 1% decrease in the load forecast. | ⬇ |
| | 4) Net CONE | PJM has reduced net CONE by $60/MW-Day, which has the effect of compressing the entire demand curve downward. | ⬇ |
| Supply Changes | 5) UCAP Ratings | A small change in the pool-wide EFORd results in a net decrease of 17 MW to RTO supply. | ⬆ |
| | 6) Imports | No change expected. | ⬌ |
| | 7) Retirements | 3,900 MW of previously cleared capacity has filed for deactivation with PJM and may not participate in the upcoming BRA. | ⬆ |
| | 8) New Entry | We expect 4,100 MW of new entry and uprates to clear in the upcoming BRA. This figure accounts for both gas and renewable capacity. | ⬇ |
| | 9) Demand Response / Energy Efficiency | We expect 1,100 MW of additional demand response and energy efficiency will clear in the upcoming BRA. | ⬇ |
| | 10) Market behavior | 900 MW of nuclear offers that did not clear in the prior BRA may choose to clear in this auction. | ⬇ |

*Easier to Quantify* ↑ / *Harder to Quantify* ↓

NORTHBRIDGE

6

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257504

0.7.588.229265

TIER 3 - 965365

*Confidential – Draft*
*For Discussion Purposes Only*

## SUMMARY (5)                    Preliminary 2022/23 BRA Expectations

While there are many moving parts, overall we anticipate that the resource clearing price in RTO/ATSI will be lower than last year – near $130/MW-Day, assuming no change in FES' offers. Increases in CETL into ATSI and several GW of new entry drive most of this decrease.



**Basecase ATSI/RTO Clearing Price Expectations for 2022/23 BRA**
(Assuming No Change in FES Offer Behavior From 2021/22 BRA)

Note: The above chart assumes no change from 2021/22 in FES offer behavior for units FES will offer in 2022/23.

NORTHBRIDGE

7

**Confidential Treatment Requested Pursuant to FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257505

App'x 164

0.7.588.229265

TIER 3 - 965366

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio April 30, 2019

The Board of Directors of FirstEnergy Solutions Corp. (the "Company") met at the West Akron Campus, Akron, Ohio, on April 30, 2019 at 2:00 p.m., Eastern Time, after receiving written notice of the meeting.

The meeting was called to order by Mr. Donald R. Schneider, Chair.  Mr. Kevin T. Warvell, Corporate Secretary, recorded the minutes.

The following Directors participated:

Mr. John C. Blickle
Mr. James C. Boland
Mr. Joseph M. Gingo
Mr. John W. Judge (via Phone)
Mr. Donald R. Schneider

constituting a quorum of the Board.

The following executives participated:

Mr. Rick Giannantonio
Mr. Kevin T. Warvell
Mr. David Griffing (via Phone)
Mr. Jay Bellingham
Mr. Stephen Burnazian
Mr. Paul Harden
Mr. James Mellody (via Phone)
Mr. Brian Farley (via Phone)
Mr. Joel Bailey (via Phone)

The following representatives of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") participated:

Mr. Scott Alberino (via Phone)
Mrs. Lisa Beckerman (via Phone)

The following representative of Lazard Frères & Co. LLC ("Lazard") participated:

Mr. Erik Overman (via Phone)

The following representative of Alvarez & Marsal North America, LLC ("Alvarez") participated:

Mr. Charles Moore

The following representative of Willkie Farr & Gallagher LLP ("Willkie") participated:

Mr. Matt Feldman (via Phone)

The following representatives of Honigman LLP participated:

Mr. Glenn Walter (via Phone)
Mr. Joseph Sgroi (via Phone)

**Confidential Treatment Requested Pursuant to**
**FOIA and Fed. R. Crim. P. 6(e)**

**EH-GJ-0257506**

App'x 165

TIER 3 - 965367

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio April 30, 2019

## 1. Board Matters

**A.** **<u>Approval of the Minutes of the regular Board of Directors' Meeting held on April 17, 2018</u>**

After discussion, upon motion duly made and seconded, the meeting minutes were unanimously adopted.

The Board then discussed the following matter:

**B.** **<u>Approval of Amendment of Risk Policies</u>**

The Chairman stated the next item of business was to consider approval of an amendment to the risk policies.

Mr. Warvell reviewed the resolution and the changes to the wholesale risk policies. Mr. Warvell explained why the changes were needed and that these changes had been reviewed with the creditors. Mr. Farley reviewed the retail risk policy changes and why they were needed. Mr. Farley explained that these retail changes had been reviewed with the creditors. Both Messrs. Warvell and Farley responded to questions.

After discussion, upon motion duly made and seconded, the resolution was unanimously adopted by board members present.

## RESOLUTIONS OF
## THE BOARD OF DIRECTORS (THE "BOARD") OF
## FIRSTENERGY SOLUTIONS CORP. (THE "COMPANY")

### Dated as of April 30, 2019

### <u>Amendment of Risk Policies</u>

WHEREAS, the Board has previously reviewed and approved the Company's risk management policy (the "***FES Risk Policy***") and the Company's retail risk management policy (the "***Retail Risk Policy***");

WHEREAS, the Board has reviewed with Company management the proposed revisions to the FES Risk Policy, which are attached hereto as <u>Exhibit A</u> (the "***FES Risk Policy Amendment***") and the proposed amendments to the Retail Risk Policy, which are attached hereto as <u>Exhibit B</u> (the "***Retail Risk Policy Amendment***" and, together with the FES Risk Policy Amendment, the "***Risk Policy Amendments***").

NOW THEREFORE BE IT:

RESOLVED, that the Board considers the Risk Policy Amendments to be advisable and in the best interests of the Company;

RESOLVED, that the Board hereby approves the Risk Policy Amendments in all respects and the FES Risk Policy and the Retail Risk Policy are each hereby amended as provided for in the respective Risk Policy Amendments;

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

**EH-GJ-0257507**

0.7.588.229265

TIER 3 - 965368

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio April 30, 2019

RESOLVED, that the "*Proper Officers*" referenced in these resolutions shall be Chairman of the Board, the Chief Executive Officer, the President, any Vice President, the Chief Financial Officer, the Chief Risk Officer, the Treasurer and the Corporate Secretary of the Company;

RESOLVED, that the Proper Officers be, and each of them individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to adopt and comply with the FES Risk Policy, as amended by the FES Risk Policy Amendment and the Retail Risk Policy, as amended by the Retail Risk Policy Amendment;

RESOLVED, that the Proper Officers be, and each of them individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and deliver any such other documents, letters or instrument and do and perform any and all acts and things that may be appropriate and advisable and as counsel may advise in order to carry out the intent and purposes of all of the foregoing resolutions;

RESOLVED, that each of the lawful acts of the Proper Officers taken prior to the date hereof in connection with the transactions contemplated by the foregoing resolutions is hereby ratified, approved, adopted and confirmed as if each such act had been presented to and approved by the Board prior to being taken; and

RESOLVED, that the Corporate Secretary and any other Proper Officer of the Company are, and each individually hereby is, authorized, empowered and directed to certify and furnish such copies of these resolutions and such statements as to the incumbency of the Company's officers, under corporate seal if necessary, as may be requested, and any person receiving such certified copy is and shall be authorized to rely upon the contents thereof.

\* \* \* \* \* \* \* \* \*

## 2. Presentations

### A. Update on Regulatory Affairs

Mr. Griffing updated the Board on what has been happening in the Ohio legislature. There have been three hearings and all have gone well. A substitute Bill is going to be introduced on Thursday. Mr. Griffing and Mr. Judge gave positive comments on how things were going in Ohio. Mr. Griffing indicated that Pennsylvania was not going as well, and currently, there was no major support for the Bill. Mr. Judge pointed out to the Board that in Ohio negative ads had been occurring against supporters of the nuclear bill. An advertising campaign to counter those negative ads may be necessary. Both Messrs. Judge and Griffing then responded to questions.

### B. Update on NRC Filing

Mr. Giannantonio ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

**EH-GJ-0257508**

App'x 167

TIER 3 - 965369

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio April 30, 2019

**C.**  **Update on Union Negotiations**

Mr. Judge updated the Board on the union meetings. He covered the Company's position on healthcare and issues related to pension. Mr. Judge reviewed what the Company may offer to solve the pension issues with the unions. He then responded to questions.

**D.**  **Update on Bankruptcy and Disclosure**

Mr. Moore reviewed the Settlement Agreement and changes that were filed with the Restructuring Support Agreement. He reviewed the payments that would be made to FirstEnergy Corp. when the Disclosure Statement is approved. The hearing on the Disclosure Statement is set for May 20th. The goal would be to get the Disclosure Statement approved and send out a Plan for vote by July 15th but the judge would set the final voting schedule. Between now and the Confirmation Hearing, the advisors will be focusing on the plan feasibility study with respect to environmental obligations of the Company. The other item being considered is resolving the OVEC claim relating to the rejection of their contract. The advisors want to resolve issues that could create uncertainty at confirmation. Mr. Moore then responded to questions.

**E.**  **Update From CEO**

Mr. Judge explained what the management team was working on for the separation plan. He reviewed his visit to Pleasants.

Mr. Judge stated the plan is for the Board to go to monthly meetings starting in May.

The meeting was adjourned.

