Case No. 23-3565

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LARRY HOUSEHOLDER

    Defendant - Appellant

Upon consideration of the appellant's motion for leave to file an oversized brief, it is **ORDERED** that the motion is hereby **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: February 27, 2024