UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

United States of America,
    *Plaintiff-Appellee*,

v.    No. 23-3565

Larry Householder,
    *Defendant-Appellant.*

_____

Plaintiff-Appellee's Motion to Extend Briefing Schedule
_____

Plaintiff-Appellee United States of America moves the Court to extend the briefing schedule in this case by twenty-eight days.

After a 26-day jury trial, Defendant-Appellant Householder was found guilty of RICO conspiracy and sentenced to 240 months in prison. The appellate record in this case is unusually voluminous, with the trial transcripts alone consuming 3,980 pages. Indeed, counsel for Householder sought—and received—four extensions of time totaling 118 days. (*See* Sixth Cir. Docs. 12, 14, 16, 19.) In this motion, the government requests an extension of time commensurate with the extensions Householder received.

The undersigned was assigned to this case on appeal and has been working as diligently as possible. However, in light of the size of the record, the six legal issues (and attendant sub-arguments) raised, and the undersigned's other obligations, it is not possible to adequately address the issues raised in the appellant's brief without an extension of time. The need for additional time has been compounded by the interruption created by Householder's currently pending motion for leave to file a supplemental brief on a new legal issue.

For these reasons, the United States asks the Court to grant this motion and extend the due date for the appellee's brief by twenty-eight days. The United States does not anticipate requesting any further extensions of time, provided this Court does not grant Householder's currently pending motion for leave to file a supplemental brief.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Alexis J. Zouhary
ALEXIS J. ZOUHARY
Assistant United States Attorney
221 East Fourth St., Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
alexis.zouhary@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Extension of Briefing Schedule was filed with the Court's CM/ECF system this 21st day of June and served electronically on all parties of record.

s/Alexis J. Zouhary
ALEXIS J. ZOUHARY
Assistant United States Attorney