No. 23-3565

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 1, 2024
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LARRY HOUSEHOLDER, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

The defendant appeals the district court's judgment after a jury found him guilty of Racketeer Influenced and Corrupt Organizations (RICO) conspiracy. The defendant, by and through counsel, now moves for leave to file a supplemental brief. The Government responds in opposition, and the defendant replies.

Upon review and consideration, the defendant's motion to file a supplemental brief is **GRANTED**, insofar as the supplemental brief will be filed on the docket and will be submitted to the court for whatever consideration, if any, the ultimate merits panel may choose to give it along with the principal briefs.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk