UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

United States of America,
    *Plaintiff-Appellee*,

v.                                                                                          No. 23-3565

Larry Householder,
    *Defendant-Appellant.*

―――――――――――――

Plaintiff-Appellee's Motion to File Oversized Brief

―――――――――――――

    Plaintiff-Appellee United States moves the Court for leave to file an Appellee's Brief in excess of the word limit specified by Rule 32 of the Federal Rules of Appellate Procedure. The United States rarely seeks permission to exceed the word limitations set forth in Rule 32, *see* 6 Cir. I.O.P. 28(a), but the circumstances here require it. *See* Advisory Committee Notes to 2016 Amendments to Fed. R. App. Proc. 32 ("In a complex case, a party may need to file a brief that exceeds the type-volume limitations specified in these rules, such as to include unusually voluminous information explaining relevant background or legal provisions . . . .").

A jury convicted former Speaker of the Ohio House of Representatives Larry Householder of Racketeer Influenced and Corrupt Organizations (RICO) conspiracy. Householder's appeal raises seven legal issues (and attendant sub-arguments) spanning every phase of the trial, from jury selection through sentencing. The arguments raised in his initial brief relate to the following: the dismissal of a juror, the jury instructions, the sufficiency of the evidence, multiple evidentiary rulings, the procedural and substantive reasonableness of the sentence, and the probability of bias on the part of the district court judge. Householder's supplemental brief additionally argues that he was denied his Sixth Amendment right to counsel during his testimony.

This Court granted Householder's motion to file a brief of 20,000 words. (Dkt. 21, Dkt. 25.) The United States likewise requests permission to file a brief not exceeding 20,000 words, which is warranted in these unique circumstances.[1] The trial was both lengthy

---

[1] At a minimum, the United States should be granted permission to file a brief of 17,979 words, the total words contained in Householder's opening and supplemental briefs and Rule 28(j) letter. (Dkt. 22, Dkt. 40, Dkt. 41, Dkt. 42.) But that would not, in the Government's view, allow the United States to provide this Court with the factual background necessary to inform its consideration of the legal issues raised. That is due, in part, to the fact that Householder's statement of the case spends

and complex, spanning 26 days and involving nearly $60 million in bribes paid by FirstEnergy Corp. and its affiliates into a web of 501(c)(4) organizations and other entities. The United States called approximately 20 witnesses and introduced approximately 1,000 exhibits. Given the nature of the record, the United States cannot sufficiently capture the evidence heard by the jury and adequately respond to the seven legal issues presented without an extension of the word limit.

For these reasons, the United States respectfully requests permission to file an oversized brief of no more than 20,000 words.

    Respectfully submitted,

    KENNETH L. PARKER
    United States Attorney

    s/Alexis J. Zouhary
    ALEXIS J. ZOUHARY
    Assistant United States Attorney
    221 East Fourth St., Suite 400
    Cincinnati, Ohio 45202
    (513) 684-3711
    alexis.zouhary@usdoj.gov

---

less than nine pages summarizing an unusually voluminous record. The trial transcript, alone, is nearly 4,000 pages.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiff-Appellee's motion to file an oversized brief was filed with the Court's CM/ECF system this 17th day of July, 2024, which provides electronic service to all parties.

s/Alexis J. Zouhary<br>
ALEXIS J. ZOUHARY<br>
Assistant United States Attorney