Case No. 23-3565

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

LARRY HOUSEHOLDER

       Defendant - Appellant


Upon consideration for the appellee's motion to file an oversize brief of up to 20,000 words,

It is hereby **ORDERED** that the motion is **GRANTED**.


       **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued:  July 22, 2024