# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 10, 2024

Mr. Steven L. Bradley
Marein & Bradley
526 Superior Avenue
Suite 222
Cleveland, OH 44114

Mr. Nicholas R. Oleski
McCarthy, Lebit, Crystal & Liffman
1111 Superior Avenue, E.
Suite 2700
Cleveland, OH 44114

Re: Case No. 23-3565, *USA v. Larry Householder*
Originating Case No. 1:20-cr-00077-1

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED in part. The reply brief is now due **October 11, 2024**.

Sincerely,

s/Michelle R. Lambert
Case Manager
Direct Dial No. 513-564-7035

cc: Ms. Tara Malloy
Ms. Alexis J. Zouhary