# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 04, 2024

Mr. Nicholas R. Oleski
McCarthy, Lebit, Crystal & Liffman
1111 Superior Avenue, E.
Suite 2700
Cleveland, OH 44114

          Re: Case No. 23-3565, *USA v. Larry Householder*
                Originating Case No. 1:20-cr-00077-1

Dear Counsel,

  The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **October 21, 2024**.

                                                                     Sincerely,

                                                                     s/Michelle R. Lambert
                                                                     Case Manager
                                                                     Direct Dial No. 513-564-7035

cc: Mr. Steven L. Bradley
    Ms. Tara Malloy
    Ms. Alexis J. Zouhary