Case No. 23-3565/23-3566

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

v.

LARRY HOUSEHOLDER (23-3565); MATTHEW BORGES (23-3566),

    Defendants – Appellants.

UPON SUA SPONTE CONSIDERATION,

It is ORDERED that cases 23-3565 (*United States v. Householder*) and 23-3566 (*United States v. Borges*) are CONSOLIDATED for submission.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: November 27, 2024