Nos. 23-3565/3566

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 9, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| LARRY HOUSEHOLDER (23-3565); ) | |
| MATTHEW BORGES (23-3566), ) | |
| ) | |
| Defendants-Appellants. ) | |

Upon review of defendant Borges's motion to enlarge oral argument time, the Court **GRANTS** Borges's motion insofar as these appeals are **BIFURCATED** for purposes of oral argument. The clerk will schedule back-to-back oral arguments with the normally allocated 15 minutes per side.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk