**No. 23-3565**

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

LARRY HOUSEHOLDER,

Defendant-Appellant.

---

On Appeal from the United States District Court
for the Southern District of Ohio
Case No. 1:20-cr-77

---

**APPELLANT'S MOTION FOR THIRTY-DAY EXTENSION OF TIME IN WHICH TO
FILE A PETITION FOR PANEL HEARING AND REHEARING EN BANC**

---

Now comes the Defendant-Appellant, Larry Householder, by and through counsel, and hereby moves this Honorable Court for a thirty-day extension to file a petition for panel rehearing and rehearing en banc. Currently, such a petition would have to be filed by May 20, 2025 (14 days after decision, per FRAP 40).

This Court has the discretion to allow a party to file beyond the normal 14-day deadline. FRAP 40 (d), 6th Cir. R. 40(a). While Mr. Householder recognizes that extensions of time are not favored, there are compelling reasons for the within request.

As the panel is aware, the issues in this case are complex and not firmly settled. Counsel needs additional time to develop and articulate arguments that are responsive to the Court's opinion on these issues. However, counsel are unable to devote as much time to this task as is necessary because counsel

Steven L. Bradley is scheduled to begin a jury trial on May 19, 2025, in the case captioned *State of Ohio v. John Henderson*, Case No. CR-23-685289-A; Judge Brendan J. Sheehan. (See attached Journal Entry), which is expected to last one week. Co-counsel Nicholas Oleski, who was also familiar with the voluminous record and issues in this case, was killed in a car accident on November 21, 2024.

Accordingly, this motion for extension of time is not made for purposes of delay and is necessary to fully develop the issues and argument needed in this matter.

Respectfully submitted,

*/s/ Steven L. Bradley*_____
STEVEN L. BRADLEY (0046622)
Marein & Bradley, LLC
1300 E. 9th Street
AECOM Building, Suite 1000
Cleveland, Ohio 44114
PHONE: (216) 781-0722
FAX: (216) 781-6010
EMAIL: steve@mareinandbradley.com

*Counsel for Defendant-Appellant Householder*

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed on May 14, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Steven L. Bradley*_____
STEVEN L. BRADLEY (0046622)