**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 15, 2025

Mr. Steven L. Bradley
Marein & Bradley
1300 E. Ninth Street
Suite 1000
Cleveland, OH 44114

        Re:    Case No. 23-3565, *USA v. Larry Householder*
               Originating Case No.: 1:20-cr-00077-1

Dear Mr. Bradley,

  The court has granted your motion for an extension of time in which to file a petition for rehearing en banc.

  Your petition is to be filed no later than the close of business on Friday, **June 20, 2025**.

  No further extensions will be granted.

                              Sincerely yours,

                              s/Beverly L. Harris
                              En Banc Coordinator
                              Direct Dial No. 513-564-7077

cc:  Ms. Tara Malloy
     Mr. Nicholas R. Oleski
     Ms. Alexis J. Zouhary