## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 20, 2025

Mr. Steven L. Bradley
Marein & Bradley
1300 E. Ninth Street
Suite 1000
Cleveland, OH 44114

Re: Case No. 23-3565, *USA v. Larry Householder*
Originating Case No.: 1:20-cr-00077-1

Dear Mr. Bradley,

The court has granted your motion for an extension of time in which to file a petition for rehearing en banc.

Your petition is to be filed no later than the close of business on Friday, **June 27, 2025**.

No further extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Ms. Tara Malloy
    Mr. Nicholas R. Oleski
    Ms. Alexis J. Zouhary