_____
Corporate Secretary

FES 4/30/2019 Meeting Record

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257509

0.7.588.229265

TIER 3 - 965370

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio April 30, 2019

Exhibit A

Amendment to FES Risk Management Policy

(Attached.)

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257510

0.7.588.229265

TIER 3 - 965371

Regular Meeting of the
FirstEnergy Solutions Corp. Board of Directors

Akron, Ohio April 30, 2019

Exhibit B

Amendment to Retail Risk Management Policy

(Attached.)

**Confidential Treatment Requested Pursuant to
FOIA and Fed. R. Crim. P. 6(e)**

EH-GJ-0257511

App'x 170

0.7.588.229265

TIER 3 - 965372

T R A V E L   E X P E N S E S   S I M U L A T I O N

| | | |
|---|---|---|
| Name | Dowling,Michael J | **Simulation** |
| Personnel | 19020 | FirstEnergy Service CExempt |
| Trip no | 137279 | AK-General Office BldCost cente501007 |

## I T I N E R A R Y

| | | |
|---|---|---|
| Week 03 | | Reason/Location |
| 01/15/2017 | 00:00 - | External Affairs |
| 01/21/2017 | 24:00 | Various |

## I N D I V I D U A L   S T A T E M E N T

| Date | RNo | Receipt | Amount in USD |
|---|---|---|---|
| 01/15/17 | 001 | Lunch | 17.80 |
| 01/15/17 | 002 | Hotel | 80.91 |
| 01/15/17 | 003 | Other | 100.00 |
| 01/17/17 | 004 | Other | 100.00 |
| 01/18/17 | 005 | Dinner Group | 261.15 |
| 01/18/17 | 006 | Taxi,limo,ride sh | 40.00 |
| 01/19/17 | 007 | Breakfast | 15.00 |
| 01/19/17 | 008 | Other | 151.00 |
| 01/19/17 | 009 | Airfare | 272.44 |
| 01/20/17 | 010 | Brkfst Group | 30.00 |
| 01/20/17 | 011 | Other | 140.00 |
| 01/20/17 | 012 | Taxi,limo,ride sh | 7.19 |
| 01/21/17 | 013 | Brkfst Group | 40.00 |
| 01/21/17 | 014 | Other | 60.00 |
| Itemization for Reimburs. Amount in USD | | | 1,315.49 |

## T O T A L   A M O U N T S

| | |
|---|---|
| Reimbursement Amt in USD | 1,315.49 |

## C O S T S   A S S I G N M E N T

| | |
|---|---|
| Trip Expenses to be Transferred (w/CO Receiver): in : USD | 1,315.49 |

1,315.49   USD   to:

| | |
|---|---|
| Company Code | SC00 |
| **Cost Center** | **501007** |
| **Profit Center** | **8097** |
| **Segment** | **FEO** |

## A D D I T I O N A L   T R I P   I N F O R M A T I O N

1/16/17 - Other  $100
    Tips for hotel staff at The Greenbrier  $20
    Refreshments with Sammy Gray, Joel Bailey and Larry Puccio (FE
        consultant) at Jerry West Lounge to discuss political and
        regulatory issues  $40
    Tips for car service from hotel to airport  $40

1/18/17 - Dinner Group  $261.15
    Business Partners: Mike Dowling, Mike Carey (Consol),
        Jeff Longstreth (JPL & Associates) & Ryan Stenger & spouse

HOUSEHOLDER
EXHIBIT
478

App x 171

Name         Dowling, Michael J
Personnel    19020                      FirstEnergy Service CExempt
Trip no      137279                     AK-General Office BldCost cente501007

```
1/18/17 - Taxi, limo  $40.00
     Taxi to Dubliner from Charlie Palmer Steakhouse  $15
     Taxi to Capitol Skyline Hotel from Charlie Palmer  $25

1/18/17 - Other  $100
     Tips for car service from airport to hotel  $20
     Tips for staff at Capitol Skyline hotel  $10
     Refreshments w/ Jane Timken (Chair, Ohio Republican Party) at
        W Hotel to discuss Ohio political issues  $40
     Refreshments/snack with former Speaker John Boehner at Dubliner
        to discuss Ohio politics  30

1/19/17 - Other  $151
     Tips for staff at Capitol Skyline hotel  $20
     Refreshments/snack w/Tony George (FE consultant), Chuck Jones,
        Kevin DeWine (former chair Ohio Republican Party) at Capitol
        Skyline hotel to discuss Ohio political matters  $82
     Tips for car service for two cars  $40
     Agent booking fee from Professional Travel (flight) $9.00

1/20/17 - Other  $140
     Tips for car service for two cars  $40
     Refreshments w/Jeff Longstreth (JPL & Associates) at Palm
        Restaurant to discuss Ohio political issue  $30
     Refreshments at Inauguration Ball  $40
     Tips for staff at W Hotel (Ohio post Inauguration event)  $20
     Tips for staff at Capitol Skyline hotel  $10

1/21/17 - Other  $60
     Tips for staff at Capitol Skyline hotel  $20
     Tips for car service from hotel to airport $40
```

## Additional info for individual statement

| RNo Doc. | Amount  Crcy |
|---|---|
| **001 Lunch**<br>Description<br>Reason<br>Location | 17.80  USD<br>Lunch<br>WV Gubernatorial Inauguration<br>Quizno's (Beckley Travel Plaza, WV) |
| **002 Hotel**<br>Description<br>Reason<br>Location<br>Document Number | 80.91  USD<br>Hotel<br>WV Gubernatorial Inauguration<br>The Greenbrier (White Sulphur Springs, WV)<br>19020-2 |
| **003 Other**<br>Description<br>Reason | 100.00  USD<br>See Information<br>WV Gubernatorial Inauguration |
| **004 Other**<br>Description<br>Reason<br>Location | 100.00  USD<br>Ticket purchase for events<br>58th Presidential Inauguration<br>Online (tickets.58pic.2017.org) |

App x 172

| | |
|---|---|
| Name | Dowling, Michael J |
| Personnel | 19020 |
| Trip no | 137279 |

FirstEnergy Service CExempt
AK-General Office BldCost cente501007

Simulation

| | |
|---|---|
| **005 Dinner Group** | 261.15 USD |
| Description | Dinner |
| Business Partner | See information |
| Reason | Discussed Ohio political issues |
| Location | Charlie Palmer Steakhouse (Washington, DC) |
| **006 Taxi,limo,ride** | 40.00 USD |
| Description | Taxi/Uber (multiple) |
| Reason | See Information |
| Location | Washington DC |
| **007 Breakfast** | 15.00 USD |
| Description | Breakfast |
| Reason | 58th Presidential Inauguration |
| Location | Capitol Skyline Hotel (Washington, DC) |
| **008 Other** | 151.00 USD |
| Description | See Information |
| Reason | See Information |
| **009 Airfare** | 272.44 USD |
| Description | Airfare |
| Reason | Speaker Rosenberger Event |
| Location | Southwest Airlines |
| Document Number | N23WR2 |
| **010 Brkfst Group** | 30.00 USD |
| Description | Breakfast |
| Business Partner | Rob Frost (Cuyahoga County Republican Party Chair) |
| Reason | Discussed Ohio political issues |
| Location | Capitol Skyline Hotel (Washington, DC) |
| **011 Other** | 140.00 USD |
| Description | See Information |
| Reason | 58th Presidential Inauguration |
| Location | Washington DC |
| **012 Taxi,limo,ride** | 7.19 USD |
| Description | Uber |
| Reason | Return to Capitol Skyline Hotel |
| Location | Washington DC |
| **013 Brkfst Group** | 40.00 USD |
| Description | Breakfast |
| Business Partner | Chuck Jones & Tony George (FE consultant) |
| Reason | Discussed Ohio political issues |
| Location | Capitol Skyline Hotel (Washington, DC) |
| **014 Other** | 60.00 USD |
| Description | See Information |
| Reason | 58th Presidential Inauguration |
| Location | Washington DC |

App'x 173

Sunday, Jan. 16

> L-1 Quiznos Beckley Travel Plaza  #17.80
> Tips - Greenbrier  #20
> hotel  #  80.91  ———  Kris ?
                                              I need receipt !!

> refreshments with Sammy Gray, Joel Bailey
  and Larry Puccio — discussed political
  and regulatory issues — Jerry West
  Lounge  #40
> tips — car service  #40
>

FE_LH Subpoena_000000029

**Mr. Michael Dowling**
**First Energy**
**76 S. Main Street**
**Akron OH 44308**
**US**

| | |
|---|---|
| Block Code | 170116INAUG |
| **Arrival** | 01-15-17 |
| **Departure** | 01-16-17 |

| | | | |
|---|---|---|---|
| **Printed On** | 01-20-17 | **Room No.** | 4163 |
| **Group** | 170116INAUGURA | **Folio No.** | 1208323 |
| **Company** | Justice for West Virginia | **Cashier** | |
| **Page No.** | 1 of 1 | | |

| Date | Description | Debit | Credit |
|---|---|---|---|
| | | | 249.00 |
| 01-15-17 | Advance Deposit | 249.00 | |
| 01-15-17 | Room Charge | 16.19 | |
| 01-15-17 | Historical Preservation Fund | 7.47 | |
| 01-15-17 | Occupancy Tax Room | 15.91 | |
| 01-15-17 | Sales Tax Room | 39.00 | |
| 01-15-17 | Resort Fee | 2.34 | |
| 01-15-17 | Sales Tax - Resort Fee | | 80.91 |
| 01-16-17 | Visa          XX/XX | | |
| | XXXXXXXXXXXX5331 | | |
| | Balance Due | 0.00 | |

Guest Signature

**I agree to remain personally liable for the payment of this
account if the corporation or other third party fails to pay part
or all of these charges.**

"Thank you for helping to preserve the history of The Greenbrier."

FE_LH Subpoena_000000030



# Thank you for your order!

Thank you for celebrating the 58th Presidential Inauguration. Your order has been confirmed.

The Presidential Inaugural Committee will deliver your digital tickets soon.

## Order Summary

**Full Name:** Michael Dowling
**Amount:** $100.00
**Reference:** 8RDXYG1301
**Date:** 2017-01-13 22:07:02
**Email:** dowlingm@firstenergycorp.com
**Phone:** 330-283-1180

| Qty. | Ticket | Total |
|------|--------|-------|
| 2 | Admission | $100.00 |
| **Total Cost:** | | $100.00 |

## Attendees

| First Name | Last Name | Email | Ticket |
|------------|-----------|-------|--------|

App'x 116



Pepco Holdings®

An Exelon Company



Wednesday

1-18-17

> Transportation tips $20
> hotel tip $10
> Refreshments @ W Hotel w/ Jane Timken – Chair,
Ohio Republican Party - discussed political issues
$40.

$261.15 Charlie Palmers Steakhouse D-5 w/
Mike Carey of Consof, Jeff Longstreth of JPL +
Associates, Ryan Stenger + spouse of Timken --
discussed Ohio political issues

> Taxi to Dubliner from Charlie Palmers
Steakhouse $15

> Taxi to hotel From Charlie Palmers $25

> Refreshments & snack @ Dubliner with former Speaker
John Boehner $30    - discussed Ohio politics

FE_LH Subpoena_000000032

CHARLIE PALMER STEAK
101 CONSTITUTION AVE N
WASHINGTON, DC 20001
(202) 547 8100

Merchant ID: 154419J965
Term ID: 8440
Server ID: 15

## Sale

VISA
XXXXXXXXXXX5331
Entry Method: Swiped
Apprvd: Online    Batch#: 000007
01/18/17                     22:59:26

Inv#: 00000033 App: ..de: 921010

Amount:         $      216.15
Tip:                    45
Tota..                261.15

I ... to pay above total
amount ac ording to card issuer
agreement (Merchant agreement if
credit voucher)

X _____
        DOWLING/MIKE
        Merchant Copy

THANK YOU

FE_LH Subpoena_000000033



Pepco Holdings®

An Exelon Company

Thursday Jan 19

> B-1 Hotel $15
> Tips hotel $20
> Refreshments @ Capitol Skyline Hotel with
Tony George (consultant), CEJ, Kevin DeWine,
former chair of Ohio Republican Party — discussed
Ohio political matter $82 (charge is
on hotel bill)

> Transportation tips — 2 cars $40

FE_LH Subpoena_000000034

# Capitol Skyline Hotel
10 "I" Street SW
Washington, DC 20024
202-488-7500/202-488-0790
www.capitolskyline.com

Page 1 of 1

**Michael Dowling**

| Room | Folio | CheckIn | CheckOut | Balance |
|------|-------|---------|----------|---------|
| 517 | 518004 | 01/18/2017 | 01/21/2017 | 0.00 |
| | Incidentals | | | |

| Date | Room | Description / Voucher | Charges | Credits | Balance |
|------|------|-----------------------|---------|---------|---------|
| 01/19/2017 | 517 | Skyline Lounge | 82.00 | 0.00 | 82.00 |
| 01/19/2017 | 517 | Local Phone - 2023972222 (00:00) 7517 | 1.00 | 0.00 | 83.00 |
| 01/19/2017 | 517 | DC Sales Tax 5.75% - 5.75% | 0.06 | 0.00 | 83.06 |
| 01/19/2017 | 517 | Local Phone - 2023972222 (00:00) 7517 | 1.00 | 0.00 | 84.06 |
| 01/19/2017 | 517 | DC Sales Tax 5.75% - 5.75% | 0.06 | 0.00 | 84.12 |
| 01/21/2017 | 517 | Visa/Mastercard - ...5331  AP: 03182D | 0.00 | 84.12 | 0.00 |
| | | **Balance Due** | | | **0.00** |
| | | **Summary and Taxes** | | | |
| | | Taxable Sales | 2.00 | | |
| | | DC Sales Tax 5.75% - 5.75% | 0.12 | | |

**280493**

UU
01/21/2017    09:20 AM

App'x 180










App'x 181

FE_LH Subpoena_000000036



PROFESSIONAL
T R A V E L , I N C .
A Veteran-owned Business

If email attachments are not compatible with your company calendar configuration, click on the links below to add to your calendar.

For a single calendar entry click here

**Travel Itinerary**
Agency Booking Confirmation Number: N23WR2

## Passenger Names

DOWLING/MICHAEL J - 19020

Professional Travel
25000 Country Club Blvd
North Olmsted, OH. 44070
Phone: (440) 734-8800 Fax: (440) 734-1241
www.protrav.com

Please verify all times, dates, and cities. If you find a discrepancy please notify Professional Travel within 24 hours of receipt for correction to avoid penalty charges when possible. Not all airlines qualify to change or void within 24 hours.
Due to increased security you **must** obtain boarding passes before proceeding to the gate.
Click here to view your Eticket receipt

| Southwest Airlines - Flight Number 1362 | | Confirmation: 5UXFQJ |
|---|---|---|
| **Departure:** Fri, 02/3/2017 7:25 AM | **Arrival:** Fri, 02/3/2017 12:00 PM | **Equipment:** 73C |
| **Departure City:** Akron/Canton, OH (CAK) | **Arrival City:** Fort Myers, FL (RSW) | |
| **Departing Terminal:** | **Arrival Terminal:** | **Travel Time:** 3 hour(s) 45 minute(s) |
| **Status:** Confirmed | **Class of Service:** H - Economy | Add flight to Calendar |
| | | Baggage Info |
| | | CHECK-IN NOW |
| Seat Assignments: | | |
| This flight makes a stop | | |
| AIRLINE CONFIRMATION NUMBER 5UXFQJ | | |

### Invoice Detail

| Name: DOWLING/MICHAE | | |
|---|---|---|
| Southwest | **Issue Date:** 01/19/2017 | |
| Airlines Ticket: 5262480655442 | | **Amount:** $272.44 |
| Invoice Number: 701191835 | | |
| Professional Fee: 8900691161514 | **Issue Date:** 01/19/2017 | **Amount:** $9.00 |
| | | **Total Fare:** USD $281.44 |

Your total has been charged to Visa ending in 5331

### General Remarks

RESERVATION ASSISTANCE M-F 8A-9P 440 249-5104 OR
866 529-9198
*****
THE DOCUMENT NUMBER FIELD ON EXPENSE REPORTS SHOULD BE
ENTERED WITH THE 6-CHARACTERS FROM THE PROTRAV BOOKING
LOCATOR NUMBER AGENCY RECORD LOCATOR OR TRIP RECORD LOCATOR FIELD.
*****
FOR AFTER HOURS EMERGENCY ASSISTANCE PLEASE CALL 866-406-8728
YOUR MEMBERSHIP/VIP NUMBER IS DP2
AFTER HOURS SERVICE CAN ONLY BE REACHED BY PHONE
EMAILS ARE MONITORED DURING BUSINESS HOURS
TICKETLESS CONFIRMATION ON SOUTHWEST AIRLINES IS 5UXFQJ

Click here for additional traveler health information.

Click here to sign up for Smart Travel Enrollment Program.

THE DOCUMENT NUMBER FIELD ON EXPENSE REPORTS SHOULD BE ENTERED WITH THE 6CHARACTERS FROM THE PROTRAV
BOOKING LOCATOR NUMBER AGENCY RECORD LOCATOR OR TRIP RECORD LOCATOR FIELD

App'x 182



**Pepco Holdings**®

An Exelon Company

Friday, Jan 20

> B-2 w/ Rob Frost @ Capitol Skyline Hotel
 - discussed Ohio political issues    $30

> Transportation tips - 2 cars    $40

> Refreshments w/ Jeff Longstreth of JPL & Assoc.
 - discussed Ohio political issue - @ Palm
 Restaurant    $30

> Tips @ W Hotel - Ohio post inauguration
 event $20

> hotel tips $10

> Refreshments @ Inauguration Ball    $40

App'x 183

# UBER

 Mike ▾    FREE RIDES



Mike

My Trips

Profile

Payment

Free Rides   NEW!

Log Out

🔍 Lost something?
Check out
uber.com/lost

## YOUR TRIP

9:58 PM on January 20, 2017

| 🚶 | Find Lost Item | ⊕ | Get a Fare review | ✎ | Resend Receipt | ⬇ | Request Invoice |



### FARE BREAKDOWN

| | |
|---|---|
| Trip fare | 7.19 |
| **Subtotal** | **$7.19** |
| CHARGED | **$7.19** |
| Personal •••• 5331 | |

⊙ 9:58 PM
228-298 US-1, Washington, DC 20228, USA

⊙ 10:15 PM
10 I St SW, Washington, DC 20024, USA

| CAR | MILES | TRIP TIME |
|---|---|---|
| **UBERX** | **3.03** | **00:08:47** |

 You rode with
Muambo

RATE YOUR
RIDE

★★★★★



**Pepco Holdings** ®

An Exelon Company

Saturday Jan 21

B-3 w/ CEJ & Tony George — Capitol Sky line Hotel  #40

Tips - hotel   #20

Tips - Transportation to Dulles   #40

FE_LH Subpoena_000000040

```
Name            Jones Jr,Charles E                    Simulation
Personnel       19124                   FirstEnergy Service CExempt
Trip no         136607                  AK-General Office BldCost cente506001
```

## I T I N E R A R Y

```
Week 03                    Reason/Location
01/15/2017  00:00 -        Misc Business
01/21/2017  24:00          Various
```

## I N D I V I D U A L   S T A T E M E N T

| Date | RNo | Receipt | Amount in USD |
|------|-----|---------|--------------:|
| 01/15/17 | 001 | Other | 50.00 |
| 01/16/17 | 011 | Dinner Group | 4,181.43 |
| 01/16/17 | 012 | Other | 200.00 |
| 01/18/17 | 009 | Other | 357.00 |
| 01/19/17 | 003 | Other | 200.00 |
| 01/19/17 | 006 | Other | 20.00 |
| 01/19/17 | 010 | Dinner Group | 1,331.10 |
| 01/20/17 | 005 | Other | 200.00 |
| 01/20/17 | 007 | Other | 20.00 |
| 01/20/17 | 008 | Brkfst Group | 42.00 |

| | | | |
|---|---|---|--:|
| Itemization for Reimburs. Amount in USD | | | 6,601.53 |

## T O T A L   A M O U N T S

**Reimbursement Amt in USD**                                 **6,601.53**

## C O S T S   A S S I G N M E N T

Trip Expenses to be Transferred (w/CO Receiver): in : USD        6,601.53

```
    6,601.53  USD    to:
                      Company Code        SC00
                      Cost Center         506001
                      Profit Center       8097
                      Segment             FEO
```

## A D D I T I O N A L   T R I P   I N F O R M A T I O N

FOR DOCUMENTATION ONLY - NO REIMBURSABLE EXPENSES:
1/15 - Passenger on FE aircraft N91FE from APF to LWB to CAK, to attend
WV Inaugural Events.  Ground transportation at LWB provided by LimoLink.
1/19 - Passenger on FE aircraft N91FE from APF to IAD to attend 2017
Presidential Inauguration Events.  Ground transportation provided by
LimoLink.  Hotel compliments of The George Group.
1/21 - Passenger on FE aircraft N52FE from IAD to APF for return from
Inauguration events.

## Additional info for individual statement

RNo Doc.              Amount   Crcy

App'x 186

HOUSEHOLDER
EXHIBIT
479

| Name | Jones Jr,Charles E | Simulation |
|---|---|---|
| Personnel | 19124 | FirstEnergy Service CExempt |
| Trip no | 136607 | AK-General Office BldCost cente506001 |

| | |
|---|---|
| **Description** | Cash Gratuity - No Receipt - LimoLink |
| **Reason** | Attend WV Inaugural Events |
| **Location** | Greenbrier, White Sulphur Springs, WV |

| 011 Dinner Group | 4,181.43  USD |
|---|---|
| **Description** | Business Dinner |
| **Business Partner** | FE Board Members |
| **Reason** | FE Board of Directors Dinner |
| **Location** | Ken Stewart's Lodge, Bath, OH |

| 012 Other | 200.00  USD |
|---|---|
| **Description** | Extra Cash Gratuity - No Receipt |
| **Reason** | FE Board of Directors Dinner |
| **Location** | Ken Stewart's Lodge, Bath, OH |

| 009 Other | 357.00  USD |
|---|---|
| **Description** | Complimentary Refreshments |
| **Reason** | M/M TGeorge (CEO The George Group) |
| **Location** | Capital Skyline Hotel, Washington, D.C. |

| 003 Other | 200.00  USD |
|---|---|
| **Description** | Cash Gratuity - No Receipt - LimoLink |
| **Reason** | Attend Presidential Inaugural Events |
| **Location** | Washington, D.C. |

| 006 Other | 20.00  USD |
|---|---|
| **Description** | Hotel Gratuities |
| **Reason** | Attend Presidential Inaugural Events |
| **Location** | Capital Skyline Hotel, Washington, D.C. |

| 010 Dinner Group | 1,331.10  USD |
|---|---|
| **Description** | Business Dinner |
| **Business Partner** | M/M T.George (CEO, The George Group) |
| **Reason** | Discuss legislative options for coal |
| **Location** | Four Seasons Hotel/Bourbon Steak, Washington, D.C. |

| 005 Other | 200.00  USD |
|---|---|
| **Description** | Cash Gratuity - No Receipt - LimoLink |
| **Reason** | Attend Presidential Inaugural Events |
| **Location** | Washington, D.C. |

| 007 Other | 20.00  USD |
|---|---|
| **Description** | Hotel Gratuities |
| **Reason** | Attend Presidential Inaugural Events |
| **Location** | Capital Skyline Hotel, Washington, D.C. |

| 008 Brkfst Group | 42.00  USD |
|---|---|
| **Description** | Business Breakfast |
| **Business Partner** | T.George (CEO George Grp), M.Dowling (FE SVP) |
| **Reason** | Discuss Ohio Issues |
| **Location** | Lapidus, Capital Skyline Hotel, Washington, D.C. |

App'x 187

Four Seasons Hotel
Bourbon Steak
2800 Pennsylvania Avenue NW
Washington, DC 20007
CHECK:        2770
TABLE:        82/1
SERVER:       6087 Colin
DATE:         JAN19'17  8:46PM
CARD TYPE:    MASTERCARD
ACCT #:       XXXXXXXXXXX5380
EXP DATE:     XX/XX
AUTH CODE:    08547Z

SUBTOTAL:     1 1 0 1 . 1 0

TIP _____ 230.00

TOTAL _____ 1331.10

SIGNATURE _____

www.bourbonsteakdc.com

*Tony George*
*Kristine George*

*Discuss legislative options*
*for coal*

**Chuck Jones**
*President and CEO, FirstEnergy Corp.*
*76 South Main Street • Akron, Ohio 44308*
*Phone: 330-761-7775*

App'x 188

*****CREDIT CARD VOUCHER*****
Ken Stewart's Lodge
1911 N.Cleveland-Massillon Rd
Bath, Ohio 44210
(330)666-8881
Date:        Jan16'17 09:00PM
Card Type:   Master Card
Acct #:      XXXXXXXXXXX5380
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   1II004057345011
Auth Code:   00982Z
Check:       2435
Table:       95/1
Server:      3100 Banquet

Subtotal:      3521.64

Gratuity:    659.79

Total:       4181.43

Signature:

X _____

Customer Copy

*Extra gratuity $200*

*BOD Mtg Dinner*

**Chuck Jones**
*President and CEO, FirstEnergy Corp.*
*76 South Main Street • Akron, Ohio 44308*
*Phone: 330-761-7775*

# Capitol Skyline Hotel

10 "I" Street SW
Washington, DC 20024
202-488-7500/202-488-0790
www.capitolskyline.com

Page 1 of 1

Thomas T George
18605 Detroit Ave *
Lakewood, OH 44107

| Room | Folio | CheckIn | CheckOut | Balance |
|---|---|---|---|---|
| (320) | 517998 | 01/18/2017 | 01/21/2017 | 0.00 |
| | Incidentals | | | |

| Date | Room | Description/Voucher | Charge | Credit | Balance |
|---|---|---|---|---|---|
| 01/18/2017 | 320 | Skyline Lounge | 357.00 | 0.00 | 357.00 |
| 01/18/2017 | 320 | Visa/Mastercard - ...5380 AP: 03659Z | 0.00 | 357.00 | 0.00 |
| 01/18/2017 | 320 | Skyline Lounge | | | |
| 01/18/2017 | 320 | Skyline Lounge | 42.80 | 0.00 | 76.60 |
| 01/18/2017 | 320 | Parking Overnight | 30.00 | 0.00 | 106.60 |
| 01/18/2017 | 320 | Parking Tax 18% - 18% | 5.40 | 0.00 | 112.00 |
| 01/19/2017 | 320 | Lapidus Restaurant | 20.35 | 0.00 | 132.35 |
| 01/19/2017 | 320 | Gatorade | 2.73 | 0.00 | 135.08 |
| 01/19/2017 | 320 | F&B Sales Tax 10% - 10% | 0.27 | 0.00 | 135.35 |
| 01/19/2017 | 320 | Chips | 2.50 | 0.00 | 137.85 |
| 01/19/2017 | 320 | F&B Sales Tax 10% - 10% | 0.25 | 0.00 | 138.10 |
| 01/19/2017 | 320 | Parking Overnight | 30.00 | 0.00 | 168.10 |
| 01/19/2017 | 320 | Parking Tax 18% - 18% | 5.40 | 0.00 | 173.50 |
| 01/20/2017 | 320 | Candy | 1.82 | 0.00 | 175.32 |
| 01/20/2017 | 320 | DC Sales Tax 5.75% - 5.75% | 0.10 | 0.00 | 175.42 |
| 01/20/2017 | 320 | Candy | 1.82 | 0.00 | 177.24 |
| 01/20/2017 | 320 | DC Sales Tax 5.75% - 5.75% | 0.10 | 0.00 | 177.34 |
| 01/20/2017 | 320 | Parking Overnight | 30.00 | 0.00 | 207.34 |
| 01/20/2017 | 320 | Parking Tax 18% - 18% | 5.40 | 0.00 | 212.74 |
| 01/20/2017 | 320 | Big Beer (14 0z.) | 7.27 | 0.00 | 220.01 |
| 01/20/2017 | 320 | F&B Sales Tax 10% - 10% | 0.73 | 0.00 | 220.74 |
| 01/20/2017 | 320 | Chips | 2.50 | 0.00 | 223.24 |
| 01/20/2017 | 320 | F&B Sales Tax 10% - 10% | 0.25 | 0.00 | 223.49 |
| 01/20/2017 | 320 | Sandwich | 5.45 | 0.00 | 228.94 |
| 01/20/2017 | 320 | DC Sales Tax 5.75% - 5.75% | 0.31 | 0.00 | 229.25 |
| 01/20/2017 | 320 | Candy | 1.82 | 0.00 | 231.07 |
| 01/20/2017 | 320 | DC Sales Tax 5.75% - 5.75% | 0.10 | 0.00 | 231.17 |
| 01/21/2017 | 320 | American Express - ...5003 AP: 166255 | 0.00 | 231.17 | 0.00 |
| | | Balance Due | | | 0.00 |

**Summary and Taxes**

| | |
|---|---|
| Taxable Sales | 115.91 |
| DC Sales Tax 5.75% - 5.75% | 0.61 |
| Parking Tax 18% - 18% | 16.20 |
| F&B Sales Tax 10% - 10% | 1.50 |

UU
01/25/2017    02:17 PM

*280493*

App'x 189

Rosenberger, Christine A.

| | |
|---|---|
| **From:** | Charles Jones <cej7471@gmail.com> |
| **Sent:** | Wednesday, January 04, 2017 12:13 PM |
| **To:** | Rosenberger, Christine A. |
| **Subject:** | *EXTERNAL* Fwd: Capitol Skyline Hotel Reservation Confirmation Capitol Skyline Hotel |

FYI

Begin forwarded message:

*Complimentary (Tony George)*

> **From:** Tony George <thegeorgegroup@aol.com>
> **Date:** January 4, 2017 at 12:03:19 PM EST
> **To:** cej7471@gmail.com
> **Subject: Fwd: Capitol Skyline Hotel Reservation Confirmation  Capitol Skyline Hotel**
>
> **Chuck,**
>
> **Attached is the conformation for the hotel for your records.**
>
> **Thanks,**
> **Sabrina**
>
> -----Original Message-----
> From: res <res@capitolskyline.com>
> To: thegeorgegroup <thegeorgegroup@aol.com>
> Cc: res <res@capitolskyline.com>
> Sent: Wed, Jan 4, 2017 11:27 am
> Subject: Capitol Skyline Hotel Reservation Confirmation Capitol Skyline Hotel
>
> **Confirmation Number: 312604622**

| Welcome |
|---|
| **Dear Mr Charles Jones:** |
| Thank you for choosing the Capitol Skyline Hotel for your upcoming visit to Washington. |
| Please review your reservation information carefully and contact us if we can be of further assistance. |
| During summer weekends, our hotel hosts pool parties inviting both our hotel guests and the local community.  These events typically run from 1:00pm – 7:00pm.  During this time, hotel guests are always welcome to join the festivities.  The pool opens at 10am and closes at 9pm. |
| We look forward to welcoming you and wish you a most enjoyable stay. |
| Sincerely, |
| Gina Ilagan 202 488 7500 res@capitolskyline.com www.capitolskyline.com |
| **Guest Info**                     **Credit Card Info** |

1

FE_LH Subpoena_000000133

| Mr Charles Jones<br>Email: thegeorgegroup@aol.com<br>Phone: 216-221-3992<br>*<br>18605 Detroit Ave<br>*<br>Lakewood,Ohio 44107<br>UNITED STATES | Card Type: AMEX<br>Card Number:<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*5003<br>Expiration Date: xx/xx<br>Card Holder: Thomas T George |
| --- | --- |

| Reservation Info | Charge |
| --- | --- |
| Confirmation Number: 312604622<br>Book Date: January 4, 2017<br>Number of Rooms: 1<br>Number of Adults: 2<br>Number of Children: 0<br>Number of Infants: 0<br>Check In: January 18, 2017<br>Check Out: January 21, 2017<br>Total Stay: 3 night(s)<br>Call Center (Call Agent:94401) | USD 1,557.00 |

Room Type: Deluxe King Pool View
Well appointed and designed, our Deluxe King room offers all the
comforts of home, including these in room amenities:
245 Sq. Ft./23 m2
One King Bed
FREE WIFI
Complimentary Coffee with premium coffees
Flat Panel HD television with over 40 complimentary channels
Comfortable workstation
Task Chair
"Pure" by Gloss Bath products
In room safe
Iron and ironing board
Hairdryer
Commissioned art by an internationally renowned artist
Room Amenities:

- Air Conditioned
- Alarm Clock
- Bathtub
- Coffeemaker
- Crib
- Hairdryer In Room
- Iron
- Ironing Board
- King Bed
- Radio
- Shower
- Telephone
- Toilet

2

FE_LH Subpoena_000000134

- TV
- Cable TV
- Complimentary Internet Access
- High Speed Internet

Rate Type: Best Available Rate
Daily Rate:

- 01/18/2017 ------ USD 519.00
- 01/19/2017 ------ USD 519.00
- 01/20/2017 ------ USD 519.00

Policy: Check-in time 3 p.m.
Check-out time 12 p.m.
Rates subject to change.
Property is completely non smoking
Minimum Age Requirement at Check-in: 21 years old
Family Plan - Children under 17 years of age stay free with an accompanied adult.
Pets Allowed - No

Standard Food and Beverage Gratuity - 20%
Food and Beverage Tax - 10%

Cancellation Policy: STRICTLY NON-REFUNDABLE, NON-REBOOKABLE, NON-CANCELLABLE

Guarantee Policy: Credit card is required to hold and guarantee room reservation

| | |
|---|---|
| Enhancements:<br>N/A | USD 0.00 |
| | |
| Tax | USD 225.76 |
| Total Charge | USD 1,782.76 |

**Service Requests**

Service Request: N/A

**Comments or Special Request**

RQ LATE C/I, GUESTS NOT ARRIVING UNTIL 11AM 1/19 Room 4 of 6 / rq same floor and close, if possible, please cc gtd / cc auth sent / 100% dep due upon booking adv non-refundable/non-cxl/non-rebookable adv c/i 3pm, c/o 12pm

**Hotel Info**

| Hotel Description | Capitol Skyline Hotel |
|---|---|

3

FE_LH Subpoena_000000135

Rating: 3 Star
10 I Street SW
Washington,DC 20024
USA
Phone: 1-202-488-7500
Fax: 1-202-488-0790

Checkin Time: 3 PM
Checkout Time: 12 Noon

Capitol Skyline Hotel is the intelligent choice for both business and leisure savvy travelers for great value and comfort, within walking minutes to US Capitol, Nationals Park Baseball lStadium, National mall and Smithsonian Museums and Monuments with just 3 blocks distance to nearest Navy Yard Metro station.

Airport Direction

- DCA Washington, D.C. (National) 4.0 Miles North East
- BWI Baltimore, Maryland 45.0 Miles North
- IAD Washington, D.C. (Dulles) 28.0 Miles North

4 miles from Reagan National Airport
45.6 miles from Baltimore Washington International Airport
28 miles from Dulles International Airport

`Ref:312604622/525233945`

4

FE_LH Subpoena_000000136



## FLIGHT ITINERARY

| | | | |
|---|---|---|---|
| **To:** | Rosenberger, Christine | **Trip Date:** | 14 Jan 2017 to 15 Jan 2017 |
| **Flight Crew:** | Thomas Jr., John /C 330.604.0630 | **Trip Number:** | 6435 |
| | Gibson, James /C 330.414.8948 | **Scheduling Office:** | 330.470.6100 |
| **Aircraft:** | Falcon 900EX - N91FE | | 330.470.6103 |

**Trip Schedule:**

### Leg #1 - Nautical Miles: 884

| | | | |
|---|---|---|---|
| **Depart:** | 14 Jan 2017 | 7:00am EST | From: AKRON, OH (CAK) - AKRON-CANTON REGIONAL |
| **Arrive:** | 14 Jan 2017 | 9:36am EST | To: NAPLES, FL (APF) - NAPLES |
| **Pax:** | 1. Jones Jr, Charles E | | |

**Catering:** CAK - Snacks and Beverages
**Crew Hotel:** APF - MARRIOTT COURTYARD NAPLE /P 239-434-8700 /F 239-434-7787

**FBO:** CAK - FirstEnergy Hangar / 5430 Lauby Rd, Bldg #10, North Canton 44720
/P 330-470-6100 /F 330-470-6115
APF - AIRPORT AUTHORITY / 160 AVIATION DR NORTH, NAPLES 34104
/P 239-643-0404 /F 239-643-1791 /Freq AirInc 128.825 /Air to Gnd 128.825

### Leg #2 - Nautical Miles: 704

| | | | |
|---|---|---|---|
| **Depart:** | 15 Jan 2017 | 3:00pm EST | From: NAPLES, FL (APF) - NAPLES |
| **Arrive:** | 15 Jan 2017 | 5:06pm EST | To: LEWISBURG, WV (LWB) - GREENBRIER VALLEY |
| **Pax:** | 1. Jones Jr, Charles E | 2. Jones, Kim | |

**Pax Trans:** APF - Arranged by PASSENGERS
**Pax Trans:** LWB - LimoLink - Blue Team /P 866-624-2583, 866-624-2583
*Sedan under CEJ arranged by Karen*
*Conf #2253155-001*
*Sedan to take passengers to Greenbrier Resort, 300 W. Main St., White Sulphur Springs, WV/ authorized*
*wait and return to LWB/Greenbrier Valley for approx 10:30 pm wheels up. KHAR 01/15/17 10:28 Local*
**Catering:** APF - Snacks and Beverages
**Crew Hotel:** LWB - FAIRFIELD INN & SUITES L /P 304-645-7999 /F 304-793-2229

**FBO:** APF - AIRPORT AUTHORITY / 160 AVIATION DR NORTH, NAPLES 34104
/P 239-643-0404 /F 239-643-1791 /Freq AirInc 128.825 /Air to Gnd 128.825
LWB - GREENBRIER VALLEY AIRPOR / ROUTE 219 NORTH, LEWISBURG 24901
/P 304-645-3961 /F 304-645-4683 /Freq AirInc 122.95 /Ap Unicom 122.95 /Air to Gnd 122.95

### Leg #3 - Nautical Miles: 190

| | | | |
|---|---|---|---|
| **Depart:** | 15 Jan 2017 | 10:30pm EST | From: LEWISBURG, WV (LWB) - GREENBRIER VALLEY |
| **Arrive:** | 15 Jan 2017 | 11:24pm EST | To: AKRON, OH (CAK) - AKRON-CANTON REGIONAL |
| **Pax:** | 1. Dowling, Michael J | 2. Jones Jr, Charles E | 3. Jones, Kim |

**Pax Trans:** LWB - LimoLink - Blue Team /P 866-624-2583, 866-624-2583
**Catering:** LWB - Snacks and Beverages

**FBO:** LWB - GREENBRIER VALLEY AIRPOR / ROUTE 219 NORTH, LEWISBURG 24901
/P 304-645-3961 /F 304-645-4683 /Freq AirInc 122.95 /Ap Unicom 122.95 /Air to Gnd 122.95
CAK - FirstEnergy Hangar / 5430 Lauby Rd, Bldg #10, North Canton 44720
/P 330-470-6100 /F 330-470-6115

**Business Purpose:** *Leg 1, CAK - Naples, FL: Personal - CEJ*
*Leg 2, Naples, FL - Lewisburg, WV : Attend WV Inaugural Events - CEJ & Kim Jones*
*Leg 3, Lewisburg, WV - CAK: Return from Inaugural events & attending Board Meetings - CEJ, Kim Jones*
*& Mike Dowling*

---



# Your LimoLink Revised Confirmation

## Passenger Information

**Reservation #:**
2253155-001

| | | |
|---|---|---|
| **Passenger Name:** | **Vehicle Type:** Sedan | **Passenger Count:** 2 |
| Chuck Jones | **Luggage Count:** 2 | **Additional Passengers:** |
| **Name Sign:** | **Other Count:** N/A | N/A |
| Chuck Jones | **Child Seat:** N/A | |

## Pick Up Information

**Sunday, January 15, 2017 4:20 PM**

AIRPORT: LWB/KLWB, GREENBRIER VALLEY
FBO: GREENBRIER VALLEY
558 Airport Road, Route 219 North
Lewisburg, West Virginia, 24901
United States
TAIL#: N91FE
ARRIVING: 4:50 PM
FROM:

**Phone:**
304-645-3961

**Meet Location:**
Chauffeur will request tarmac meet.

**Revision Type:**
Drop Off Location
Duration
Stops
Trip Type

## Stop Information

- The Greenbrier, 300 W Main St, White Sulphur Springs, West Virginia, 24986, United States Wait and Return

## Drop Off Information

AIRPORT: LWB/KLWB, GREENBRIER VALLEY
FBO: GREENBRIER VALLEY
558 Airport Road, Route 219 North
Lewisburg, West Virginia, 24901
United States
TAIL#: N91FE
DEPARTING: 10:30 PM
TO:

**Phone:**
304-645-3961

**Booked By :**
Karen Harbert
FirstEnergy Aviation
5430 Lauby Rd
North Canton, Ohio
44720-1581
United States

## Special Instructions

8 Hour Cancellation Policy
4 Hours of Drive Time Applicable

## Billing Information

| Item: | Description: | Amount: | Billing Type : |
|---|---|---|---|
| Hourly | 10.0000 Hours @ 106.80 | $1068.00 | Credit Card |
| **USD**   Total : | | $1068.00 | Visa 6946 |

Actual charges may vary due to tolls, parking and trip changes.

**For changes to your
LimoLink Reservation,
please contact the
Blue Team at
(866) 624-2583
or
(319) 730-2100.**

**Charges and Cancellations:**
Transfers cancelled within 8 hours of scheduled pick up will be billed at full charge. Hourly charters cancelled within 8 hours of scheduled pick up time will be charged a minimum of 2 hours. Changes that occur within the minimum cancellation timeframe may be subject to additional charges. Wait time will be charged in quarter hour increments.

In order to better ensure quality of service, both we and the vendors with whom we contract monitor vehicle location through a GPS tracking system associated with each individual vehicle. Where available, you, as the account representative, can access this information. It is important that the passenger be made aware of this tracking for each and every trip, and so we ask you to please inform the passenger of this monitoring service.

LimoLink, Inc.
701 Tama Street Bldg A
Marion IA 52302

App'x 195



# FLIGHT ITINERARY

| | | | |
|---|---|---|---|
| **To:** | Rosenberger, Christine | **Trip Date:** | 19 Jan 2017 |
| **Flight Crew:** | Sawyer, Willard /C 330.814.3189 | **Trip Number:** | 6444 |
| | Bathori, Bill /C 330.690.6978 | **Scheduling Office:** | 330.470.6100 |
| | Humbert, Patrick /C 330-819-7494 | | 330.470.6103 |
| **Aircraft:** | Falcon 900EX - N91FE | | |

**Trip Schedule:**

---

**Leg #1 - Nautical Miles: 797**

| | | | |
|---|---|---|---|
| **Depart:** | 19 Jan 2017 | 7:15am EST | From: NAPLES, FL (APF) - NAPLES |
| **Arrive:** | 19 Jan 2017 | 9:27am EST | To: WASHINGTON, DC (IAD) - DULLES INTL |
| **Pax:** | 1. Jones Jr, Charles E | | 2. Jones, Kim |

**Pax Trans:** APF - Arranged by PASSENGERS

**Pax Trans:** IAD - LimoLink - Blue Team /P 866-624-2583, 866-624-2583
*JANUARY 19*
*SUV under CEJ arranged by Karen*
*Conf #2252740-004*
*SUV to take passengers to Capitol Skyline Hotel, 10 I Street SW, Washington, DC, 20024/Authorized wait and continue as directed.****CEJ to notify driver if needed past midnight**** KHAR 01/18/17 08:34 Local*
*>>>>>>>>>>>>>>>>>>>>>>>*
*JANUARY 20*
*SUV under CEJ arranged by Karen*
*Conf #2252740-007*
*SUV to be staged 07:30am at Capitol Skyline Hotel/authorized wait and continue as directed.***CEJ to notify driver if needed past midnight*** KHAR 01/18/17 08:40 Local*

**Catering:** APF - Snacks and Beverages

**FBO:** APF - AIRPORT AUTHORITY / 160 AVIATION DR NORTH, NAPLES 34104
/P 239-643-0404 /F 239-643-1791 /Freq AirInc 128.825 /Air to Gnd 128.825
IAD - Jet Aviation / 23411 AUTOPILOT DRIVE, STERLING 20166
/P 703-661-0150 /F 703-661-0152 /Freq AirInc 129.77 /Ap Unicom 122.95 /Air to Gnd 129.77

**Business Purpose:** *Attend 2017 Presidential Inauguration*

---

App'x 196

FE_LH Subpoena_000000139



## FLIGHT ITINERARY

| | | | |
|---|---|---|---|
| **To:** | Rosenberger, Christine | **Trip Date:** | 20 Jan 2017 to 21 Jan 2017 |
| **Flight Crew:** | Childress, Stephanie /C 330.604.0748 | **Trip Number:** | 6519 |
| | Resek, Dennis /C 330.472.3026 | **Scheduling Office:** | 330.470.6100 |
| **Aircraft:** | Citation Excel - N54FE | | 330.470.6103 |
| **Trip Schedule:** | | | |

---

### Leg #1 - Nautical Miles: 218

| | | | |
|---|---|---|---|
| **Depart:** | 20 Jan 2017 | 3:06pm EST | From: AKRON, OH (CAK) - AKRON-CANTON REGIONAL |
| **Arrive:** | 20 Jan 2017 | 4:00pm EST | To: WASHINGTON, DC (IAD) - DULLES INTL |
| **Pax:** | No Passengers | | |

**Pax Trans:**  IAD - LimoLink - Blue Team /P 866-624-2583, 866-624-2583
  *JANUARY 20*
  *SUV under CEJ arranged by Karen*
  *Conf #2252740-007*
  *SUV to be staged 07:30am at Capitol Skyline Hotel/authorized wait and continue as directed.\*\*\*CEJ to*
  *notify driver if needed past midnight\*\*\* KHAR 01/18/17 08:40 Local*

**Crew Hotel:**  IAD - FAIRFIELD INN DULLES AIR /P 1-703-435-5300 /F 1-703-435-6699

**FBO:**  CAK - FirstEnergy Hangar / 5430 Lauby Rd, Bldg #10, North Canton  44720
  /P 330-470-6100 /F 330-470-6115
IAD - Jet Aviation / 23411 AUTOPILOT DRIVE, STERLING  20166
  /P 703-661-0150 /F 703-661-0152 /Freq AirInc 129.77 /Ap Unicom 122.95 /Air to Gnd 129.77

---

### Leg #2 - Nautical Miles: 797

| | | | |
|---|---|---|---|
| **Depart:** | 21 Jan 2017 | 11:15am EST | From: WASHINGTON, DC (IAD) - DULLES INTL |
| **Arrive:** | 21 Jan 2017 | 1:45pm EST | To: NAPLES, FL (APF) - NAPLES |
| **Pax:** | 1. Jones Jr, Charles E | | 2. Jones, Kim |

**Pax Trans:**  IAD - LimoLink - Blue Team /P 866-624-2583, 866-624-2583
  *Sprinter Van under CEJ arranged by Karen*
  *Conf #2252740-003*
  *Sprinter Van to be staged 09:30am Capitol Skyline Hotel, 10 I Street SW, Washington, DC*
  *20024/authorized wait and continue to IAD/Landmarke (aka Jet Aviation) for approx 11:15am departure on*
  *N54FE (2 passengers) and N52FE (6 passengers).KHAR 01/05/17 10:05 Local*

**Pax Trans:**  APF - NONE per Exec.Assist.
**Catering:**  IAD - Snacks and Beverages
**Crew Hotel:**  APF - MARRIOTT COURTYARD NAPLE /P 239-434-8700 /F 239-434-7787

**FBO:**  IAD - Jet Aviation / 23411 AUTOPILOT DRIVE, STERLING  20166
  /P 703-661-0150 /F 703-661-0152 /Freq AirInc 129.77 /Ap Unicom 122.95 /Air to Gnd 129.77
APF - AIRPORT AUTHORITY / 160 AVIATION DR NORTH, NAPLES  34104
  /P 239-643-0404 /F 239-643-1791 /Freq AirInc 128.825 /Air to Gnd 128.825

**Business Purpose:**  *Attend 2017 Presidential Inauguration*

App'x 197

FE_LH Subpoena_000000140



## FLIGHT ITINERARY

| | | | | |
|---|---|---|---|---|
| **To:** | Rosenberger, Christine | | **Trip Date:** | 21 Jan 2017 |
| **Flight Crew:** | Childress, Stephanie /C 330.604.0748 | | **Trip Number:** | 6546 |
| | Resek, Dennis /C 330.472.3026 | | **Scheduling Office:** | 330.470.6100 |
| **Aircraft:** | Citation Excel - N52FE | | | 330.470.6103 |
| **Trip Schedule:** | | | | |

---

**Leg #1 - Nautical Miles: 797**

| | | | |
|---|---|---|---|
| **Depart:** | 21 Jan 2017 | 11:15am EST | From: WASHINGTON, DC (IAD) - DULLES INTL |
| **Arrive:** | 21 Jan 2017 | 1:45pm EST | To: NAPLES, FL (APF) - NAPLES |
| **Pax:** | 1.   Jones Jr, Charles E | | 2.   Jones, Kim |

**Pax Trans:**   IAD - LimoLink - Blue Team  /P 866-624-2583, 866-624-2583
*Sprinter Van under CEJ arranged by Karen*
*Conf #2252740-003*
*Sprinter Van to be staged 09:30am Capitol Skyline Hotel, 10 I Street SW, Washington, DC*
*20024/authorized wait and continue to IAD/Landmarke (aka Jet Aviation) for approx 11:15am departure on*
*N54FE (6 passengers) and N52FE (2 passengers).KHAR 01/05/17 10:05 Local*

**Pax Trans:**   APF - NONE per Exec.Assist.

**Catering:**   IAD - Snacks and Beverages

**Crew Hotel:**   APF - MARRIOTT COURTYARD NAPLE /P 239-434-8700 /F 239-434-7787

**FBO:**   IAD - Jet Aviation  / 23411 AUTOPILOT DRIVE, STERLING   20166
/P 703-661-0150 /F 703-661-0152 /Freq AirInc 129.77 /Ap Unicom 122.95 /Air to Gnd 129.77
APF - AIRPORT AUTHORITY  / 160 AVIATION DR NORTH, NAPLES   34104
/P 239-643-0404 /F 239-643-1791 /Freq AirInc 128.825 /Air to Gnd 128.825

**Business Purpose:**   *Attend 2017 Presidential Inauguration - return home*

---

App'x 198

FE_LH Subpoena_000000141



# Your LimoLink Revised Confirmation

## Passenger Information

**Reservation #:**
2252740-001

| | | |
|---|---|---|
| **Passenger Name:** | **Vehicle Type:** Sedan | **Passenger Count:** 2 |
| Chuck Jones | **Luggage Count:** 2 | **Additional Passengers:** |
| **Name Sign:** | **Other Count:** N/A | N/A |
| Chuck Jones | **Child Seat:** N/A | |

## Pick Up Information

**Thursday, January 19, 2017 8:45 AM**

AIRPORT: IAD/KIAD, DULLES INTL
FBO: JET AVIATION (fka Ross/Landmark Aviation)
23411 Autopilot Dr
Dulles, Virginia,
United States
TAIL#: N91FE
ARRIVING: 9:15 AM
FROM:

**Phone:**
(703) 661-0150

**Meet Location:**
Chauffeur will be waiting in lobby with name sign. Tarmac meets not allowed

**Revision Type:**
P/U DateTime
Pickup Location

## Stop Information

N/A

## Drop Off Information

Capitol Skyline Hotel
10 I St SW
Washington, District of Columbia, 20024
United States

*Note - original sedan cancellation will incur a $595 fee due to the event.*

## Special Instructions

N/A

**Special Event:**
Presidential Inauguration 1/17-

**Booked By :**
Karen Harbert
FirstEnergy Aviation
5430 Lauby Rd
North Canton, Ohio
44720-1581
United States

## Billing Information

| Item: | Description: | Type : |
|---|---|---|
| **Transfer** | | Card |
| **USD** | **Total :** | |

Actual charges may vary due to tolls, pa

**Charges and Cancellations:**
Transfers cancelled within 15 days of scheduled pick up will be billed at full charge. Hourly charters cancelled within 15 days of scheduled pick up time will be charged a minimum of 2 hours. Changes that occur within the minimum cancellation timeframe may be subject to additional charges. Wait time will be charged in quarter hour increments.

In order to better ensure quality of service, both we and the vendors with whom we contract monitor vehicle location through a GPS tracking system associated with each individual vehicle. Where available, you, as the account representative, can access this information. It is important that the passenger be made aware of this tracking for each and every trip, and so we ask you to please inform the passenger of this monitoring service.

**For changes to your LimoLink Reservation, please contact the Blue Team at
(866) 624-2583
or
(319) 730-2100.**

LimoLink, Inc.
701 Tama Street Bldg A
Marion IA 52302

**App'x 199**



# Your LimoLink Reservation Confirmation

## Passenger Information

**Reservation #:**
2252740-004

| | | |
|---|---|---|
| **Passenger Name:** | **Vehicle Type:** SUV | **Passenger Count:** 4 |
| Chuck Jones | **Luggage Count:** 4 | **Additional Passengers:** |
| **Name Sign:** | **Other Count:** N/A | N/A |
| Chuck Jones | **Child Seat:** N/A | |

## Pick Up Information

**Thursday, January 19, 2017 8:45 AM**

AIRPORT: IAD/KIAD, DULLES INTL
FBO: JET AVIATION (fka Ross/Landmark Aviation)
23411 Autopilot Dr
Dulles, Virginia,
United States
TAIL#: N91FE
ARRIVING: 9:15 AM
FROM:

**Phone:**
(703) 661-0150

**Meet Location:**
Chauffeur will be waiting in lobby with name sign. Tarmac meets not allowed

**Revision Type:**
N/A

## Stop Information

- As Directed, Washington, District of Columbia, United States

## Drop Off Information

Capitol Skyline Hotel
10 I St SW
Washington, District of Columbia, 20024
United States

**Phone:**
N/A

## Special Instructions

12 hour minimum
15 day cancellation policy

**Special Event:**
Presidential Inauguration 1/17-

**Booked By :**
Karen Harbert
FirstEnergy Aviation
5430 Lauby Rd
North Canton, Ohio
44720-1581
United States

## Billing Information

| Item: | Description: | Amount: | Billing Type : |
|---|---|---|---|
| **Hourly** | 12.0000 Hours @ 200.00 | $2400.00 | Credit Card |
| **USD**    **Total :** | | $2400.00 | Visa 6946 |

Actual charges may vary due to tolls, parking and trip changes.

**Charges and Cancellations:**
Transfers cancelled within 15 days of scheduled pick up will be billed at full charge. Hourly charters cancelled within 15 days of scheduled pick up time will be charged a minimum of 2 hours. Changes that occur within the minimum cancellation timeframe may be subject to additional charges. Wait time will be charged in quarter hour increments.

In order to better ensure quality of service, both we and the vendors with whom we contract monitor vehicle location through a GPS tracking system associated with each individual vehicle. Where available, you, as the account representative, can access this information. It is important that the passenger be made aware of this tracking for each and every trip, and so we ask you to please inform the passenger of this monitoring service.

**For changes to your LimoLink Reservation, please contact the Blue Team at (866) 624-2583 or (319) 730-2100.**

LimoLink, Inc.
701 Tama Street Bldg A
Marion IA 52302

App'x 200



# Your LimoLink Reservation Confirmation

## Passenger Information

| | | | |
|---|---|---|---|
| **Passenger Name:** | | **Vehicle Type:** SUV | **Passenger Count:** 4 |
| Chuck Jones | | **Luggage Count:** 4 | **Additional Passengers:** |
| **Name Sign:** | | **Other Count:** N/A | N/A |
| Chuck Jones | | **Child Seat:** N/A | |

**Reservation #:**
2252740-006

## Pick Up Information

**Friday, January 20, 2017 7:30 AM**

Capitol Skyline Hotel
10 I St SW
Washington, District of Columbia, 20024
United States

**Phone:**
N/A

**Meet Location:**
Main Entrance

**Revision Type:**
N/A

## Stop Information

- As Directed, Washington, District of Columbia, United States

## Drop Off Information

Capitol Skyline Hotel
10 I St SW
Washington, District of Columbia, 20024
United States

**Phone:**
N/A

## Special Instructions

SUV 1 of 2
12 hour minimum
15 day cancellation policy

## Billing Information

| Item: | Description: | Amount: | Billing Type : |
|---|---|---|---|
| Hourly | 12.0000 Hours @ 200.00 | $2400.00 | Credit Card |
| USD     Total : | | $2400.00 | Visa 6946 |

Actual charges may vary due to tolls, parking and trip changes.

**Special Event:**
Presidential Inauguration 1/17-

**Booked By :**
Karen Harbert
FirstEnergy Aviation
5430 Lauby Rd
North Canton, Ohio
44720-1581
United States

**Charges and Cancellations:**
Transfers cancelled within 15 days of scheduled pick up will be billed at full charge. Hourly charters cancelled within 15 days of scheduled pick up time will be charged a minimum of 2 hours. Changes that occur within the minimum cancellation timeframe may be subject to additional charges. Wait time will be charged in quarter hour increments.

In order to better ensure quality of service, both we and the vendors with whom we contract monitor vehicle location through a GPS tracking system associated with each individual vehicle. Where available, you, as the account representative, can access this information. It is important that the passenger be made aware of this tracking for each and every trip, and so we ask you to please inform the passenger of this monitoring service.

**For changes to your
LimoLink Reservation,
please contact the
Blue Team at
(866) 624-2583
or
(319) 730-2100.**

LimoLink, Inc.
701 Tama Street Bldg A
Marion IA 52302

<span style="color:red">App'x 201</span>



# Your LimoLink Reservation Confirmation

## Passenger Information

| | | | |
|---|---|---|---|
| **Passenger Name:** | **Vehicle Type:** SUV | **Passenger Count:** 4 | |
| Chuck Jones | **Luggage Count:** 4 | **Additional Passengers:** | |
| **Name Sign:** | **Other Count:** N/A | N/A | |
| Chuck Jones | **Child Seat:** N/A | | |

**Reservation #:**
2252740-007

## Pick Up Information

**Friday, January 20, 2017 7:30 AM**

Capitol Skyline Hotel
10 I St SW
Washington, District of Columbia, 20024
United States

**Phone:**
N/A

**Meet Location:**
Main Entrance

**Revision Type:**
N/A

## Stop Information

- As Directed, Washington, District of Columbia, United States

## Drop Off Information

Capitol Skyline Hotel
10 I St SW
Washington, District of Columbia, 20024
United States

**Phone:**
N/A

## Special Instructions

SUV 2 of 2
12 hour minimum
15 day cancellation policy

## Billing Information

| Item: | Description: | Amount: | Billing Type : |
|---|---|---|---|
| Hourly | 12.0000 Hours @ 200.00 | $2400.00 | Credit Card |
| USD     Total : | | $2400.00 | Visa 6946 |

Actual charges may vary due to tolls, parking and trip changes.

**Special Event:**
Presidential Inauguration 1/17-

**Booked By :**
Karen Harbert
FirstEnergy Aviation
5430 Lauby Rd
North Canton, Ohio
44720-1581
United States

### Charges and Cancellations:

Transfers cancelled within 2 hours of scheduled pick up will be billed at full charge. Hourly charters cancelled within 2 hours of scheduled pick up time will be charged a minimum of 2 hours. Changes that occur within the minimum cancellation timeframe may be subject to additional charges. Wait time will be charged in quarter hour increments.

In order to better ensure quality of service, both we and the vendors with whom we contract monitor vehicle location through a GPS tracking system associated with each individual vehicle. Where available, you, as the account representative, can access this information. It is important that the passenger be made aware of this tracking for each and every trip, and so we ask you to please inform the passenger of this monitoring service.

**For changes to your
LimoLink Reservation,
please contact the
Blue Team at
(866) 624-2583
or
(319) 730-2100.**

LimoLink, Inc.
701 Tama Street Bldg A
Marion IA 52302

<span style="color:red">App'x 202</span>



# Your LimoLink Revised Confirmation

## Passenger Information

**Reservation #:**
2252740-003

| | | |
|---|---|---|
| **Passenger Name:** | **Vehicle Type:** Van | **Passenger Count:** 8 |
| Chuck Jones | **Luggage Count:** 8 | **Additional Passengers:** |
| **Name Sign:** | **Other Count:** N/A | N/A |
| Chuck Jones | **Child Seat:** N/A | |

## Pick Up Information

**Saturday, January 21, 2017 9:30 AM**

Capitol Skyline Hotel
10 I St SW
Washington, District of Columbia, 20024
United States

**Phone:**
N/A

**Meet Location:**
Main Entrance

**Revision Type:**
Passenger Count
P/U DateTime
Luggage Count

## Stop Information

N/A

## Drop Off Information

AIRPORT: IAD/KIAD, DULLES INTL
FBO: JET AVIATION (fka Ross/Landmark Aviation)
23411 Autopilot Dr
Dulles, Virginia,
United States
TAIL#: N52FE
DEPARTING: 11:15 AM
TO:

**Phone:**
(703) 661-0150

## Special Instructions

Vehicle Request: Mercedes Sprinter
Passengers will be departing on N52FE and N54FE.

**Special Event:**
Presidential Inauguration 1/17-

**Booked By :**
Karen Harbert
FirstEnergy Aviation
5430 Lauby Rd
North Canton, Ohio
44720-1581
United States

## Billing Information

| Item: | Description: | Amount: | Billing Type : |
|---|---|---|---|
| **Transfer** | | $795.00 | Credit Card |
| **USD    Total :** | | $795.00 | Visa 6946 |

Actual charges may vary due to tolls, parking and trip changes.

**Charges and Cancellations:**
Transfers cancelled within 15 days of scheduled pick up will be billed at full charge. Hourly charters cancelled within 15 days of scheduled pick up time will be charged a minimum of 2 hours. Changes that occur within the minimum cancellation timeframe may be subject to additional charges. Wait time will be charged in quarter hour increments.

In order to better ensure quality of service, both we and the vendors with whom we contract monitor vehicle location through a GPS tracking system associated with each individual vehicle. Where available, you, as the account representative, can access this information. It is important that the passenger be made aware of this tracking for each and every trip, and so we ask you to please inform the passenger of this monitoring service.

**For changes to your LimoLink Reservation, please contact the Blue Team at
(866) 624-2583
or
(319) 730-2100.**

LimoLink, Inc.
701 Tama Street Bldg A
Marion IA 52302

<div align="center">App'x 203</div>

# CERTIFICATION

I certify that the documents included in this Appendix are copies of documents properly made a part of the record in the matter of the *United States v. Householder*, No. 1:20-cr-77 (S.D. Ohio).

/s/ *Nicholas R. Oleski*
Nicholas R. Oleski

*Counsel for Larry Householder*

## CERTIFICATE OF SERVICE

I certify that on February 26, 2024, I filed the foregoing electronically with the Clerk of the United States Court of Appeals for the Sixth Circuit. The Court's ECF system will automatically generate and send by email a Notice of Docket Activity to all registered attorneys currently participating in this case, constituting service on those attorneys.

*/s/ Nicholas R. Oleski*
Nicholas R. Oleski

*Counsel for Larry Householder*